UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 NOV 13  A 11: 00
'S DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ANDREA HOGAN | : CIVIL ACTION NO.: |
| | : 301CV2426 (CFD) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ALLEGIANCE CORPORATION, and | : |
| MEDLINE INDUSTRIES, INC. | : |
| | : |
| Defendants | : NOVEMBER 12, 2003 |

## APPEARANCE

Please enter my appearance as counsel for The Intervening Plaintiff, Stamford Hospital in the above-captioned matter.

INTERVENING PLAINTIFF,
STAMFORD HOSPITAL

By: _[signature]_
Kristen Sotnik Falls, ct16709
Anthony R. Kornacki, ct23227
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT  06510
Ph.: (203)787-7000
Fax:  (203)787-7001

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 12th day of November 2003, by first class mail, postage prepaid, to:

Timothy R. Butler, Atty.
Tibbetts, Keating & Butler
43 Corbin Drive
Darien, CT 06820

Fredrick Joseph Trotta, Atty.
LoRicco, Trotta & LoRicco
216 Crown Street
Suite 502
New Haven, CT 06510-2705

Allegiance Corporation
1500 Waukegan Road
McGaw Park, IL 60085

_____
Kristen Sotnik Falls

P:\CHW3rd\HOgan, A\appearance.ksf.doc