FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 NOV 13 A 11: 00

DISTRICT COURT
HARTFORD CT

| ANDREA HOGAN | : | CIVIL ACTION NO.: |
| --- | --- | --- |
| | : | 301CV2426 (CFD) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLEGIANCE CORPORATION, and | : | |
| MEDLINE INDUSTRIES, INC. | : | |
| | : | |
| Defendants | : | NOVEMBER 12, 2003 |
| | : | |

## MOTION TO INTERVENE
## BY STAMFORD HOSPITAL

Pursuant to C.G.S. § 31-293, Stamford Hospital hereby respectfully moves to intervene in the above-captioned action. In support of its motion, Stamford Hospital states:

1. Between August 1995 and December 1999, the Plaintiff, Andrea Hogan, was an employee of Stamford Hospital.

2. The personal injuries allegedly sustained by the Plaintiff, Andrea Hogan, during this period of time, and described in the Plaintiff's Complaint dated December 26, 2001, allegedly arose out of and in the course of her employment with Stamford Hospital.

3. As a result of the aforementioned alleged injuries to the Plaintiff, Stamford Hospital has become obligated to pay workers' compensation benefits to or on behalf of Plaintiff pursuant to the Connecticut Workers' Compensation Act.

**ORAL ARGUMENT NOT REQUESTED**

4. Counsel for the workers' compensation carrier for Stamford Hospital received a copy of the complaint in this matter from the defendant on November 3, 2003. This notice was not in accordance with C.G.S. §31-293.

**WHEREFORE,** Stamford Hospital respectfully moves that it be permitted to intervene in this action as a co-plaintiff and that the "Intervening Complaint" (attached hereto as Exhibit A) be deemed filed as of the date this Motion is granted.

INTERVENING PLAINTIFF,
STAMFORD HOSPITAL

By: _/s/ Kristen Sotnik Falls_
Kristen Sotnik Falls, ct16709
Anthony R. Kornacki, ct23227
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

# EXHIBIT A