UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREA HOGAN | : | NO.: 3:03CV2426 (CFD) |
| v. | : | |
| ALLEGIANCE CORPORATION and MEDLINE INDUSTRIES, INC. | : | JANUARY 22, 2004 |

## APPEARANCE

Please enter the appearance of **John J. Bogdanski** and **David S. Monastersky**, as attorneys for the defendant, **Allegiance Corporation**, in the above-entitled action.

DEFENDANT,
ALLEGIANCE CORPORATION

By /s/ John J. Bogdanski
John J. Bogdanski
ct06217
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: jbogdanski@hl-law.com

By /s/ David S. Monastersky
David S. Monastersky
ct13319
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: dmonastersky@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 22nd day of January, 2004.

Timothy F. Butler, Esquire
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, CT  06820

Frederick J. Trotta, Sr., Esquire
LoRicco Trotta & LoRicco, LLC
LoRicco Tower
216 Crown Street
New Haven, CT  06510

                                            John J. Bogdanski