UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2004 JAN 26  P 1: 36

U.S. DISTRICT COURT
HARTFORD, CT.

ANDREA HOGAN,
    Plaintiff

    v.

ALLEGIANCE CORPORATION, and
MEDLINE INDUSTRIES, INC.
    Defendants.

Civil Action No.
3:01 CV 2426 (CFD)

## ORDER TO SHOW CAUSE

Pending are defendants' Motions for Leave to Appear [Docs. #9, 10]. On May 23, 2002, this case was transferred to the Eastern District of Pennsylvania.

The defendants are ordered to show cause by **February 13, 2004** why the Court should not deny the motions without prejudice to refiling in the Multidistrict Litigation Docket 1148 in the Eastern District of Pennsylvania.

SO ORDERED this ___26th___ day of January 2004, at Hartford, Connecticut.

_____
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE