FILED

2004 FEB 12 A 9 24

U.S. DISTRICT COURT
HARTFORD

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ANDREA HOGAN                 :      DN. 301:CV2426 CFD
          PLAINTIFF       :
                             :
VS.                        :
                             :
ALLEGIANCE CORPORATION, ET AL    ::
                             :
         DEFENDANTS     :      FEBRUARY 10, 2004

## DEFENDANT'S REPLY TO COURT'S ORDER TO SHOW CAUSE

The Defendant, Medline Industries, Inc., hereby supplies the following response to this Honorable Court's recent Order to Show Cause.

1.     The instant action came to this Court under Docket Number 301:CV2426 CFD on December 28, 2001. The Plaintiff Andrea Hogan alleges to have suffered injuries as a result of exposure to Latex medical gloves placed into commerce by, amongst others, Medline Industries, Incorporated.

2.     By date of June 5, 2002, the instant action was transferred to the Eastern District of Pennsylvania by the Judicial Panel on MultiDistrict Litigation and assigned Civil Docket Number 2:002-CV-03621-EL.

3.     Thereafter, on April 21, 2003, the Eastern District of Pennsylvania by the Judicial Panel on MultiDistrict Litigation remanded the matter to the District of Connecticut.

LoRicco, Trotta & LoRicco, LLC
216 Crown Street, Suite 502, New Haven, Connecticut 06510
(203) 865-3123 – Fax (203) 865-2881 – Juris # 417196

4.     On April 24, 2003, the Eastern District of Pennsylvania by the Judicial Panel on MultiDistrict Litigation Court forwarded certified copies of docket entries to the District Court of Connecticut.

5.     On May 1, 2003, the District of Connecticut acknowledged receipt of the above-mentioned records.  (Exhibit #1 – Pacer Docket Entry Sheet for Civil Case of PA)

6.     The remand of the *Hogan* matter was made as a member of the Group 6 Cases and was remanded to the Connecticut Court under its original Connecticut docket number.  A copy of the remand order and the case listing letter are attached as Exhibit #s 2&3.

7.     Undersigned counsel, thereafter, filed an Appearance and Motions for Pro Hac Vice admissions of Kenneth Grunfeld and Henry Janssen of the State of Pennsylvania.

**WHEREFORE**, the Defendant respectfully pray the above-captioned matter be reopened and the matter set for a Status Conference for the scheduling of deadlines as this Court deems fit.

THE DEFENDANT,
MEDLINE INDUSTRIES, INC.

By: _____
Frederick J. Trotta, Sr.
**LoRicco, Trotta & LoRicco, LLC**
216 Crown Street, Suite 502
New Haven, Connecticut 06510
(203) 865-3123
CT Fed. Bar #:  ct02621

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed or delivered to each counsel of record as listed hereafter:

Timothy F. Butler, Esquire
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, Connecticut 06820

Kristen Sotnik Falls, Esquire
Anthony R. Kornacki, Esquire
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510

Brenda Buonaiuto, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

John J. Bogdanski, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

David S. Monastersky, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

Sig.

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:02-cv-03621-EL

HOGAN v. ALLEGIANCE CORP. et al
Assigned to: HONORABLE EDMUND V. LUDWIG
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/05/02
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Federal Question

**Plaintiff**
_____

**ANDREA HOGAN**

represented by **TIMOTHY F. BUTLER**
43 CORBIN DR
DARIEN, CT 06820
203-656-1066
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**V.**

**Defendant**
_____

**ALLEGIANCE CORP.**

represented by **ROBERT M. MITCHELL**
SILLS CUMMIS RADIN TISCHMAN
EPSTEIN & GR
ONE EMBARCADERO CTR
STE 2440
SAN FRANCISCO, CA 94111
415-643-7000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**MEDLINE INDUS, INC.**

represented by **KENNETH J. GRUNFELD**
JANSSEN & KEENAN, PC
ONE COMMERCE SQUARE
2005 MARKET ST
STE 2050
PHILADELPHIA, PA 19103
215-665-8888
Email: kgrunfeld@janssenkeenan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

"EXHIBIT 1"

| Filing Date | # | Docket Text |
|---|---|---|
| 06/05/2002 | 1 | Original record together with certified copy of docket entries received from District of CONNECTICUT (NEW HAVEN), 01-2426. (iy, ) (Entered: 06/07/2002) |
| 06/10/2002 | 2 | PRACTICE AND PROCEDURAL ORDER UPON TRANSFER. ( SIGNED BY JUDGE JUDGE EDMUND V. LUDWIG, JR.) 6/10/02 ENTERED AND COPIES MAILED. (SC ) (Entered: 06/10/2002) |
| 06/10/2002 | 3 | CASE MANAGEMENT ORDER NO. 5 COMPREHENSIVE CASE MANAGMENT PLAN. ( SIGNED BY JUDGE EDMUND V. LUDWIG ) 6/10/02 ENTERED AND COPIES MAILED.(sc, ) (Entered: 06/10/2002) |
| 06/10/2002 | 4 | CASE MANAGEMENT ORDER NO. 5A (CROSSCLAIMS). SIGNED BY JUDGE EDMUND V. LUDWIG ON 7-17-97. 6/10/02 ENTERD AND COPIES MAILED.(sc, ) (Entered: 06/10/2002) |
| 06/24/2002 | 5 | ANSWER to Complaint by MEDLINE INDUS, INC. [dft], certificate of service.(sc, ) Additional attachment(s) added on 7/2/2002 (sc, ). (Entered: 06/24/2002) |
| 09/16/2002 | 6 | ORDER ISTING SUGGESTED REMAND ACITON, ETC. MDL 1148 ( SIGNED BY JUDGE EDMUND V. LUDWIG ) 9/17/02 ENTERED AND COPIES MAILED.(sc, ) Modified on 9/20/2002 (sc, ). (Entered: 09/20/2002) |
| 11/12/2002 | 7 | ANSWER to Complaint with jury demand by ALLEGIANCE CORP., proof of service.(sc, ) (Entered: 11/13/2002) |
| 04/21/2003 | 8 | Certified Copy of Conditional Remand Order from the Judicial Panel on Multidistrict Litigation remanding the therein listed case to its respective transferor court, etc. MDL 1148 (sc, ) (Entered: 04/21/2003) |
| 04/21/2003 | | ***Civil Case Terminated. (kv, ) (Entered: 04/24/2003) |
| 04/24/2003 | | Original record together with certified copy of docket entries forwarded to District of Connecticut. (td) (Entered: 04/24/2003) |
| 05/01/2003 | 9 | Letter re: Receipt of original record from the District of Connecticut on 4/28/03. See c.a. 01-6040. (sc, ) (Entered: 05/01/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/22/2004 09:03:01 | | | |
| **PACER Login:** | Jk0375 | **Client Code:** | 4323.134 |
| **Description:** | Docket Report | **Case Number:** | 2:02-cv-03621-EL |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |

SEP-09-2002  13:10        RODA & NAST, P.C.                    717 892 1200    P.03/13

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LATEX GLOVES PRODUCTS          :      MDL DOCKET NO. 1148
LIABILITY LITIGATION

FILED  AUG 2 8 2002

PRETRIAL REMAND ORDER
OF TRANSFEREE COURT

This order, which suggests remand to the transferor courts of the actions referred to in the attached exhibit, summarizes the proceedings to date. It also covers certain case-specific discovery to be completed prior to the dates of remand.

1.    Summary of Proceedings

On March 10, 1997, the Judicial Panel for Multidistrict Litigation transferred 13 cases to the Honorable Edmund V. Ludwig of the Eastern District of Pennsylvania under 28 U.S.C. § 1407. Since the original order, the JPMDL entered more than 110 Conditional Transfer Orders or other transfer orders, resulting in transfer of over 550 cases to the Eastern District. Some cases transferred by the JPMDL were initially filed in a federal district court; others had been removed to a transferor court from a state court.

