UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA HOGAN<br>PLAINTIFF | DN. 301CV2426 CFD |
| VS. | |
| MEDLINE INDUSTRIES, INC.<br>DEFENDANT | JULY 24, 2003 |

### MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

The Defendant Medline Industries, Inc., hereby moves for admission of Attorney Kenneth Grunfeld Pro Hac Vice. Attorney Grunfeld is a member in good Standing of the Bar of the State of Pennsylvania and, has never been the subject of grievance, suspension or disbarment. Further, Attorney Grunfeld has never been placed on inactive status.

As the above named Defendants are headquartered in Pennsylvania, Attorney Grunfeld will be of invaluable assistance in that he has acquired a specialized skill or knowledge with respect to the nature of the claim important to the trial of the matter.

Plaintiffs counsel has been contacted for his consent to the granting of this Motion and same has been given.

THE DEFENDANT,
MEDLINE INDUSTRIES, INC.

By: _____
Frederick J. Trotta, Sr.
LoRicco, Trotta & LoRicco, LLC
216 Crown Street, Suite 502
New Haven, Connecticut 06510
(203) 865-3123
CT Fed. Bar #: ct02621

NO ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

Granted. So ordered.
USDJ 2/17/04

LoRicco, Trotta & LoRicco, LLC
216 Crown Street, Suite 502, New Haven, Connecticut 06510
(203) 865-3123 – Fax (203) 865-2881 – Juris # 417196