UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREA HOGAN | : | DN 301CV2426 CFD |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| MEDLINE INDUSTRIES, INC. | : | |
| | : | |
| DEFENDANT | : | JULY 24, 2003 |

### MOTION FOR PERMISSION TO APPEAR PRO HAC VICE

The Defendant Medline Industries, Inc., hereby moves for admission of Attorney Henry Janssen Pro Hac Vice. Attorney Janssen is a member in good Standing of the Bar of the State of Pennsylvania and, has never been the subject of grievance, suspension or disbarment. Further, Attorney Janssen has never been placed on inactive status.

As the above named Defendants are headquartered in Pennsylvania, Attorney Janssen will be of invaluable assistance in that he has acquired a specialized skill or knowledge with respect to the nature of the claim important to the trial of the matter.

Plaintiff's counsel has been contacted for his consent to the granting of this Motion and same has been given.

THE DEFENDANT,
MEDLINE INDUSTRIES, INC.

By: _____
Frederick J. Trotta, Sr.
LORICCO, TROTTA & LORICCO, LLC
216 Crown Street, Suite 502
New Haven, Connecticut 06510
(203) 865-3123
CT Fed. Bar #: ct02621

**NO ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

LoRicco, Trotta & LoRicco, LLC
216 Crown Street, Suite 502, New Haven, Connecticut 06510
(203) 865-3123 – Fax (203) 865-2881 – Juris # 417196