*mtn to intervene*

*Granted, absent objection. So ordered. [signature] 3/[?]/04*

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED 2003 NOV 13 A 11:00 U.S. DISTRICT COURT HARTFORD CT

|  |  |
|---|---|
| ANDREA HOGAN | CIVIL ACTION NO.: |
| Plaintiff, | 301CV2426 (CFD) |
| v. |  |
| ALLEGIANCE CORPORATION, and MEDLINE INDUSTRIES, INC. |  |
| Defendants | NOVEMBER 12, 2003 |

## MOTION TO INTERVENE
## BY STAMFORD HOSPITAL

Pursuant to C.G.S. § 31-293, Stamford Hospital hereby respectfully moves to intervene in the above-captioned action. In support of its motion, Stamford Hospital states:

1. Between August 1995 and December 1999, the Plaintiff, Andrea Hogan, was an employee of Stamford Hospital.

2. The personal injuries allegedly sustained by the Plaintiff, Andrea Hogan, during this period of time, and described in the Plaintiff's Complaint dated December 26, 2001, allegedly arose out of and in the course of her employment with Stamford Hospital.

3. As a result of the aforementioned alleged injuries to the Plaintiff, Stamford Hospital has become obligated to pay workers' compensation benefits to or on behalf of Plaintiff pursuant to the Connecticut Workers' Compensation Act.

**ORAL ARGUMENT NOT REQUESTED**

FILED 2004 MAR -3 P 12:26 U.S. DISTRICT COURT HARTFORD, CT.