UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA HOGAN <br><br> Plaintiff, <br><br> v. <br><br> ALLEGIANCE CORPORATION, and <br> MEDLINE INDUSTRIES, INC. <br><br> Defendants | : CIVIL ACTION NO.: <br> : 301CV2426 (CFD) <br> : <br> : <br> : <br> : <br> : <br> : <br> : NOVEMBER 12, 2003 |

**INTERVENING COMPLAINT**
**BY STAMFORD HOSPITAL**

FILED 2004 MAR -3 P 12: 26 U.S. DISTRICT COURT HARTFORD, CT.

1. Between August 1995 and December 1999, the Plaintiff, Andrea Hogan, was an employee of the Intervening Plaintiff, Stamford Hospital.

2. The Intervening Plaintiff, Stamford Hospital, at all times material hereto, was and is a Connecticut corporation.

3. Between August 1995 and December 1999, while allegedly acting in the course and scope of her employment for Stamford Hospital, the Plaintiff, Andrea Hogan, was exposed to latex gloves which were designed, manufactured, constructed, distributed, sold and/or placed into interstate commerce by Allegiance Corporation, Medline Industries, Inc., and John Does 1-5.

4. As a result of this exposure, the Plaintiff allegedly sustained personal injuries as are more particularly described in the Plaintiff's Complaint in this action.

5. The injuries the Plaintiff sustained allegedly arose out of and in the course of her employment with Stamford Hospital.

6-17. Paragraphs 1 through 12 of the Plaintiff's Complaint are hereby incorporated into this document and are made paragraphs 6 through 17 of the Intervening Complaint.

18. As a result of these injuries, the Intervening Plaintiff, Stamford Hospital, has paid and may in the future become obligated to pay workers' compensation benefits to the Plaintiff, Andrea Hogan, and her medical providers pursuant to the Connecticut Workers' Compensation Act.

**WHEREFORE,** the Intervening Plaintiff, Stamford Hospital, claims that any damages recovered in this action shall be so paid and apportioned that the Intervening Plaintiff will be reimbursed and paid therefrom all amounts that it may become obligated to pay to or on behalf of the Plaintiff, Andrea Hogan, pursuant to the Connecticut Workers' Compensation Act.

INTERVENING PLAINTIFF,
STAMFORD HOSPITAL

By: _____
Kristen Sotnik Falls, ct16709
Anthony R. Kornacki, ct23227
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, via first class mail on the 12th day of November, 2003, to all counsel and pro se parties of record as follows:

Timothy R. Butler, Esq.
Tibbetts Keating & Butler
43 Corbin Drive
Darien, CT 06820
(For the Plaintiff)

Fredrick Joseph Trotta, Esq.
LoRicco, Trotta & LoRicco
216 Crown Street
Suite 502
New Haven, CT 06510-2705
(For MedLine Industries)

Allegiance Corporation
1500 Waukegan Road
McGaw Park, IL 60085

/s/ Kristen Sotnik Falls
Kristen Sotnik Falls

P:\CHW3rd\HOgan, A\Mtn.Intervne.ark.doc