FILED

2004 MAR 24 P 2: 00

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA HOGAN | CIVIL ACTION NO.: |
| Plaintiff, | 301-CV-2426 (CFD) |
| v. | |
| ALLEGIANCE CORPORATION, and MEDLINE INDUSTRIES, INC. | |
| Defendants | MARCH 23, 2004 |

### INTERVENING PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES

Intervening Plaintiff, Stamford Hospital, hereby denies each and every affirmative defense filed by the Medline Industries, Inc.

INTERVENING PLAINTIFF,
STAMFORD HOSPITAL

By: _____
Kristen Sotnik Falls, ct16709
Anthony R. Kornacki, ct23227
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid via first class mail on this 23rd day of March 2004 to all counsel and pro se parties of record as follows:

Timothy R. Butler, Esq.
Tibbetts Keating & Butler, LLC
43 Corbin Drive
Darien, CT 06820
(For the Plaintiff)

John J. Bogdanski, Esq.
David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
(For defendant Allegiance Corp.)

Henry Janssen, Esq.
Kenneth J. Grunfield, Esq.
Janssen, Keenan & Ciardi, P.C.
2005 Market Street, Suite 2050
Philadelphia, PA 19103
(For Defendant MedLine Industries)
215- 665-8888

Frederick Joseph Trotta, Esq.
LoRicco, Trotta & LoRicco
216 Crown Street, Suite 502
New Haven, CT 06510
(For defendant Medline Industries, Inc.)

Brenda Buonaiuto, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309

_____
Kristen Sotnik Falls