**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **IN RE: LATEX GLOVE PRODUCTS** | : | |
| **LIABILITY LITIGATION** | : | |
| | : | **This document relates only to** |
| **ANDREA HOGAN** | : | **Civil Action No: 3:01cv02426** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **ALLEGIANCE CORPORATION, et al.** | : | |
| | : | |
| **Defendants** | : | |

**ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of records:

    Enter my appearance as counsel in this case for Medline Industries, Inc.

 

    Kenneth J. Grunfeld, Esquire
    CT Federal Bar No.: ct25653
    Janssen Keenan & Ciardi P.C.
    One Commerce Square
    2005 Market Street, Suite 2050
    Philadelphia, PA  19103
    T: (215) 665-8888
    F: (215) 665-8887
    Email: kgrunfeld@janssenkeenan.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Entry of Appearance was served on the 18th day of March, 2004, to the parties listed below via United States mail, postage pre-paid:

Timothy F. Butler, Esquire
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, CT 06820
**Attorney for Plaintiff**

Brenda Buonaiuto, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
**Attorney for Allegiance Corporation**

Kristen Sotnik Falls, Esquire
Anthony R. Kornacki, Esquire
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
**Attorneys for Stamford Hospital**

_____
Kenneth J. Grunfeld, Esquire