**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **IN RE: LATEX GLOVE PRODUCTS** : <br> **LIABILITY LITIGATION** : <br> : <br> **ANDREA HOGAN** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **ALLEGIANCE CORPORATION, et al.** : <br> : <br> **Defendants** : | **This document relates only to** <br> **Civil Action No: 3:01cv02426** |

**ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of records:

    Enter my appearance as counsel in this case for Medline Industries, Inc.

 

                          Henry H. Janssen, Esquire
                          CT Federal Bar No.: ct25671
                          Janssen Keenan & Ciardi P.C.
                          One Commerce Square
                          2005 Market Street, Suite 2050
                          Philadelphia, PA  19103
                          T: (215) 665-8888
                          F: (215) 665-8887
                          Email: hjanssen@janssenkeenan.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Entry of Appearance was served on the 18th day of March, 2004, to the parties listed below via United States mail, postage pre-paid:

Timothy F. Butler, Esquire
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, CT 06820
**Attorney for Plaintiff**

Brenda Buonaiuto, Esquire
Alston & Bird, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
**Attorney for Allegiance Corporation**

Kristen Sotnik Falls, Esquire
Anthony R. Kornacki, Esquire
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
**Attorneys for Stamford Hospital**

_____
Henry H. Janssen, Esquire