UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ANDREA HOGAN,<br>    Plaintiff | 2004 MAR 31  P 4: 27 |
| v. | Civil Action No.<br>3:01 CV 2426 (CFD) |
| ALLEGIANCE CORPORATION, and<br>MEDLINE INDUSTRIES, INC.<br>    Defendants. | |

## ORDER

The parties have failed to comply with the order of March 2, 2004, requiring the filing of a Rule 26(f) Report on or before March 16, 2004. Accordingly, it is hereby ordered that the parties file the report on or before April 23, 2004, together with a memorandum showing why sanctions should not be imposed for failure to file the report earlier.

SO ORDERED this 31st day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE