UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREA HOGAN | : | NO.: 3:03CV2426 (CFD) |
| | : | |
| v. | : | |
| | : | |
| ALLEGIANCE CORPORATION, ET AL | : | April 7, 2004 |

### MEMORANDUM RE LATE FILING OF JOINT 26(f) REPORT

Pursuant to the Court's Order of March 31, 2004, the parties hereby submit their memorandum setting forth the reasons for the late filing of their Joint 26(f) Report. The Court's original order required the filing of the Joint Report on or before March 16, 2004. This is a complex products liability case involving multiple parties, several of whom are located out-of-state. Although the parties did confer and agree upon Joint 26(f) Report and discovery schedule within the time frame specified in the Court's original order, additional time was required to circulate the draft report among both local and out-of-state counsel, and to then review, circulate and agree upon various revisions proposed by the parties. The final report has now been signed off on by all parties, and was filed on April 5, 2004.

The discovery schedule proposed by the parties in the Joint Report uses March 22, 2004 as the discovery start date, and specifies that all expert and fact witness discovery shall be completed within 280 days (nine months) of that date. The delay in the filing of the parties Joint Report and proposed discovery schedule will in

no way delay or effect the ability of the parties to complete all discovery within the proposed nine month time frame.

The parties represent that the additional time required to finalize and file their Joint Report was the result of their good faith efforts to address and agree upon both the substance of the report and the proposed scheduling order. It will in no way delay the future progress of the case.

Dated: April 6, 2004

TIBBETTS KEATING & BUTLER, LLC      LoRICCO, TROTTA & LoRICCO

By _____    By _____
Timothy P. Butler (CT 15537)            Frederick Joseph Trotta
43 Corbin Drive                        216 Crown Street, LoRicco Towers
Darien, CT 06820           Suite 502
203-656-1066                  New Haven, CT 06510
Attorneys for Plaintiff        203-865-3123
                                    Attorneys for Medline Industries

HOWD & LUDORF            LETIZIA, AMBROSE & COHEN

By _____    By _____
John J. Bogdanski           Anne K. Millham
65 Wethersfield Ave.        One Church Street
Hartford, CT 06114-1190    New Haven, CT 06510
860-249-1361               203-787-7000
Attorneys for Allegiance Corporation    Attorneys for Stamford Hospital

no way delay or effect the ability of the parties to complete all discovery within the
proposed nine month time frame.

      The parties represent that the additional time required to finalize and file their
Joint Report was the result of their good faith efforts to address and agree upon both
the substance of the report and the proposed scheduling order.  It will in no way delay
the future progress of the case.

Dated: April 6, 2004

TIBBETTS KEATING & BUTLER, LLC        LoRICCO, TROTTA & LoRICCO


By_____      By_____
Timothy F. Butler (CT 15537)          Frederick Joseph Trotta
43 Corbin Drive                      216 Crown Street, LoRicco Towers
Darien, CT 06820                 Suite 502
203-656-1066                    New Haven, CT 06510
Attorneys for Plaintiff             203-865-3123
                                    Attorneys for Medline Industries


HOWD & LUDORF              LETIZIA, AMBROSE & COHEN


By_____      By,_____
      John J. Bogdanski               Anne K. Millham
      65 Wethersfield Ave.           One Church Street
      Hartford, CT 06114-1190       New Haven, CT 06510
      860-249-1361                 203-787-7000
      Attorneys for Allegiance Corporation   Attorneys for Stamford Hospital

no way delay or affect the ability of the parties to complete all discovery within the proposed nine month time frame.

The parties represent that the additional time required to finalize and file their Joint Report was the result of their good faith efforts to address and agree upon both the substance of the report and the proposed scheduling order. It will in no way delay the future progress of the case. The parties apologize for any inconvenience the delay in filing the Joint 26(f) Report may have caused the Court.

Dated: April 7, 2004

TIBBETTS KEATING & BUTLER, LLC          LoRICCO, TROTTA & LoRICCO


By_____        By_____
Timothy F. Butler (CT 15537)                  Frederick Joseph Trotta
43 Corbin Drive                                      216 Crown Street, LoRicco Towers
Darien, CT 06820                                    Suite 502
203-656-1066                                         New Haven, CT 06510
Attorneys for Plaintiff                             203-865-3123
                                                            Attorneys for Medline Industries


HOWD & LUDORF                                   LETIZIA, AMBROSE & FALLS


By_____        By_____
John J. Bogdanski                                   Anne K. Millham
65 Wethersfield Ave.                              One Church Street
Hartford, CT 06114-1190                        New Haven, CT 06510
860-249-1361                                         203-787-7000
Attorneys for Allegiance Corporation        Attorneys for Stamford Hospital

no way delay or effect the ability of the parties to complete all discovery within the proposed nine month time frame.

The parties represent that the additional time required to finalize and file their Joint Report was the result of their good faith efforts to address and agree upon both the substance of the report and the proposed scheduling order. It will in no way delay the future progress of the case.

Dated: April 6, 2004

TIBBETTS KEATING & BUTLER, LLC                LoRICCO, TROTTA & LoRICCO

By_____                   By_____
Timothy F. Butler (CT 15537)                      Frederick Joseph Trotta
43 Corbin Drive                                   216 Crown Street, LoRicco Towers
Darien, CT 06820                                  Suite 502
203-656-1066                                      New Haven, CT 06510
Attorneys for Plaintiff                           203-865-3123
                                                  Attorneys for Medline Industries


HOWD & LUDORF                                 LETIZIA, AMBROSE & FALLS

By_____                   By_____
John J. Bogdanski                                 Anne K. Millham
65 Wethersfield Ave.                              One Church Street
Hartford, CT 06114-1190                           New Haven, CT 06510
860-249-1361                                      203-787-7000
Attorneys for Allegiance Corporation              Attorneys for Stamford Hospital

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 8th day of April, 2004. 7th

Timothy F. Butler, Esquire
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, CT  06820

Frederick J. Trotta, Sr., Esquire
LoRicco Trotta & LoRicco, LLC
LoRicco Tower
216 Crown Street
New Haven, CT  06510

Kenneth J. Grunfeld, Esquire
Henry H. Janssen, Esquire
Janssen, Keenan & Ciardi, P.C.
One Commerce Square
2005 Market Street, Suite 2050
Philadelphia, PA  19103

_____
John J. Bogdanski