FILED

2004 APR -7 A 10: 22

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
: CASE No. 3:01CV02426 (CFD)

ANDREA HOGAN,
Plaintiff,                                                              : April 5, 2004
         Vs.

ALLEGIANCE CORPORATION, and
MEDLINE INDUSTRIES, INC.
Defendants.

## JOINT REPORT

The parties submit the following Report, as required by the Court's Order dated March 2, 2004.

**A.    Nature of the Case:**

This is a product liability case, in which Plaintiff claims injuries and damages due to an alleged allergy to natural rubber latex. Defendants are alleged to be manufacturers or distributors of natural rubber latex gloves, which Plaintiff claims she used or to which she was otherwise exposed to in her healthcare profession.

This action is one of many which were transferred to the United States District Court for the Eastern District of Pennsylvania (Ludwig, J.) by the Judicial Panel on Multidistrict Litigation, MDL 1148. This action has now been remanded back to this Court, and a copy of Judge Ludwig's Remand Order is attached, explaining what has been done in the MDL proceedings and what remains for the §1407 transferor court to do. Also attached as Exhibits 1 and 2 are the standard Overview for the Transferor Court and the template often utilized by the Transferor Court for scheduling purposes after remand.

*Exhibit d is approved as the schedule for this action - So ordered. /M*
*SDS 4/26/04*