IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: LATEX GLOVE PRODUCTS LIABILITY LITIGATION : : : ANDREA HOGAN : : Plaintiff, : : v. : : ALLEGIANCE CORPORATION, et al. : : Defendants : | This document relates only to Civil Action No: 3:01cv02426 |

**MOTION BY DEFENDANT MEDLINE INDUSTRIES INC.
FOR SUMMARY JUDGMENT**

Defendant Medline Industries, Inc. ("Medline") moves for entry of summary judgment in its favor and against plaintiffs Andrea Hogan and Stamford Hospital, and, in support thereof, avers as follows:

1. This action was commenced against defendant Medline Industries, Inc. more than three (3) years from the date when the alleged injury was first sustained or discovered or in the exercise of reasonable care should have been discovered.

2. Medline Industries, Inc. incorporates its Local Rule 56 (A)1 Statement in Support of said motion, which is appended hereto.

3. There exists no genuine issue of material fact as to when the limitations period began to run under the applicable statute of limitations.

4. Medline Industries, Inc. incorporates its Memorandum of Law in support of said motion, which Memorandum is appended hereto.

5. Medline Industries, Inc. is entitled to judgment as a matter of law.

**WHEREFORE**, defendant Medline Industries, Inc. respectfully demands the entry of an Order in the form attached hereto.

          Respectfully submitted,

          **JANSSEN KEENAN & CIARDI P.C.**

By:     s/ Henry H. Janssen
          Henry H. Janssen, Esquire
          One Commerce Square
          2005 Market Street, Suite 2050
          Philadelphia, PA  19103
          (215) 665-8888

and

**LORICCO, TROTTA & LORICCO, LLC**

s/ Ronald J. LoRicco, Sr.
Ronald J. LoRicco, Sr., Esquire
216 Crown Street
New Haven, CT  06510
(203) 865-3123