# EXHIBIT A

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:01-cv-02426-CFD

Hogan v. Allegiance Corp, et al
Assigned to: Judge Christopher F. Droney
Referred to:
Demand: $10000000
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Product Liability

Date Filed: 12/28/01
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Andrea Hogan**

represented by **Timothy F. Butler**
43 Corbin Dr.
Darien, CT 06820
203-656-1066
Email: TButler@tkblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Plaintiff**
-----------------------

**Stamford Hospital**

represented by **Kristen Sotnik Falls**
Letizia, Ambrose & Cohen
One Church St.
New Haven, CT 06510
203-787-7000
Fax : 203-787-7001
Email: Falls@laflegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Allegiance Corp**

represented by
**David S. Monastersky**
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
860-249-1361

Fax : 860-249-7665
Email: dmonastersky@hl-law com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Bogdanski**
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
860-249-1361
Fax : 860-249-7665
Email: jbogdanski@hl-law com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Medline Indus, Inc**    represented by    **Frederick Joseph Trotta**
LoRicco, Trotta & LoRicco
216 Crown St , Loricco Towers
Suite 502
New Haven, CT 06510
203-865-3123
Email: ftrotta@ltllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry Janssen**
Janssen & Keenan, PC
2005 Market Street, Suite 2050
Philadelphia, PA 19103
215-665-8888
Fax : 215-665-8887
Email: hjanssen@janssenkeenan.com
*ATTORNEY TO BE NOTICED*

**Kenneth Grunfeld**
Janssen & Keenan, PC
2005 Market Street, Suite 2050
Philadelphia, PA 19103
215-665-8888
Fax : 215-665-8887
Email: kgrunfeld@janssenkeenan.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/28/2001 | 1 | COMPLAINT (D'Andrea, S.) (Entered: 12/28/2001) |
| 12/28/2001 |  | SUMMONS(ES) issued for Allegiance Corp, Medline Indus, Inc (D'Andrea, S.) (Entered: 12/28/2001) |

| | | |
|---|---|---|
| 12/28/2001 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 6/29/02 ; Dispositive Motions due 7/29/02 Amended Pleadings due 2/28/02 Motions to Dismiss due 3/28/02 (D'Andrea, S ) (Entered: 12/28/2001) |
| 12/28/2001 | 3 | APPEARANCE of Attorney for Andrea Hogan -- Timothy F. Butler (D'Andrea, S.) (Entered: 12/28/2001) |
| 01/02/2002 | | Filing Fee Paid; FILING FEE $ 150 00 RECEIPT # B003277 (Walker, J ) (Entered: 01/03/2002) |
| 03/28/2002 | 4 | SUMMONS Returned Executed on 1/28/02 as to Medline Indus, Inc (Sprong, R.) (Entered: 03/28/2002) |
| 03/28/2002 | 5 | AFFIDAVIT of Timothy F. Butler by Andrea Hogan Re [4-1] executed summons (Sprong, R ) (Entered: 03/28/2002) |
| 03/28/2002 | 6 | SUMMONS Returned Executed on 1/30/02 as to Allegiance Corp (Sprong, R.) (Entered: 03/28/2002) |
| 05/23/2002 | 7 | CONDITIONAL TRANSFER ORDER, case transferred to Eastern District of Pennsylvania (signed by Miachel J. Beck, Clerk EDPA) (Johnson, D.) (Entered: 05/29/2002) |
| 05/23/2002 | | Case closed (Johnson, D.) (Entered: 05/29/2002) |
| 05/23/2002 | | Interdistrict transfer to District of Eastern Pennsylvania. Original file, certified copies of docket and Order sent 5/31/02 (Montgomery, C.) (Entered: 05/31/2002) |
| 06/30/2003 | 8 | APPEARANCE of Attorney for Medline Indus, Inc -- Frederick Joseph Trotta (Basile, F.) (Entered: 07/01/2003) |
| 08/25/2003 | 9 | MOTION by Medline Indus, Inc for Kenneth Grunfeld to Appear Pro Hac Vice (Bauer, J.) (Entered: 08/28/2003) |
| 08/25/2003 | 10 | MOTION by Medline Indus, Inc for Henry Janssen to Appear Pro Hac Vice (Bauer, J.) (Entered: 08/28/2003) |
| 11/13/2003 | 11 | NOTICE of Appearance by Kristen Sotnik Falls on behalf of Stamford Hospital (Basile, F) (Entered: 11/18/2003) |
| 11/13/2003 | 12 | MOTION to Intervene by Stamford Hospital Responses due by 12/4/2003 (Basile, F.) (Entered: 11/18/2003) |
| 01/22/2004 | 13 | NOTICE of Appearance by John J. Bogdanski, David S. Monastersky |