# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA HOGAN, | CASE No. **301CV2426 CFD** |
| Plaintiff, | |
| v. | December 26, 2001 |
| ALLEGIANCE CORPORATION, and MEDLINE INDUSTRIES, INC. | PLAINTIFF DEMANDS A JURY TRIAL |
| Defendants. | |

## COMPLAINT

NOW COMES THE Plaintiff, Andrea Hogan, by and through her attorneys, and hereby sues the Defendants, Allegiance Corporation, Medline Industries, Inc., and John Does, 1-5, and for her causes of action, states as follows:

### PREAMBLE

1      Plaintiff, Andrea Hogan, is a resident of Town of Fairfield, Connecticut.

2      Defendant, Allegiance Corporation is, is an Illinois corporation with its principal place of business in McGraw Park, Illinois.

3.      Defendant, Medline Industries, Inc., is an Illinois corporation with its principal place of business in Mundelein, Illinois.

4      The true names or capacities, whether individual, corporate, associate, or otherwise of Defendant Does 1 through 5, inclusive, are unknown to Plaintiff who sues said