2.    Conferences

On April 1, 1997, the first Rule 16 conference in this litigation was held by the transferee court. From that date until July, 2001, with few exceptions, such conferences have been conducted each month, and additional conferences were held to consider special problems and motions. Major rulings resulting from these conferences and the submissions of the parties were incorporated into written orders. From time to time, there have also been clarifications and directions given by the transferee judge that are not embodied in written orders.[1] David S. Shrager, Esquire, of Philadelphia, and Alan L. Unikel, Esquire, of Chicago, functioned as chief representatives of plaintiffs and defendants, respectively (section 4, *infra*), and

---

[1]     All major conferences, including all Rule 16 Conferences, have been recorded by a court reporter (and these transcripts can be obtained from the transferee court). A joint proposed agenda was submitted to the transferee court before each Rule 16 conference and was informally reviewed by telephone with Mr. Shrager and Mr. Unikel. When counsel for the litigants assembled in the courtroom for the Rule 16 conference – some 50 to 60 attorneys from disparate cities – the conference was usually conducted in no more than a half hour.

"EXHIBIT 2"

EXHIBIT Q

SEP-09-2002 13:10        RODA & NAGT, P.C.                    717 892 1200    P.04/13

performed their tasks with great facility and competence and were most cooperative with the transferee court. They and the attorneys who served with them are commended for their outstanding work.

### 3.    Case Management Orders

To date, 68 Case Management Orders have been entered in this MDL. The primary order that has governed the pretrial management of this litigation is CMO No. 5 (Comprehensive Case Management Plan), entered May 29, 1997. Some provisions of CMO No. 5 have been modified as the need arose, and additional CMOs have been entered relating to particular subjects, *e.g.*, confidentiality of documents, deposition guidelines, and guidelines for fact and expert witnesses. Some of these CMOs are discussed, *infra*, expanding on their specific subject matter. All CMOs are accessible at www.paed.uscourts.gov/mdl1148.shtml, or, on request, by mail or fax.

### 4.    Representation of Counsel

The transferee court appointed and assigned certain responsibilities to Plaintiffs' Lead Counsel (Shrager) and Plaintiffs' Liaison Counsel, Defendants' Liaison Counsel-Spokesperson (Unikel), and Defendants' Liaison Counsel-Service. It also assigned responsibilities initially to a 15-member Plaintiffs' Steering Committee, currently reduced to 10 members, and Plaintiffs' Executive Committee. CMO Nos. 3, 3A, 4, 9, & 9A.

### 5.    Master File

All orders, pleadings, motions, and other documents have been docketed and filed in a Master File, 10-MD-1148, in this court under the caption "In re Latex Glove Products Liability Litigation (MDL 1148)." Orders and other documents so filed have been deemed to have been filed in each individual case to the extent applicable, but have not been separately docketed or physically filed in such individual case files.

### 6.    Product Identification Discovery: "the bright-line dismissal test"

There were defendants sued by various plaintiffs – manufacturers, suppliers, retailers. In order to ascertain whether a particular plaintiff wore or was exposed to a particular defendant's gloves, the transferee judge, in CMO No. 11, ordered that the parties submit a product identification discovery protocol, including a draft of a product identification questionnaire and a test for so-called "bright-line" dismissal. Thereafter, the parties negotiated and agreed upon the method by which each individual plaintiff could identify potential exposure to the latex gloves of an

2

SEP-09-2002  13:11        RUDA & NAST, P.C.                    717 892 1200    P.05/13

individual defendant. Under that agreement, as approved by CMO Nos. 17, 17A, 17B, 17C, 28, & 28A, each plaintiff in this litigation has been required to complete a questionnaire[2] that describes every facility at which plaintiff claimed exposure to latex gloves. Completion of this questionnaire was in lieu of a plaintiff's product identification deposition. Upon submission of the completed questionnaire to defendants, discovery was conducted regarding sales of latex gloves to those facilities named in the questionnaire. If there were insufficient evidence that a particular defendant's latex gloves was supplied to an institution at a time when plaintiff was present, or, if supplied, that a particular defendant's latex gloves were used by plaintiff or others in a manner in which such exposure reasonably could not have occurred, the claim against that defendant was dismissed. This so-called "bright-line" dismissal test, administered by Special Master Perry S. Bechtle and, later, Special Master Louis W. Fryman, resulted in over 1,500 bright-line dismissals.

## 7.    Merits Discovery

With certain exceptions, including document production, it was ordered that merits discovery would be conducted in MDL 1148 only for that which was "generic" or common to the separate actions. Case-specific depositions and requests for admissions were deferred until remand, with the exception of certain actions filed in the transferee court, discussed *infra* (section 11(a)), in which case-specific discovery was authorized and conducted. However, on counsel's recommendation, certain case-specific discovery will now be ordered to be completed in conjunction with remand (section 8(b)).

### a.    Written discovery

Written merits discovery in MDL 1148 has been governed by CMO No. 20 (Motions for Orders to Compel); CMO No. 32 (Defendants' Merits Interrogatories - First Set and Defendants' Merits Requests for Production of Documents - First Set); CMO No. 43 (Plaintiffs' Objections to Defendants' Merits Discovery); CMO No. 45 (Discovery Relating to Other Latex-Containing Products); CMO No. 58 (Guidelines for Written Discovery Requests); and CMO No. 59 (Requests for Admissions). In an effort to attain consistency and to avoid undue duplication, the parties negotiated and agreed substantially upon three sets of form interrogatories. Disputes about the interrogatories were ultimately resolved by the transferee judge. Under CMO No. 59, all requests for admission (on issues other than product identification) previously served were deferred until after remand,

---

[2]    This questionnaire format was approved in CMO No. 12, entered November 4, 1997. A supplemental product identification questionnaire, to be used only for additional answers to the original questionnaire, was approved in CMO No. 23, entered January 14, 1998.

3

SEP-09-2002 13:12        RODA & NAST. P.C.                    717 892 1200    P.06/13

with the exception of certain transferee court cases. Written merits discovery has been completed with regard to most actions in MDL 1148. Recently filed actions are completing written merits discovery.

### b.    Document discovery

Document discovery in this litigation has been governed by CMO No. 32 (Defendants' Merits Interrogatories - First Set and Defendants' Merits Requests for Production of Documents - First Set); CMO No. 33 (Copying of Defendants' Documents); and CMO No. 34 (Guidelines for Defendants' Production of Documents). Defendants have responded to these requests for production of documents, and copies of defendants' documents are located in Plaintiffs' Document Depository.[3] In more recently filed actions, common merits document discovery has been ongoing.

### 1.    Plaintiffs' Document Depository

Under CMOs No. 27 and No. 27A, Plaintiffs' Document Depository is located at the office of Plaintiffs' Lead Counsel David S. Shrager, and is currently under the supervision of Plaintiffs' Lead Counsel's office The depository consists of copies of defendants' documents obtained in merits discovery and transcripts of depositions. The documents in the depository are segregated on the basis of the party producing them, and access to those documents is limited to representatives of law firms having one or more cases currently pending against the party producing the documents. A log, available for review under certain circumstances, is maintained to record each inspection of the documents in the depository. Any authorized person requesting access to the documents in the depository must sign an acknowledgment of agreement to comply with the Protective Order set out in CMO Nos. 7, 7A and 7B, together with all modifications and stipulations, and be bound by the obligations to pay the court-ordered assessment pursuant to CMO No. 48.

### 2.    Privilege Logs

The guidelines for privilege logs and the designation of documents as privileged are set forth in CMO No. 61, entered on August 23, 2000. Any disputes following the production of a privilege log are governed by the dispute resolution procedure set out in that order. The parties were directed to submit lists of disputed items claimed as privileged to the Special Master, who, after a review of

---

[3]    Plaintiffs have also served additional requests for production of documents on specific defendants. Documents produced as a result of those requests are located in Plaintiffs' Document Depository.

the disputed items, issued a decision regarding the privilege designation. Any party that disagreed with the Special Master's ruling could appeal to the transferee judge. The parties in this litigation have used this dispute resolution procedure.

### 3.    Confidentiality Designations

The designation of documents as confidential has been governed by CMO No. 7 (Protective Order Governing Confidentiality); CMO No. 7A (Supplement to Protective Order Governing Confidentiality); CMO No. 7B (Supplement to Protective Order Governing Confidentiality); the stipulation regarding limited modification to CMO No. 7A and order thereon, entered on August 7, 1998; and CMO No. 27 (Confidentiality Guidelines for Document Depository). Any document believed by a party to contain a trade secret or other confidential information was designated as "confidential" by the producing party, so long as the document had not been disclosed by the producing party to anyone other than those employed or retained by that party. Should a party decide to contest the designation of a document as "confidential," following a good faith effort to resolve the issue, that party could apply to the Special Master for a ruling on the confidentiality designation. Any document that a party believes should be limited to counsel only may be designated as "confidential – counsel only." Documents designated as "confidential - counsel only" could be viewed only by counsel of record in a given case,[4] together with no more than three designated in-house corporate counsel of any party (and necessary staff). The parties in this litigation utilized these confidentiality designations and availed themselves of the procedure for challenging such designations.

### c.    Depositions

The basic principles governing the taking of depositions were set forth in CMO No. 6 (Deposition Guidelines); CMO No. 6B (Procedural Guidelines of Depositions); and CMO No. 24 (Procedures for Resolution of Disputes Arising During Depositions). Authorized depositions in this litigation are divided into two categories: common fact witnesses and generic issue expert witnesses. Case-specific depositions were deferred until remand to the transferor court, subject now to certain exceptions (section 8(a)).

Because the testimony of these common fact and generic issue expert witnesses can be utilized in various federal and state latex glove actions, CMO No. 8 (Coordination with Proceedings in Other Courts) provided that depositions be cross-noticed with state latex glove actions.

---

[4]    Documents designated as "confidential - counsel only" may also be viewed by other attorneys and staff in the law firm of counsel of record.

### 1.    Common Fact Witnesses

Some 90 fact witnesses have been deposed in MDL 1148. Transcripts are available either in Plaintiffs' Document Depository or from Defendants' Liaison Counsel-Spokesperson. Many of these fact witnesses are employees or former employees of defendants whose testimony could be expected to be utilized in many of the federal actions that are part of this MDL.

### 2.    Generic Issues Expert Witnesses

The basic principles governing generic issue expert witnesses were set forth in CMO No. 46R (Coordination of Federal and State Latex Glove Actions and Schedule for Completion of Discovery on Common Issues); CMO No. 52 (Expert Report Guidelines); CMO No. 53 (Expert Discovery on Generic Issues); and CMO No. 65 (governing expert witness designations on generic issues in the Eastern District cases). CMO No. 53 and CMO No. 65 identified generic issues as: epidemiology, FDA/regulatory, warnings and manufacturing.[5] To date, 15 generic issues expert witnesses have been deposed. Of those, six testified on behalf of plaintiffs and nine on behalf of defendants.

*Daubert* hearings regarding three of plaintiffs' generic issue experts[6] challenged by defendants were held in the transferee court during February, March, and April, 2002, and an order-memorandum was issued, dated May 10, 2002.

### 8.    Remaining Discovery in this MDL

Until now, case-specific discovery has been deferred pending remand. Common fact discovery and generic issue expert discovery are complete, leaving case-specific discovery to be completed before trial. Under this order, certain case-specific discovery is to be completed prior to remand but without delaying the date of remand.

---

[5]    Defendants disagree that manufacturing should be considered a generic expert issue.

[6]    These witnesses testified in the following general areas: M. Eric Gershwin, M.D., allergy and immunology; Charles H. Kyper, labeling; and Lawrence J. Broutman, Sc.D., manufacturing. Defendants' rebuttal witnesses were: H. James Wedner, M.D. and Steven L. Kagen, M.D., allergy and immunology; and John A. Baron, M.D., epidemiology.

SEP-09-2002  13:14        RODA & NAST, P.C.                    717 892 1200    P.09/13

### a.   Discovery to be conducted prior to remand

Under this suggestion of remand, not in excess of twenty-two (22) hours of case-specific deposition discovery may be taken in each case by defendants, consisting of plaintiff's deposition, limited to twelve (12) hours, and other depositions, limited to ten (10) hours, without further leave of court. In individual cases, the parties may agree on additional discovery. Disagreements shall be referred to Special Master Louis W. Fryman, who shall be compensated for his services by the parties in that particular case. Any requests for an extension of time to complete such discovery shall also be referred to the Special Master, on the same compensation basis.

### a.   Remaining discovery after remand

As noted, the Court has deferred until now the following case-specific pre-trial discovery to the transferor court: fact discovery which has not been completed prior to remand including depositions of plaintiffs or treating physicians; depositions of non-party witnesses; plaintiff's IME; supplemental written discovery requests including Requests for Admissions; and case-specific expert discovery. To the extent a treating physician later renders and expert opinion on behalf of plaintiff, defendants shall have the opportunity of taking the treating physician's deposition.

### 9.   Motions

Filing and disposition of motions in MDL 1148 has been governed by CMO 21. As a general matter, motions that require reference to state law, including motions under Fed. R. Civ. Pro. 12(b) and 12(c) and venue motions, have been deferred for filing or disposition in or by the transferor court.

### 10.   Dispositive Motions

Orders have been issued on dispositive motions in two actions involving the statute of limitations. In the *Hughes* case, summary judgment was granted on all claims excepting breach of implied warranty as to gloves delivered on or after February 13, 1993. In the *Whitson* case, summary judgment was granted on all claims excepting breach of implied warranty as to gloves delivered on or after December 27, 1993.

7

SEP-09-2002  13:14    RODA & NAST, P.C.    717 892 1200    P.10/13

## 11.  Trial Scheduling

### a.  Cases originating in the Eastern District of Pennsylvania

In those actions originating in the Eastern District of Pennsylvania, case-specific discovery was authorized and conducted along with common merits discovery. Additionally, it was intended that these cases would be the first cases in MDL 1148 to be tried and in which *Daubert* hearings would be conducted. Based upon selections made by the parties, *Siegel* (98 CV 0091), *Whitson* (97 CV 8084), *Schreinert* (97 CV 0275), *Felder* (97 CV 7371), *Hughes* (97 CV 1694), and *Ektowicz* (97 CV 6061) were designated for this purposes. However, *Siegel*, the first case scheduled to be tried, was voluntarily dismissed by plaintiff in November, 2000, shortly before trial. Cases originating in the Eastern District of Pennsylvania have not been re-scheduled for trial.

### b.  Eastern District trial cases

Following dismissal of *Siegel*, and the summary judgment decisions in *Hughes* and *Whitson*, it was determined that additional Eastern District cases should be considered for trial in an effort to find out whether they were representative of the latex glove cases pending in MDL 1148. Therefore, the parties were ordered to submit additional Eastern District of Pennsylvania cases to be considered as "Eastern District Trial Cases." These cases were set to be the first cases in which *Daubert* hearings would be conducted and which would be tried. With the help of Judge Robert O'Neill, a well known retired California judge acting as mediator, the cases of *Robinson* (00 CV 5541), *Bolinger* (99 CV 4166) and *Whitson* (97 CV 8084) were selected as the first cases to be tried later this year.

However, after special remand in 2001, <u>Kennedy v. Baxter Healthcare Corp., et al.</u>, No. 97-1773,[7] went to jury trial on May 6, 2002 in the United States District Court for the District of Minnesota, the first and only federal latex glove case to be tried to date. The case before Honorable Donald A. Alsop was on trial for five weeks and resulted in a verdict for lone defendant Baxter Healthcare Corp., on all claims.

---

[7]  Remand of <u>Kennedy</u> was suggested by order dated May 22, 2001, and effected by conditional remand order dated June 14, 2001, plaintiff having proffered evidence that she was in danger of fatal anaphylactic shock reaction; under Minnesota law, a personal injury claim does not survive death.

## 12. Escrow Account

Under CMO No. 48, the transferee court ordered the establishment of an escrow account by plaintiffs' counsel, the purpose of which is to obtain equitable sharing of litigation expenses incurred and compensation for professional services provided by the Plaintiffs' Steering Committee. Upon a recovery in any action that is or has been a part of MDL 1148, defendants will withhold a set percentage of the recovery for deposit in the escrow account, as set forth in CMO No. 48.

## 13. Remand in Six Groups of Cases

Attached is a list of six groups of cases suggested to be remanded; the first group on October 15, 2002 and thereafter on the last business day of the next five succeeding months, the cases to be remanded in the sequence in which they were included in this MDL.

Edmund V. Ludwig, J.

Dated:  August 28, 2002

ENTERED

AUG 2 9 2002

CLERK OF COURT

9

SEP-09-2002  13:15    RODA & NAST, P.C.    717 892 1200    P.12/13

## Remand Attachment

### Remand in six groups of cases -- monthly: October 15, 2002 - March 31, 2003

Six remand groups are proposed, the first on October 15, 2002 and thereafter on the last business day of the next five succeeding months, the cases to be remanded in the sequence in which they were included in this MDL.[8]

Group 1 (Oct. 15, 2002): AL-N (2); AL-S (3); AR-E (5); AR-W (1); HI (3); ME (8); NC-E (3); WA-W (7); PA-E (11); IN-S (6); NY-S (11) = 60

total -- 60

Group 2 (Nov. 29, 2002): HI (3); ME (8); NC-E (3); WA-W (7); PA-E (11) MA (11); NH (3); MI-W (6) = 52

plus 48 cases in other districts

total -- 100

Group 3 (Dec. 31, 2002): HI (3); ME (8); NC-E (3); WA-W (7); PA-E (11) IN-S (7); NY-S (11); MI-E (12) = 62

plus 48 cases in other districts

total -- 110

Group 4 (Jan. 31, 2003): HI (3); ME (8); NC-E (3); WA-W (7); PA-E (11) MA (12); NH (3); SC (9); MI-W (6) = 62

plus 48 cases in other districts

total -- 110

---

[8]Technically, the cases originating in the transferee district will be re-assigned, rather than remanded.

10

SEP-09-2002  13:16        RODA & NAST, P.C.                    717 892 1200    P.13/13

Group 5 (Feb. 28, 2003): HI (3); ME (9); NC-E (4); WA-W (7); PA-E (12)
IN-S (7); NY-S (11); MI-E (13) = 66

plus 54 cases in other districts

total – 120

Group 6 (Mar. 31, 2003): HI (4); ME (10); NC-E (4); WA-W (8); PA-E (12)
NH (3); SC (10); MI-W (7) = 58

plus 64 cases in other districts

total – 122

---

A list of suggested remands by caption name and docket number will be submitted by Friday, September 13, 2002. The number of cases in each remand group will be subject to modification by reason of settlements and other terminations.

11

## Revised Remand Attachment to Pretrial Remand Order
## of Transferee Court dated August 28, 2002

### Group 1 (October 15, 2002)

| Hawaii | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Beauvallet (I) | 98-1072 |
| 2. | Cavalleto | 98-1073 |
| 3. | Largo | 98-1235 |

| Maine | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Steiner | 97-4991 |
| 2. | Minardi | 97-7966 |
| 3. | Stern | 97-7967 |
| 4. | Skelly | 97-7968 |
| 5. | Stark | 97-7969 |
| 6. | Plocharczyk | 97-7970 |
| 7. | Butler, G. | 97-7971 |
| 8. | Collard | 97-7972 |

| N.C.-E | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Walrath | 98-5133 |
| 2. | Harrison | 99-4005 |
| 3. | Anderson | 99-4114 |

| Wash.-W | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Regier | 98-2335 |
| 2. | Comstock | 98-2515 |
| 3. | Frank | 98-5401 |
| 4. | Clement | 98-5915 |
| 5. | Nagy | 98-6315 |
| 6. | Little | 99-227 |
| 7. | Warren | 99-2514 |

| PA-E | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Frankel | 95-7296 |
| 2. | Jackson | 96-6789 |
| 3. | Dunbar, W. | 96-7186 |
| 4. | Stevison | 96-8596 |
| 5. | Schreinert | 97-275 |
| 6. | Baulch | 97-1681 |
| 7. | Hughes | 97-1694 |
| 8. | Mize | 97-2224 |

"EXHIBIT 3"

| 9. | Butler, J. | 97-2730 |
| 10. | Beckmann | 97-3505 |
| 11. | Biggers | 97-4309 |

| **IND.-S** | **Plaintiff's Name** | **Transferee Civil #** |
| --- | --- | --- |
| 1. | Barger | 97-1813 |
| 2. | Barnett | 97-2925 |
| 3. | Childress | 97-2926 |
| 4. | Warner | 97-2927 |
| 5. | Strus | 97-2928 |
| 6. | Nicholson | 97-2929 |

| **NY-S** | **Plaintiff's Name** | **Transferee Civil #** |
| --- | --- | --- |
| 1. | Albrecht, R (I) | 97-2551 |
| 2. | Einbinder | 97-5810 |
| 3. | Zucker-Pinchoff | 97-5935 |
| 4. | Boggs | 97-5936 |
| 5. | Rudt-Pohl | 97-5937 |
| 6. | McGookin | 97-5938 |
| 7. | Phillips | 97-5939 |
| 8. | Sava | 97-5940 |
| 9. | Saam | 98-1152 |
| 10. | Ortiz | 98-1881 |
| 11. | Whalen | 98-1882 |

| **Misc.** | **Plaintiff's Name** | **Transferee Civil #** |
| --- | --- | --- |
| 1. | Williams, Margaret | 97-1791 (MD) |
| 2. | Kerchoff | 97-2011 (MO – E.D.) |
| 3. | Adams, Patricia | 97-2018 (GA – M.D.) |
| 4. | Clark, Donna | 97-2293 (GA – N.D.) |
| 5. | Gonnelly | 97-2294 (SD) |
| 6. | Rabinowitz | 97-2544 (MD) |
| 7. | Weigand | 97-2876 (GA – N.D.) |
| 8. | Buttweiler | 97-2966 (MN) |
| 9. | Petter | 97-3006 (MN) |
| 10. | Winner | 97-3584 (OH – S.D.) |
| 11. | Kaser | 97-3585 (OH – N.D.) |

**Total Group 1:  60 Cases**

## Group 2 (November 29, 2002)

| Hawaii | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Reyes | 98-1951 |
| 2. | Levernz | 98-2215 |
| 3. | Acob | 98-2216 |

| Maine | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Batra (I) | 97-7973 |
| 2. | Butts | 97-7974 |
| 3. | Rowley | 97-7975 |
| 4. | Albrecht, R. (II) | 98-1193 |
| 5. | Lacich | 98-2214 |
| 6. | Asman | 98-3029 |
| 7. | Knowles, S. | 98-3030 |
| 8. | Carazza | 98-3654 |

| N.C.-E | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Roane | 99-4320 |
| 2. | Corbett | 99-5178 |
| 3. | Ridley | 99-5179 |

| Wash.-W | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Ammons | 99-2953 |
| 2. | Swan | 99-3374 |
| 3. | Gregg | 99-4004 |
| 4. | Ditzhazy | 99-6355 |
| 5. | Stack | 00-1322 |
| 6. | Gregory | 00-1323 |
| 7. | Lee-Yule | 00-1324 |

| PA-E | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Janulis | 97-5432 |
| 2. | Wagner, N | 97-6330 |
| 3. | Doe (I) | 97-6563 |
| 4. | Macchia (I) | 97-7209 |
| 5. | Fleisher | 97-7233 |
| 6. | McMullen | 97-7370 |
| 7. | Felder | 97-7371 |

| | | |
|---|---|---|
| 8. | Doe (II) | 97-7849 |
| 9. | Whitson | 97-8084 |
| 10. | Macchia (II) | 98-022 |
| 11. | Evans, C. | 98-344 |

| **Mass.** | **Plaintiff's Name** | **Transferee Civil #** |
|---|---|---|
| 1. | Starer | 97-2188 |
| 2. | Sallese | 97-2398 |
| 3. | Gaeta | 97-4744 |
| 4. | Murphy | 98-6134 |
| 5. | Zamboni | 98-6253 |
| 6. | Hinton | 99-3292 |
| 7. | Cook | 99-4581 |
| 8. | Rosado | 99-4992 |
| 9. | Griffith | 99-5127 |
| 10. | Coughlin-Kay | 99-5369 |
| 11. | Masterman | 00-157 |

| **NH** | **Plaintiff's Name** | **Civil Transferee #** |
|---|---|---|
| 1. | Dente | 97-2865 |
| 2. | Chandler | 99-1696 |

| **Mich-W** | **Plaintiff's Name** | **Civil Transferee #** |
|---|---|---|
| 1. | Inscore | 99-5957 |
| 2. | Smith, Julie | 99-6639 |

| **Misc.** | **Plaintiff's Name** | **Transferee Civil #** |
|---|---|---|
| 1. | Delpit | 97-3592 (LA – E.D.) |
| 2. | Baker, C. | 97-3616 (NY – W.D.) |
| 3. | Chock | 97-3648 (MN) |
| 4. | Hewlett-Loomis | 97-3701 (CA – C.D.) |
| 5. | Raisor | 97-3781 (OH – S.D.) |
| 6. | Lee, Leshanna | 97-4434 (CA – C.D.) |
| 7. | Jesberg | 97-4526 (MN) |
| 8. | Mathews, Rodney | 97-5737 (AR – E.D.) |
| 9. | Hensel | 97-5769 (MN) |
| 10. | Tupper | 97-5941 (MN) |
| 11. | Mazer | 97-6879 (MN) |
| 12. | Pettigrew | 97-6880 (RI) |
| 13. | Goldstein | 97-7040 (OH – N.D.) |
| 14. | Gonzalez, Linda | 97-7237 (FL – M.D.) |
| 15. | Dau | 97-7434 (MN) |
| 16. | Kale | 97-7806 (NY – E.D.) |

| 17. | McKee, Karen | 98-113 (AL – N.D.) |
| 18. | S. Crawford | 98-727 (OR) |
| 19. | Thompson, Phyliss | 98-1153 (TN – W.D.) |
| 20. | Linden | 98-1212 (CA – N.D.) |
| 21. | Walz | 98-1236 (MN) |
| 22. | LeClair | 98-1308 (MN) |
| 23. | Morris, Joyce | 98-1690 (OH – N.D.) |
| 24. | Wagner, Gaetana | 98-1909 (OH – N.D.) |
| 25. | Oakes | 98-1915 (AR – W.D.) |
| 26. | Dugger | 98-1917 (AR – W.D.) |
| 27. | Clift | 98-1968 (OR) |
| 28. | Tucker-Warner | 98-2154 (NJ) |
| 29. | Kraras | 98-2308 (OH – S.D.) |
| 30. | Herath | 98-2436 (OH – S.D.) |
| 31. | Lesica | 98-2439 (WI – E.D.) |
| 32. | Matthews, Angela | 98-2524 (MO – E.D.) |
| 33. | Hering | 98-2568 (MD – E.D.) |
| 34. | Augustine | 98-2651 (LA – W.D.) |
| 35. | Britten | 98-2693 (LA – M.D.) |
| 36. | Kozlowski | 98-2888 (PA-W.D.) |
| 37. | Smith, Janice | 98-2965 (AR – W.D.) |
| 38. | Collins, Darlene | 98-3042 (KY – W.D.) |
| 39. | Ellis | 98-3100 (OH – S.D.) |
| 40. | Young, Kathleen | 98-3268 (OH – S.D.) |
| 41. | Ratterree | 98-3269 (AR – E.D.) |
| 42. | McDermott | 98-3387 (NC – W.D.) |
| 43. | Campano | 98-3505 (NJ) |
| 44. | Gates | 98-3612 (CA N.D.) |
| 45. | Caston | 98-3603 (MS – S.D.) |
| 46. | Simon, Barbara | 98-3657 (IL – N.D.) |
| 47. | Merlonghi | 98-3726 (CA – N.D.) |
| 48. | Travis | 98-3891 (CA – N.D.) |
| 49. | Catterall | 98-4179 (PA – W.D.) |
| 50. | McDaniel | 98-4188 (OH – S.D.) |
| 51. | Henning | 98-4189 (OH – S.D.) |
| 52. | Ganzy | 98-4332 (AR – W.D.) |
| 53. | Husby | 98-4534 (MN) |

**Total Group 2: 100 Cases**

### Group 3 (December 31, 2002)

| Hawaii | Plaintiff's Name | Civil Transferee # |
|---|---|---|
| 1. | Erick | 98-2217 |
| 2. | Dela Cruz, Arnol | 98-3978 |
| 3. | Beauvallet (II) | 98-3979 |

| Maine | Plaintiff's Name | Civil Transferee # |
|---|---|---|
| 1. | Locurto | 98-3655 |
| 2. | Ward | 98-3656 |
| 3. | Klassen | 98-5650 |
| 4. | Kenngott | 98-5651 |
| 5. | Moussette | 98-6133 |
| 6. | Collington | 98-6531 |
| 7. | Kellner | 99-304 |
| 8. | Kaltreider | 99-1140 |

| N.C.-E | Plaintiff's Name | Civil Transferee # |
|---|---|---|
| 1. | Velez | 99-5721 |
| 2. | Threatt | 00-156 |
| 3. | Nikkola | 00-4643 |

| Wash.-W | Plaintiff's Name | Civil Transferee # |
|---|---|---|
| 1. | Jeske | 00-2483 |
| 2. | Douds | 00-2484 |
| 3. | Lee-Hillman | 00-3253 |
| 4. | Bloomberg | 00-3945 |
| 5. | Peterson | 00-4372 |
| 6. | Summers | 00-6007 |
| 7. | Gossage | 00-6022 |

| PA.-E | Plaintiff's Name | Civil Transferee # |
|---|---|---|
| 1. | Corr | 98-611 |
| 2. | Ingrassia | 98-914 |
| 3. | Smith, Rochelle | 98-1247 |
| 4. | Warren, M. | 98-1282 |
| 5. | Dennis | 98-2050 |
| 6. | Brandt | 98-2648 |
| 7. | Booker | 98-3239 |
| 8. | Johnson, Lorraine | 98-4316 |
| 9. | Kirtsos | 98-4343 |

| | | |
|---|---|---|
| 10. | Toomey | 98-4361 |
| 11. | McNeil | 98-5303 |

| **IND.-S** | **Plaintiff's Name** | **Civil Transferee #** |
|---|---|---|
| 1. | Murray, G. | 97-2930 |
| 2. | Johnson-Jones, Christine | 97-3105 |
| 3. | Campoli | 98-1952 |
| 4. | Kennedy, J. | 98-4015 |
| 5. | Crawford, T. | 98-5682 |
| 6. | McGinley | 98-5683 |
| 7. | Greathouse | 99-32 |

| **NY-S** | **Plaintiff's Name** | **Civil Transferee #** |
|---|---|---|
| 1. | Guido | 98-2231 |
| 2. | Persad | 98-2269 |
| 3. | Grabowski | 98-2270 |
| 4. | Issac | 98-2271 |
| 5. | Pearsall | 98-2272 |
| 6. | Pagano | 98-2273 |
| 7. | Dungca | 98-2368 |
| 8. | McAuliffe | 98-2369 |
| 9. | Melvin | 98-2396 |
| 10. | Connolly | 98-2397 |
| 11. | Gladwell | 98-2437 |

| **Mich.-E** | **Plaintiff's Name** | **Civil Transferee #** |
|---|---|---|
| 1. | Berry | 97-1968 |
| 2. | Wolf, C. | 97-1969 |
| 3. | Swiatkowski | 97-2017 |
| 4. | Krohner | 97-3041 |
| 5. | Macklin | 97-4079 |
| 6. | Fredman | 97-4766 |
| 7. | Kowalczyk | 97-5893 |
| 8. | Calvo (I) | 97-7317 |
| 9. | Ostler | 98-754 |
| 10. | Torrento | 98-1872 |
| 11. | Gouda | 98-1873 |
| 12. | Pilon | 98-3346 |

| **Misc.** | **Plaintiff's Name** | **Civil Transferee #** |
|---|---|---|
| 1. | Nash | 98-4624 (NC – M.D.) |
| 2. | Owens, Valerie | 98-4697 (OH – S.D.) |
| 3. | Owens, Nancy | 98-4839 (GA – S.D.) |
| 4. | Ragan-Hotard | 98-4874 (LA) |

| 5. | Robinson, Vickie | 98-4875 (PA – M.D.) |
| 6. | Dzik | 98-4917 (OH-S.D.) |
| 7. | Hill | 98-4998 (NY – E.D.) |
| 8. | Reed | 98-5125 (OH – S.A.) |
| 9. | Wilheim | 98-5249 (MD) |
| 10. | Thompson, Rhonda | 98-5250 (GA – N.D.) |
| 11. | Landry | 98-5402 (LA – W.D.) |
| 12. | Bechara | 98-5758 (FL – S.D.) |
| 13. | Monroy | 98-5759 (GA – N.D.) |
| 14. | Sowa | 98-6091 (PA-W.D.) |
| 15. | Wallace, Merlene | 98-6218 (MS) |
| 16. | Davis, Kirbye | 98-6711 (NM) |
| 17. | Thomas, Sheila | 98-6717 (TX – S.D.) |
| 18. | Curry | 99-97 (MS – N.D.) |
| 19. | Wilcox | 99-225 (TN – E.D.) |
| 20. | Peters, T. | 99-367 (WI – E.D.) |
| 21. | Corey | 99-368 (OH – S.D.) |
| 22. | Greer, E. | 99-535 (MS – N.D.) |
| 23. | Camarata | 99-1138 (IA – N.D.) |
| 24. | Look | 99-1159 (WI – E.D.) |
| 25. | Ojoyeyi | 99-1176 (MN) |
| 26. | Censullo | 99-1177 (NJ) |
| 27. | Strever | 99-1335 (OR) |
| 28. | Haynes | 99-1697 (GA) |
| 29. | Zimmel | 99-1698 (WI – E.D.) |
| 30. | Onafowokan | 99-1944 (MN) |
| 31. | Moore | 99-1957 (TN – W.D.) |
| 32. | Blevins | 99-2055 (FL - S.D.) |
| 33. | Johnson, A. | 99-2096 (NJ) |
| 34. | Radloff | 99-2361 (NY – N.D.) |
| 35. | Collins | 99-2593 (PA – W.D.) |
| 36. | Tezeno | 99-2840 (LA – W.D.) |
| 37. | Heiland | 99-2882 (WI – E.D.) |
| 38. | Garrett | 99-2891 (TX – E.D.) |

**Total Group 3: 100 Cases**

### Group 4  (January 31, 2003)

| Hawaii | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Watanabe (I.) | 98-3980 |
| 2. | Valdez | 98-3981 |
| 3. | Hamada | 98-4368 |

| Maine | Plaintiff's Name | Civil Transferee # |
|---|---|---|
| 1. | Landrith (II) | 99-1141 |
| 2. | Parker | 99-1709 |
| 3. | Spencer | 99-1710 |
| 4. | Fenbers | 99-1711 |
| 5. | Geiger | 99-1712 |
| 6. | Carazza | 99-1713 |
| 7. | Pringle | 99-1907 |
| 8. | Raulston | 99-2362 |

| N.C.-E | Plaintiff's Name | Civil Transferee # |
|---|---|---|
| 1. | Joseph | 00-868 |
| 2. | Guy | 00-5238 |
| 3. | Boggan | 00-6193 |

| Wash.-W | Plaintiff's Name | Civil Transferee |
|---|---|---|
| 1. | Marriotti | 00-6023 |
| 2. | Chen | 00-6138 |
| 3. | O'Brien | 00-6147 |
| 4. | Fesler | 00-6148 |
| 5. | Aliment | 00-6149 |
| 6. | Thomas | 00-6249 |
| 7. | Neuman | 01-220 |

| PA-E | Plaintiff's Name | Civil Transferee # |
|---|---|---|
| 1. | Ringo | 98-5735 |
| 2. | Green | 98-5782 |
| 3. | Etkowicz | 98-6061 |
| 4. | McAndrew | 98-6147 |
| 5. | Healy | 98-6562 |
| 6. | Eivazi | 99-2125 |
| 7. | Miller, C. | 99-2126 |
| 8. | White, C. | 99-2337 |
| 9. | McConnell | 99-2828 |

| 10. | Olson | 99-2830 |
| 11. | Culver | 99-3263 |

| **Mass.** | **Plaintiff's Name** | **Civil Transferee #** |
| --- | --- | --- |
| 1. | Paradise | 00-3685 |
| 2. | Markowiz | 01-515 |
| 3. | Walsh | 01-1585 |
| 4. | Dumais | 01-3248 |
| 5. | Hart | 01-3986 |
| 6. | White, V. | 01-5214 |
| 7. | Stoll | 01-5215 |
| 8. | McCormick | 01-6132 |
| 9. | McGlone | 01-6417 |
| 10. | Mills | 02-180 |
| 11. | Allard | 02-679 |

| **S.C.** | **Plaintiff's Name** | **Civil Transferee #** |
| --- | --- | --- |
| 1. | Gardner | 97-3582 |
| 2. | Roerden | 97-3583 |
| 3. | Steinert | 98-389 |
| 4. | Jones, J | 98-1950 |
| 5. | Mims | 98-2268 |
| 6. | Cash | 98-2461 |
| 7. | Maddox | 98-4827 |
| 8. | Bremer | 99-1139 |
| 9. | Constantine | 99-1736 |

| **Misc.** | **Plaintiff's Name** | **Civil Transferee #** |
| --- | --- | --- |
| 1. | Dastoli | 99-3517 (OH – N.D.) |
| 2. | Stanley, J. | 99-3519 (NB) |
| 3. | Fisher, M. | 99-3682 (PA – W.D.) |
| 4. | Schexnider | 99-3755 (LA – W.D.) |
| 5. | Brown, V. | 99-3849 (FL – S.D.) |
| 6. | Brown, Mae Ann | 99-3916 (PA – W.D.) |
| 7. | Alexander, C. | 99-4113 (OH – N.) |
| 8. | Renaud | 99-4183 (CA – C.D.) |
| 9. | Manlove | 99-4442 (FL – S.D.) |
| 10. | Grigsby | 99-4449 (KY – E.D.) |
| 11. | Isbell | 99-4464 (AL – N.D.) |
| 12. | Bentel | 99-4582 (LA – E.D.) |
| 13. | Williams, Lisa | 99-4660 (VA) |
| 14. | Anderson, D. | 99-4698 (WI – W.D.) |
| 15. | West, C. | 99-4993 (VA – E.D.) |
| 16. | Paternoster | 99-5067 (FL – M.D.) |

| 17. | Bartek | 99-5268 (TX – W.D.) |
| 18. | Gray | 99-5342 (DC) |
| 19. | Brauner | 99-5520 (LA – E.D.) |
| 20. | Schroeder | 99-5585 (ND – E.D.) |
| 21. | Holmes, D. | 99-5595 (OH – N.D.) |
| 22. | Salemi | 99-5622 (TX – S.D.) |
| 23. | Mortell | 99-5750 (PA – W.D.) |
| 24. | Cicanowicz | 99-5873 (WI – E.D.) |
| 25. | Hood | 99-5942 (GA – N.D.) |
| 26. | Meriweather | 99-6272 (TX – W.D.) |
| 27. | Clemons-Walker | 99-6328 (KY – E.D.) |
| 28. | Crenshaw | 99-6471 (AL) |
| 29. | Nelson, Beverly | 00-100 (MN) |
| 30. | Dunbar, Frances | 00-674 (KY – W.D.) |
| 31. | Bartels | 00-751 (IA – S.D.) |
| 32. | Berns | 00-962 (MN) |
| 33. | Lovich | 00-979 (PA – W.D.) |
| 34. | McDonald | 00-1034 (AZ) |
| 35. | Nelson, N. | 00-1325 (MN) |
| 36. | Call | 00-1943 (TN – E.D.) |
| 37. | Kelly, B. | 00-1983 (TX – N.D.) |
| 38. | Mitchell, C. | 00-2311 (AR – W.D.) |
| 39. | Durazo | 00-2545 (CO) |
| 40. | Chandler | 00-2703 (VA – E.D.) |
| 41. | Otte | 00-2795 (MD) |
| 42. | Duryea | 00-2833 (GA – N.D.) |
| 43. | Hollman | 00-2834 (MD) |
| 44. | Brock | 00-2947 (AL – S.D.) |
| 45. | Pinkley | 00-3185 (OH – W.D.) |
| 46. | Meade | 00-3230 (MD) |
| 47. | Godbee | 00-3296 (GA – N.D.) |
| 48. | Burden | 00-3379 (TX – S.D) |

**Total Group 4:  100 Cases**

## Group 5 (February 28, 2003)

| **Hawaii** | **Plaintiff's Name** | **Transferee Civil #** |
| --- | --- | --- |
| 1. | Springer | 98-4369 |
| 2. | Watanabe, II | 98-4370 |
| 3. | Lacuesta | 98-5283 |

| **Maine** | **Plaintiff's Name** | **Transferee Court #** |
| --- | --- | --- |
| 1. | Metz | 99-2364 |
| 2. | Tschaepe | 99-2513 |
| 3. | Evans, M. | 99-3174 |
| 4. | Batra (II) | 99-3625 |
| 5. | Hunnicut | 99-4583 |
| 6. | Baker | 99-4637 |
| 7. | Hilt | 99-5094 |
| 8. | Bowen | 99-5226 |
| 9. | Wilson | 99-5743 |

| **N.C.-E** | **Plaintiff's Name** | **Transferee Court #** |
| --- | --- | --- |
| 1. | Ellison | 01-236 |
| 2. | Stanley | 01-237 |
| 3. | Marschall | 01-238 |
| 4. | Jones, C. | 01-2923 |

| **Wash.-W** | **Plaintiff's Name** | **Transferee Court #** |
| --- | --- | --- |
| 1. | Garrett | 01-383 |
| 2. | Scarsella | 01-595 |
| 3. | Lies | 01-1872 |
| 4. | Nicholson | 01-2990 |
| 5. | Andrews | 01-3490 |
| 6. | Hammer | 01-4539 |
| 7. | Rice | 01-6061 |

| **PA.-E** | **Plaintiff's Name** | **Tranferee Court #** |
| --- | --- | --- |
| 1. | Mackey | 99-4164 |
| 2. | Scheer | 99-4165 |
| 3. | Bolinger | 99-4166 |
| 4. | Arthur | 99-4473 |
| 5. | Miller, M. | 99-4752 |
| 6. | Williams, B. | 99-4882 |
| 7. | Cortez | 99-6140 |

| 8. | Natal-Davis | 00-685 |
| 9. | Kress | 00-831 |
| 10. | Bradley | 00-875 |
| 11. | Fee | 00-1853 |
| 12. | Fanticola | 00-1876 |

| **Ind.-S** | **Plaintiff's Name** | **Transferee Court #** |
| --- | --- | --- |
| 1. | Hoffman | 99-3233 |
| 2. | Swearingen | 00-1984 |
| 3. | Schmidt | 00-2704 |
| 4. | Welsh | 00-2705 |
| 5. | Knollman | 02-1908 |
| 6. | Keller | 02-4085 |

| **N.Y.-S** | **Plaintiff's Name** | **Transferee Civil #** |
| --- | --- | --- |
| 1. | Hayes | 98-2460 |
| 2. | Adesina | 98-5210 |
| 3. | Eicas | 99-1300 |
| 4. | Pavlou | 99-1510 |
| 5. | Eckard | 99-2883 |
| 6. | Alapati | 99-3293 |
| 7. | Popko | 00-128 |
| 8. | Phipps | 00-1238 |
| 9. | Mayville | 00-1239 |
| 10. | Kremer | 00-2400 |
| 11. | Overman | 01-5319 |

| **Mich.-E** | **Plaintiff's Name** | **Transferee Civil #** |
| --- | --- | --- |
| 1. | Belanger | 98-3940 |
| 2. | Odrobina | 99-449 |
| 3. | Ribarsky | 99-2658 |
| 4. | Sage | 99-3949 |
| 5. | Thomas, P. | 99-3950 |
| 6. | Daney | 99-4636 |
| 7. | Pikula | 99-4744 |
| 8. | LeClair-Ziembo | 99-4895 |
| 9. | Saunders | 00-2760 |
| 10. | Langlands | 00-4699 |
| 11. | Hoebeke | 00-6247 |
| 12. | Schroeder | 01-4514 |

| Misc. | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Redden | 00-3524 (NE) |
| 2. | Gates | 00-3525 (NE) |
| 3. | Olmstead | 00-3526 (NE) |
| 4. | Covington | 00-3876 (TN – E.D.) |
| 5. | MacFarland | 00-4077 (IL – N.D.) |
| 6. | Jarvis | 00-4299 (WV – S.D.) |
| 7. | Bates | 00-4323 (FL – M.D.) |
| 8. | Lyons | 00-4324 (OK – E.D.) |
| 9. | Bealonis | 00-4325 (PA – W.D.) |
| 10. | Kauffman | 00-4441 (MT) |
| 11. | Hanselman | 00-4837 (OH – N.D.) |
| 12. | Williams, Brenda | 00-4956 (GA – N.D.) |
| 13 | Rogers | 00-5124 (NC – M.D.) |
| 14 | Bennett | 00-5125 (NC - M.D.) |
| 15. | Gaskill | 00-5127 (WA – W.D.) |
| 16. | Carlson | 00-5211 (WA – W.D.) |
| 17. | Smith, Lenetta | 00-6069 (PA – W.D.) |
| 18. | Barlow | 00-6139 (GA – N..D.) |
| 19. | Carino-Marquez | 00-6245 (CA – N.D.) |
| 20. | White, K. | 00-6561 (OH – S.D.) |
| 21. | Lennig | 01-201 (OR) |
| 22. | Achanazar | 01-334 (NC – M.D.) |
| 23. | Morris, Barbara | 01-540 (NE) |
| 24. | Revis | 01-590 (NC – W.D.) |
| 25. | Medciros | 01-734 (OR) |
| 26. | Lewellen | 01-735 (OR) |
| 27. | Simas | 01-772 (CA – E.D.) |
| 28. | Bishop | 01-833 (UT) |
| 29. | Cox, Melissa | 01-914 (AZ) |
| 30. | Smith, M. | 01-1077 (TN – E.D.) |
| 31. | Walker, Lara | 01-1078 (GA – S.D.) |
| 32. | Mansfield | 01-1248 (OH – S.D.) |
| 33. | Sigmon | 01-1311 (WV S.D.) |
| 34. | Zofnas | 01-1358 (NC – W.D.) |
| 35. | Pickens | 01-1412 (AR – E.D.) |
| 36. | Evans, Becki | 01-1413 (MT) |

**Total Group 5: 100 Cases**

## Group 6 (March 31, 2003)

| Hawaii | Plaintiff's Name | Transferee Civil # |
|--------|------------------|---------------------|
| 1. | Naito | 98-6219 |
| 2. | Laufou | 99-2 |
| 3. | Adee | 00-5335 |
| 4. | Dela Cruz, Adelia | 01-2058 |

| Maine | Plaintiff's Name | Transferee Civil # |
|-------|------------------|---------------------|
| 1. | Knabel | 99-6574 |
| 2. | Martell | 00-710 |
| 3. | Hollander | 00-1181 |
| 4. | Nichting | 00-2197 |
| 5. | Rhudy | 00-4386 |
| 6. | Ryan | 00-6091 |
| 7. | Ardoin | 01-1174 |
| 8. | Boutte | 01-1175 |

| N.C.-E | Plaintiff's Name | Transferee Civil # |
|--------|------------------|---------------------|
| 1. | Lee, Shirley | 01-2924 |
| 2. | Morrison | 01-2925 |
| 3. | Arrington | 01-2926 |

| Wash.-W. | Plaintiff's Name | Transferee Civil # |
|----------|------------------|---------------------|
| 1. | Cartwright | 01-6062 |
| 2. | Simms | 01-6104 |
| 3. | Kvam | 02-5 |
| 4. | Jeczala | 02-6 |
| 5. | Ramey | 02-149 |
| 6. | Smith, Joann | 02-3806 |
| 7. | Kane | 02-5798 |

| P.A.-E | Plaintiff's Name | Transferee Civil # |
|--------|------------------|---------------------|
| 1. | Guidotti | 00-2540 |
| 2. | Palmer | 00-4629 |
| 3. | Rohrer | 00-5126 |
| 4. | Robinson, S. | 00-5541 |
| 5. | Bender | 00-6008 |
| 6. | Slanovec | 00-6527 |
| 7. | Axel | 01-1318 |
| 8. | Hilbman | 01-1831 |
| 9. | Becker | 01-3878 |
| 10. | Olson, R. | 02-1811 |

| NH | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Flynn | 00-1865 |
| 2. | Lepine | 01-5956 |

| S.C. | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Brinson | 99-2933 |
| 2. | Underwood | 99-2945 |
| 3. | Singletary | 99-4179 |
| 4. | Mathis | 99-4450 |
| 5. | Robinson, Nan | 99-5227 |
| 6. | Fitzpatrick | 00-752 |
| 7. | Green | 00-1275 |
| 8. | Hartley | 00-1981 |
| 9. | Streets | 00-2644 |
| 10. | Butler, D. | 00-3378 |

| Misc. | Plaintiff's Name | Transferee Civil # |
|---|---|---|
| 1. | Scott-Norwood | 01-1599 (NY – N.D.) |
| 2. | McNamara | 01-1693 (WA – E.D.) |
| 3. | Busch | 01-1849 ( KY – W.D.) |
| 4. | Midgley | 01-1913 (AZ) |
| 5. | Darcy | 01-1972 (UT) |
| 6. | Urcinole | 01-1973 (UT) |
| 7. | Holland | 01-2797 (MD) |
| 8. | Tagge | 01-3016 (WA – E.D.) |
| 9. | Rola | 01-3017 (NY – W.D.) |
| 10. | Sands | 01-3648 (GA – N.D.) |
| 11. | Richie | 01-3985 (CO) |
| 12. | Gavidia | 01-4005 (NY – N.D.) |
| 13. | Bradford | 01-4207 (AR – E.D.) |
| 14. | Buchanan, S. | 01-4208 (LA – W.D.) |
| 15. | Tidd | 01-4842 (KS) |
| 16. | Storey | 01-4907 (KY – W.D.) |
| 17. | Suchowachi | 01-5019 (NJ) |
| 18. | Hurster | 01-5579 (MO – E.D.) |
| 19. | Moan | 01-5604 (RI) |
| 20. | Klima | 01-5605 (OH –N.D.) |
| 21. | Ezell | 01-5794 (NV) |
| 22. | Brown, R. | 01-5833 (WV – S.D.) |
| 23. | Johnson, C. | 01-5891 (WA – E.D.) |
| 24. | Robbins | 01-5967 (CT) |
| 25. | Martinez | 01-5972 (CT) |
| 26. | Paier | 01-6040 (CT) |
| 27. | Daugherty | 01-6526 (CO) |

| 28. | George | 01-7258 (OK) |
| 29. | Digregorio | 02-79 (NY- E.D.) |
| 30. | Oladele | 02-80 (NY – E.D.) |
| 31. | Leone | 02-81 (NY – E.D.) |
| 32. | Spader | 02-442 (FL – M.D.) |
| 33. | Jacobs, B. | 02-443 (FL – M.D.) |
| 34. | Ziak | 02-605 (CA – C.D.) |
| 35. | Cook, M. | 02-686 (AL – S.D.) |
| 36. | Swinson | 02-707 (AZ) |
| 37. | Wing | 02-777 (WY) |
| 38. | Grossnickle | 02-821 (IA – N. D.) |
| 39. | Richardson | 02-861 (FL – M.D.) |
| 40. | Delguidice | 02-961 (RI) |
| 41. | Wolfe, P. | 02-1142 (NY – S.D.) |
| 42. | Iglesias | 02-1143 (NY – E.D.) |
| 43. | Garcia | 02-1144 (NY – E.D.) |
| 44. | Parker, M. | 02-1280 (IL – N. D.) |
| 45. | Klein, J. | 02-1694 (ND) |
| 46. | Mowers | 02-1695 (NY – N.D.) |
| 47. | Lowe, M. | 02-1738 (NE) |
| 48. | Lanclos | 02-1760 (TX – E.D.) |
| 49. | Olson, R. | 02-1811 (IL – N.D.) |
| 50. | Kereszturi | 02-2097 (OH – N.D.) |
| 51. | Sullivan, M. | 02-2117 (MO – W.D.) |
| 52. | Domier | 02-2992 (MT) |
| 53. | Hogan | 02-3621 (CT) |
| 54. | Kime | 02-3639 (NY – S.D.) |
| 55. | Hollis | 02-4605 (MS) |
| 56. | Abraham | 02-4606 (MS) |

**Total Group 6: 100 cases**