# EXHIBIT C

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR CONNECTICUT
----------------------------------x
IN RE:  LATEX GLOVE PRODUCTS
LIABILITY LITIGATION,

ANDREA HOGAN,

       Plaintiff,

vs.          Case No. 3:01cv02426
              Date: January 22, 2004
ALLEGIANCE CORPORATION, ET AL,

       Defendants.
----------------------------------x

DEPOSITION OF ANDREA HOGAN

The deposition of Andrea Hogan was taken on January 22, 2004, at the Westin Hotel, One First Stamford Place, Stamford, Connecticut before Susan Wandzilak, Registered Professional Reporter and Notary Public in the State of Connecticut

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CONNECTICUT 06443

MADISON, CT 06443     HARTFORD, CT 06106
203-245-9583            800-839-6867

---

**Page 2**

APPEARANCES

TIMOTHY F. BUTLER, ESQUIRE
   Tibbetts, Keating & Butler, LLC
   43 Corbin Drive
   Darien, Connecticut 06820

       Attorney for Plaintiff

HENRY H. JANSSEN, ESQUIRE
   Janssen & Keenan, P.C.
   One Commerce Square
   Suite 2050
   2005 Market Street
   Philadelphia, Pennsylvania 19103

       Attorney for Defendant Medline

BRENDA BUONAIUTO, ESQUIRE
   Alston & Bird, LLP
   1201 West Peachtree Street
   Atlanta, Georgia 30309

       Attorney for Defendant Allegiance

---

**Page 3**

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between counsel representing the parties that each party reserves the right to make specific objections at the trial of the case to each and every question asked and of answers given thereto by the deponent, reserving the right to move to strike out where applicable, except as to such objections as are directed to the form of the question.

IT IS HEREBY STIPULATED AND AGREED by and between counsel representing the respective parties that proof of the official authority of the Notary Public before whom this deposition is taken is waived.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing the respective parties that the reading and signing of the deposition by the deponent is not waived.

IT IS FURTHER STIPULATED AND AGREED by and between counsel representing parties that all defects, if any, as to the notice of the taking of the deposition are waived.

Filing of the Notice of Deposition with the original transcript is waived.

---

**Page 4**

INDEX

TESTIMONY OF ANDREA HOGAN

   Direct Examination by Mr. Janssen    5

CERTIFICATE OF REPORTER    217

EXHIBITS

| | |
|---|---|
| Hogan Exhibit 1 | 27 |
| Hogan Exhibit 2 | 46 |
| Hogan Exhibit 3 | 133 |
| Hogan Exhibit 4 | 134 |
| Hogan Exhibit 5 | 136 |
| Hogan Exhibit 6 | 146 |
| Hogan Exhibit 7 | 155 |
| Hogan Exhibit 8 | 167 |
| Hogan Exhibit 9 | 170 |
| Hogan Exhibit 10 | 190 |
| Hogan Exhibit 11 | 191 |
| Hogan Exhibit 12 | 191 |
| Hogan Exhibit 13 | 192 |
| Hogan Exhibit 14 | 192 |
| Hogan Exhibit 15 | 207 |

**5**

1  VIDEO OPERATOR: We are on the record at
2  9:55. This is the deposition of Andrea Hogan
3  recorded on January 22, 2004 in Stamford,
4  Connecticut. This deposition is being taken
5  in the case of Hogan versus Allegiance Corp,
6  et al and was noticed on behalf of the
7  defendant.
8      The videotape operator is Matt
9  Degennaro of Geomatrix Productions, 270 Amity
10 Road, New Haven, Connecticut. If counsel
11 would identify themselves, please.
12     MR. JANSSEN: My name is Henry Janssen,
13 counsel for the defendant, Medline
14 Industries.
15     MR. BUTLER: My name is Timothy Butler,
16 Tibbets, Keating & Butler, for the plaintiff,
17 Andrea Hogan.
18     MS. BUONAIUTO: Brenda Buonaiuto for
19 defendant, Allegiance Corporation.
20     VIDEO OPERATOR: And if we could please
21 swear in the witness.
22          ANDREA HOGAN,
23 Having been first duly sworn, testified as
24 follows:
25          DIRECT EXAMINATION

**6**

1  BY MR. JANSSEN:
2  Q.  Can I have your full name and address
3  for the record?
4  A.  Andrea Hogan, 397 Jackson Avenue,
5  Bridgeport, Connecticut.
6  Q.  Ms. Hogan, my name is Henry Janssen. I
7  am an attorney and I will be asking you questions
8  concerning a lawsuit that you have filed in the
9  United States District Court for the District of
10 Connecticut. If you don't understand a question
11 that I ask you, please tell me that and I will
12 try to rephrase it to your satisfaction.
13     If you don't hear the entire question,
14 please don't guess at it. We will have the court
15 reporter read it back. And, if at any time you
16 feel too ill or too tired to continue, you tell
17 me that and we will make other arrangements. Is
18 that okay?
19 A.  Yes.
20 Q.  Do you have any drugs with you here
21 today to help you combat the symptoms of allergic
22 reactions?
23 A.  Yes, I do.
24 Q.  Could I see them, please?
25     MR. BUTLER: Before we get further into

**7**

1  the deposition, you had made a request from
2  me for a diary Ms. Hogan had
3      MR. JANSSEN: Yes.
4      MR. BUTLER: She doesn't actually keep a
5  diary but she does have a typed list of
6  reactions which I think may have been
7  produced. But, if not, you can certainly
8  have it. All the information was presented
9  in the interrogatory responses
10     MR. JANSSEN: Okay.
11 BY MR. JANSSEN:
12 Q.  Could I see it, please?
13 A.  I have my epipen.
14 Q.  This is an epipen that you obtained from
15 what pharmacy or physician?
16 A.  That was probably prescribed or it was
17 prescribed by Dr. McGrath.
18 Q.  And, obtained from what pharmacy?
19 A.  Stop and Shop.
20 Q.  And, I see that the expiration date is
21 May, '04. Do you have only one with you here
22 today?
23 A.  Yes, I do.
24 Q.  You do customarily have more than one
25 epipen; don't you?

**8**

1  A.  I have others at home.
2  Q.  And, you keep them at various places?
3  A.  Yes, I do.
4  Q.  Sometimes in your car, sometimes in your
5  home, sometimes in your purse?
6  A.  Yes, I make sure I have one with me at
7  all times.
8  Q.  And, you have usually approximately
9  three current epipens, is that correct?
10 A.  Yes.
11 Q.  And, when did you start carrying an
12 epipen?
13 A.  I started carrying an epipen in 1999,
14 after my November 21 anaphylactic reaction. So,
15 some time after that.
16 Q.  Did you not have epipens prescribed for
17 you prior to 1999?
18 A.  That's correct.
19 Q.  You did?
20 A.  I didn't
21 Q.  You did not?
22 A.  No.
23 Q.  So, the first time that you acquired, to
24 your recollection, that you acquired an epipen
25 and actually carried it with you is roughly 1999,

**Page 9**

1 after November of 1999; correct?
2  A. Yes
3  Q. Or in or about November of 1999?
4  A. Right.
5  Q. And, why did you carry an epipen?
6  A. Because I had such -- I have such a
7 severe reaction to latex products, it puts me
8 into anaphylactic shock. And, as I understand
9 it, the epipen will stop the shock from killing
10 me.
11  Q. So, in other words, you carry it as a --
12 you began carrying the epipens as a means to
13 protect yourself from possible death from
14 anaphylaxis, is that correct?
15  A. Yes
16  Q. Okay, you can have this back, thank you.
17    And your other drugs?
18  A. I have here some prednisone.
19  Q. I don't have to see that. You got that
20 from Stop and Shop as well?
21  A. This is a supply given to me by
22 Dr. McGrath.
23  Q. Okay.
24  A. And, in here I carry some Advil or Aleve
25 but I also have Benadryl.

**Page 10**

1  Q. Over the counter?
2  A. Yes.
3  Q. And, are they all the drugs that you
4 have with you here today?
5  A. Yes.
6  Q. And, do you have any inhalers at all?
7  A. Oh, yes, I do. I actually do have a
8 Ventolin inhaler with me. I forgot.
9  Q. Can I see that, please?
10  A. Sure.
11  Q. Thank you. And, Ventolin inhaler, I am
12 not going to disconnect it but it was prescribed
13 by McGrath, Dr. McGrath?
14  A. Yes.
15  Q. And, you get this from Stop and Shop as
16 well?
17  A. Yes.
18  Q. Do you have any identification with you
19 here today that indicates that you are allergic
20 to latex?
21  A. Yes.
22  Q. And, could I see that identification?
23  A. Sure. I wear this bracelet.
24  Q. And, this bracelet says, Andy Hogan,
25 severe latex allergy. When did you start wearing

**Page 11**

1 any identification that indicated that you were
2 allergic to latex?
3  A. Sometime right after that first major
4 reaction in 1999. So maybe December, 1999 or
5 January, 2000.
6  Q. And, why do you carry Medic Alert
7 bracelets indicating a latex allergy?
8  A. Well, in the event that I can't speak
9 for myself, I get into a car accident or
10 something, I need to make sure that any medical
11 personnel don't try to assist me and they are
12 using latex gloves.
13  Q. Because you want to make sure that you
14 are not accidentally exposed by your health care
15 providers and therefore possibly risk your own
16 death; is that correct?
17  A. Yes
18  Q. And, other than the bracelet that you
19 began wearing in November or December of 1999,
20 did you ever carry any other identification
21 indicating you were latex allergic?
22  A. I know I had a card in my wallet at one
23 time that I got the same time I got the
24 bracelet. I don't know if it is still in the
25 business card pile.

**Page 12**

1  Q. No other identification?
2  A. No.
3  Q. Do you carry any medical gloves with
4 you?
5  A. I usually have a box of vinyl gloves in
6 my car.
7  Q. And, when did you start that practice?
8  A. Again, around that same time, when I
9 realized the severity of my reaction to latex.
10  Q. And, that was approximately November or
11 December of 1999, when you started carrying the
12 gloves?
13  A. Yes.
14  Q. Now, you obtained a license as a
15 registered nurse in Connecticut; correct?
16  A. Yes.
17  Q. Are you licensed -- have you been
18 licensed in any other jurisdiction?
19  A. No
20  Q. Is your license as an R.N. still
21 current?
22  A. Yes.
23  Q. And, to maintain currency, do you have
24 to take continuing education courses?
25  A. No, I do not.

21

1 home.
2   Q. And, was he employed while he was living
3 with you up until early 1998?
4   A. Yes.
5   Q. What was he doing? What was his
6 employment?
7   A. He is a mover, a furniture --
8   Q. A furniture mover?
9   A. Yeah.
10  Q. Now, have you ever had any pets residing
11 with you in your home?
12  A. Yes.
13  Q. Tell me something about your pets?
14  A. I have one.
15  Q. From the time you were born to the
16 present.
17  A. I had a dog that lived on Remington
18 Street with me.
19  Q. On Remington?
20  A. Yeah, back when I was a child.
21  Q. What was that dog's name?
22  A. Shasta.
23  Q. And, what type of a dog was Shasta?
24  A. Shasta was part miniature poodle and
25 part miniature snauzer.

22

1   Q. And, any other dogs or pets since then?
2   A. Yes, I have currently a chocolate lab.
3   Q. And, what is his or her name?
4   A. Nestle.
5   Q. Nestle?
6   A. Um-uh.
7   Q. Like Nestle chocolate?
8   A. Exactly.
9   Q. And, how old is Nestle?
10  A. Nestle is almost 11.
11  Q. And, Nestle lived with you for the
12 entire period of Nestle's weaning?
13  A. Yes.
14  Q. And, have you ever had any allergic
15 reactions to Nestle at all?
16  A. No.
17  Q. You know that you tested positive for
18 dog dander but you can't recall any rhinitis,
19 runny nose, watery eyes with Nestle?
20  A. No.
21     MR. BUTLER: Objection to form.
22 BY MR. JANSSEN:
23  Q. Can you recall any allergic reactions to
24 Shasta?
25  A. No.

23

1   Q. Now, in your residences, what if
2 anything did you do to make your residences latex
3 safe for you?
4   A. As I understand it, the backing on throw
5 rugs contains a high amount of latex. I made
6 sure I don't have any of those. I don't have --
7 in fact, I don't have rugs in my home at all. I
8 have no rubber bands. I have no plastic coated
9 paper clips. I don't use post it notes. Pretty
10 much anything that I thought latex, knew latex or
11 was even questionable, I threw out and I don't
12 allow it in my home.
13  Q. What about vacuum cleaners?
14  A. I don't own a vacuum cleaner.
15  Q. At one point in time you did, did you
16 not?
17  A. Yes, and I got rid of the vacuum cleaner
18 when I got rid of the rugs.
19  Q. Wasn't there a period of time when you
20 were using a vacuum cleaner knowing it had latex
21 and you yourself were wearing non latex gloves?
22     MR. BUTLER: Objection to form.
23     THE WITNESS: I am sorry, I don't
24  understand.
25 BY MR. JANSSEN:

24

1   Q. Was there a period of time when you
2 would wear latex gloves -- I am sorry, non latex
3 gloves while you were vacuuming with the vacuum?
4   A. I would -- I don't understand what you
5 are getting at because I would never -- I would
6 never wear latex gloves when I was vacuuming.
7   Q. Non latex gloves?
8   A. Or any gloves when I was vacuuming.
9   Q. Your medical records indicate that you
10 told that to one of your physicians. Do you
11 recall that?
12  A. No, I don't recall that at all.
13  Q. When did you first begin to take steps
14 to limit your exposure to latex products in your
15 home?
16  A. Probably -- I don't recall exactly but
17 probably sometime during 1997 when I realized
18 that it was latex that was giving me a problem.
19 When I began to switch over from vinyl gloves, I
20 started to make a connection that latex was in
21 things other than just gloves and started to
22 clean out my house.
23  Q. And, was that before you switched to
24 labor and delivery?
25  A. Gees, I don't remember exactly when I

**Page 25**

1  switched to labor and delivery right now.
2  Q. According to your employment records,
3  you switched to labor and delivery in August or
4  September of 1998.
5  A. Then, yes, it was before I switched to
6  labor and delivery.
7  Q. What came to your attention to cause you
8  to make the connection between latex products
9  outside of medical gloves that might be effecting
10 you and caused you to do this, these changes at
11 home? What event or events came to your
12 attention?
13 A. I just started making the connection
14 that if latex in the gloves was bothering me,
15 that it was probably other things.
16    Can I have a break, please?
17    MR. JANSSEN: Absolutely.
18    VIDEO OPERATOR: We are going off the
19    record at 10:18.
20    (Whereupon, a brief recess was taken.)
21    VIDEO OPERATOR: We are back on the
22    record at 10:25.
23 By MR. JANSSEN:
24 Q. Ms. Hogan, before the break that you
25 requested, we were talking about what event or

**Page 26**

1  events came to your attention that caused you to
2  begin to restrict your exposure to any possible
3  latex products at home sometime in 1999.
4  A. Well, I started to get contact
5  dermatitis, not necessarily hives or anything
6  like that, just a little tiny rash on my hands
7  from using latex gloves. So, I just decided that
8  it might be a good idea to start to avoid latex
9  thinking that it could be a problem.
10 Q. So, you experienced what you describe as
11 dermatitis from wearing latex gloves and you
12 realized that perhaps you were being exposed to
13 latex outside your work place as well; is that
14 correct?
15 A. That's fair to say, yes.
16 Q. And, the hand dermatitis that you
17 described, that you mentioned, could you describe
18 it to us? For instance, was it red? Was it
19 blistery? Did it go beyond the level where you
20 would be wearing the gloves, that type of thing?
21 A. Just a small red, reddened area or I
22 would take off my gloves and my hands would be
23 red. And, it would just be in the area; it
24 wouldn't go beyond the cuff of the glove. If it
25 was more like a rash, it would just be in certain

**Page 27**

1  spots and little tiny bumps, almost similar maybe
2  to what you would see if someone thinks they have
3  poison ivy, I have a little something on my hand,
4  I wonder if it is poison ivy, that type of
5  thing. But, it wasn't poison ivy, that's not
6  what I am saying. I knew something was going on,
7  a little dermatitis.
8  Q. So, did you receive a medical diagnosis
9  that you were allergic to latex in 1997?
10 A. No. No, I did not.
11    MR. JANSSEN: Let's turn to exhibit --
12    let's mark this Hogan Exhibit 1.
13    (Whereupon, Hogan Exhibit 1 was marked
14    for identification.)
15 BY MR. JANSSEN:
16 Q. Now, Hogan Exhibit 1 are pages from your
17 medical records that we obtained through a record
18 copy service, a medical record copy service
19 called Recordtrak. This was done while the case
20 was in Philadelphia. You remember that your case
21 -- you filed up here and then it was transferred
22 down to Philadelphia for certain proceedings.
23 And, I have everything that was produced with
24 what is called tag 42. These are Stamford
25 Hospital records here that I will put in front of

**Page 28**

1  you and I have selected excerpts, certain pages
2  on it.
3     Now, we have marked it Hogan 1 because
4  through experience, there are often many people
5  who get deposed in these cases so we always use
6  the name of the witness as Hogan Exhibit 1 or
7  Exhibit 2. And, you will see that there are page
8  references that sort of -- we call them Bates
9  stamping here, that the record copy service puts
10 down. And what these mean is H-O-G for Hogan,
11 42, tag 42 and then there is a page that came out
12 of the records that were produced from Stamford.
13    So, I am going to show you Exhibit 1.
14 Take your time and look at it but I want to
15 direct your attention to the latex allergy
16 diagnosis that you received in September of 1997?
17 A. And what page is that?
18 Q. Let me just find a copy of it.
19    On tag 42, page 21, it appears that you
20 worked for a nurse practitioner by the name of
21 Richlin?
22 A. I completely forgot about this.
23    MR. BUTLER: There is no question
24    pending.
25 BY MR. JANSSEN:

**33**

1  A. No, I do not.
2  Q. Then it also says for you only to use
3  latex free gloves Tactilon (ph), which is a brand
4  name, do you recall Tactilon?
5  A. No, I do not.
6  Q. Do you recall her telling you only to
7  use latex free gloves?
8  A. I remember her telling me to try to get
9  them and to avoid latex but that was the gist of
10 the conversation.
11 Q. And the other notes indicate that
12 Ms. Richlin discussed how latex allergy increases
13 with repeated exposure. Do you recall her
14 telling you that?
15 A. Just to the extent of stopping to use
16 latex gloves, that you just don't want to
17 continue getting a rash on your hands.
18 Q. And, that this forward, while can
19 predispose to allergy, certainly will exacerbate
20 further. Do you remember her telling that to
21 you?
22 A. No, I do not.
23 Q. And, she says in her notes, the patient
24 verbalizes an understanding of the serious nature
25 of the issue. Do you recall telling her that you

**34**

1  understood it was a serious issue, your latex
2  allergy?
3  A. No, I do not remember saying that.
4  Q. Then the next entry by Ms. Richlin on
5  this page shows a 9/23/97 rast test high positive
6  discussed with Dr. Sterling, who is doctor
7  Sterling?
8  A. He was the head of employee health at
9  Stamford Hospital.
10 Q. And, he advised that no latex products
11 be used -- he advised no latex products. Do you
12 recall Sterling's advice being related to you by
13 Richlin?
14 A. No, I do not.
15 Q. Do you recall Dr. Sterling's advice
16 concerning use of epipens and Medic Alert?
17 A. No, I do not.
18 Q. Do you recall -- do you have any reason
19 to doubt that Denise Richlin made a mistake when
20 she said on 9/23/97, notified patient, the last
21 two words there?
22 A. I don't remember speaking with her at
23 that time.
24 Q. On November 23, 1997?
25 A. September 23.

**35**

1  Q. I am sorry, September 23, 1997?
2  A. Right.
3  Q. Now, if you could turn to page 23, isn't
4  this a latex history that you filled out in
5  September of 1997?
6  A. Well, it says it's a latex history
7  form. I don't remember filling it out or when I
8  did.
9  Q. Is this your handwriting?
10 A. Yes, that looks like my handwriting.
11 Q. And, it shows that you answered yes to
12 you have a history of contact dermatitis,
13 hayfever, eczema and rhinitis?
14 A. Yes.
15 Q. Was that accurate for November -- for
16 September of 1997?
17 A. Yes, I think that's fair to say.
18 Q. And, by September of 1997, if you can
19 turn to paragraph five, was it accurate that you
20 had already had allergic reactions to balloons,
21 rubber gloves, bandaids, rubber bands and balls,
22 baby bottle nipples, pacifiers and teething
23 rings, latex birth control devices and carpet
24 backing?
25 A. Well, I suppose I checked off these

**36**

1  things. But, like I said, I really don't
2  remember the forms. I don't remember doing it at
3  this time.
4  Q. Is it accurate that by September of
5  1997, you had had in fact those allergic
6  reactions that were checked yes on paragraph
7  five?
8  MR. BUILER: Objection to form. There
9  is no date on this form.
10 MR. JANSSEN: Counselor, you are not
11 supposed to coach. You can object to form.
12 You are coaching.
13 MR. BUILER: You are not supposed to
14 state things that aren't in the record
15 inaccurate.
16 MR. JANSSEN: I didn't say anything.
17 BY MR. JANSSEN:
18 Q. Is it accurate that in September of
19 1997, that you had had reactions as set forth in
20 paragraph five?
21 A. Like I said, the dates I recall I have
22 said, that around 1997, I started to avoid them.
23 I don't remember filling out this form and I
24 don't remember what I was thinking at the time.
25 Q. Are you saying you did not fill out this

41

1  Q. And, by September of 1997, had you
2  attempted to avoid wearing latex gloves?
3  A. It was around that time that I tried to
4  get vinyl gloves, yes, avoid latex gloves.
5  Q. For how long did you wear non-latex
6  gloves in the maternity section?
7  A. When they were available, I would wear
8  them through -- until I went to labor and
9  delivery.
10  Q. What do you mean available, you mean
11  sometimes they would not be there?
12  A. Yes.
13  Q. Did you complain?
14  A. Yes, I did.
15  Q. What was their response?
16  A. Well, either they were out of stock or
17  they were moved from the unit for people or other
18  staff members who didn't realize that those
19  gloves were there for a reason. And usually in a
20  hospital, things have to be in a certain place
21  and if there is an extra item or something,
22  sometimes it just gets moved and that's what
23  would happen. And, if an emergency arose and I
24  didn't have the vinyl gloves, then I would use
25  latex. But usually what I did was just carry the

42

1  vinyl gloves around with me, stuff my pockets
2  full of them.
3  Q. And, when you were running out -- when
4  the hospital was running out, was it available to
5  you, the vinyl gloves?
6  A. I am sorry, can you repeat the question?
7  Q. In 1997, when you realized that the
8  hospital sometimes would not have gloves
9  available for you to use in the maternity
10  section, did you acquire your own gloves?
11  A. I didn't bring my own gloves to work, if
12  that's what you are asking.
13  Q. Had you bought vinyl gloves in '97?
14  A. No  No, I didn't.
15  Q. Why not?
16  A. Well, I didn't realize the severity of
17  the issue at that time, not like I do today where
18  I mentioned before I carry my gloves with me.
19  Q. So, after you realized that you were
20  suffering -- that you had an allergic disease to
21  latex, you continued to actually put on latex
22  gloves because the vinyl might not be available?
23  MR. BUTLER: Objection to form.
24  THE WITNESS: Can I have another minute
25  -- can I have another break, please?

43

1  BY MR. JANSSEN:
2  Q. Not during a pending question. Is there
3  a problem with the question?
4  A. I am just very stressed out. Yeah, I
5  would. If there was an emergency, and I had to
6  wear gloves, you know, someone was bleeding,
7  fainting, whatever, then I had to put on what was
8  available and immediately accessible.
9  Q. Are you done answering?
10  A. I think so.
11  MR. JANSSEN: Okay, take a break.
12  VIDEO OPERATOR: We are going off the
13  record at 10:51. We are off the record.
14  (Whereupon, a brief recess was taken.)
15  VIDEO OPERATOR: We are back on the
16  record at 10:59.
17  BY MR. JANSSEN:
18  Q. Ms. Hogan, I am going to show you an
19  answer that you gave to an answer to
20  interrogatory number 40. I will read it into the
21  record and then show it to you.
22  The question is, state when and how you
23  first learned about latex allergy and its
24  association with latex gloves and/or powder.
25  Your response was, late 1996 I realized that I

44

1  had a mild contact dermatitis from wearing latex
2  gloves. I was not aware of the severity of the
3  problem and how to deal with it until late 1998
4  after consulting employee health at Stamford
5  Hospital and then Dr. Bouboulis.
6  When did you consult Stamford employee
7  health after September of 1997 concerning latex?
8  A. Can you just repeat that last question,
9  please?
10  Q. Yes. When did you consult with Stamford
11  Hospital employee health after September of 1997
12  concerning latex?
13  A. At some point, probably in late 1998, I
14  was having a hard time getting the vinyl gloves
15  stocked in labor and delivery. So, I called over
16  to employee health to try and see if they could
17  assist me with getting the, you know, with kind
18  of backing up my request for vinyl gloves. I
19  don't remember who I spoke with.
20  Q. Well, you said that -- is that when you
21  became aware of the severity of the problem that
22  you had?
23  A. Yes.
24  Q. And, was that before, let's just say,
25  Christmas, December 25, 1998?

45

1  A. That's fair to say. I don't remember
2  exactly when.
3  Q. But, you said late 1998 but is there a
4  particular person that you spoke to there?
5  A. Where, exactly?
6  Q. At employee health. You said that --
7  the question is, with whom did you consult -- I
8  am sorry, the question was, did you consult with
9  employee health after September of 1997 about
10 latex and you gave me your answer. Now, I wanted
11 to learn with whom did you consult and what did
12 they tell you about the severity of the problem?
13 A. I don't remember exactly who I spoke
14 with.
15 Q. Did you register a complaint, a written
16 complaint?
17 A. Saying what -- I don't -- what?
18 Q. That your employer was not providing you
19 with non-latex gloves.
20 A. No.
21 Q. You understood that you had had OSHA
22 training before that incident, before 1998?
23 A. I don't remember OSHA training or having
24 had it.
25 Q. Do you remember your employer telling

46

1  you anything about the rights of health care
2  professionals under OSHA for access to non-latex
3  gloves before the end of 1998?
4  A. No, I do not remember that.
5  Q. Could I have that back, please?
6  A. (Handing.)
7  Q. Now, before September of -- let me ask
8  you another question. Do you remember a
9  Dr. Borghesan?
10 A. Who?
11 Q. Dr. Claudio Borghesan.
12 A. No.
13 Q. Do you recall ever seeing him at all?
14 A. No.
15     MR. JANSSEN: I would like this marked
16 as the next exhibit, Hogan 2.
17     (Whereupon, Hogan Exhibit 2 was marked
18     for identification.)
19 BY MR. JANSSEN:
20 Q. I am going to show you medical records
21 that we obtained from you from a Dr. Claudio
22 Borghesan. It is listed at -- when you supplied
23 the records -- at 3715 Main Street. And, those
24 are all the records that he supplied concerning
25 you and I will place the record track documents

47

1  on the table if you would like to consult with
2  them.
3      Could you review those records and tell
4  me whether any of them refresh your recollection
5  concerning Dr. Borghesan?
6  A. I don't remember this physician.
7  Q. Let's go through the document. It
8  appears to be presentation by you on March 7,
9  1996, having been referred to Dr. Borghesan by
10 someone named Rose. Does that refresh your
11 recollection?
12 A. No, I don't remember -- I don't even
13 know -- I don't know who this doctor is.
14 Q. Do you remember discussing bulimia with
15 Dr. Borghesan in March of 1996 or with any
16 physician?
17 A. No, I don't. I have never -- I don't
18 have bulimia. I don't remember discussing
19 bulimia.
20 Q. Do you know how he could have entered
21 latex allergy into your medical records in March
22 of 1996?
23 A. I have no idea. I don't remember this
24 day, doctor, I don't remember this at all.
25 Q. Before September of 1997, had you

48

1  instructed any of your health care suppliers to
2  avoid latex when examining or treating you?
3  A. I don't remember that, no.
4  Q. You will see that there is a reference
5  to shampoos and soap there. Do you see that? Do
6  you recall discussing any allergic reactions to
7  shampoos and soaps with a physician in March of
8  1997?
9  A. No, I do not.
10 Q. There is a reference here that your
11 pulse was irregular. Do you recall discussing an
12 irregular pulse with a physician in March of
13 1996?
14 A. No.
15 Q. He apparently had skin testing done for
16 you in March of 1996. Do you recall having the
17 skin testing done that early?
18 A. No, I don't.
19 Q. He has you prescribed on Atarax. Do you
20 see this, the reference to Atarax?
21 A. Yes, I do.
22 Q. And, did you begin taking Atarax as
23 early as March of 1996?
24 A. Again, I don't remember this doctor.
25 Q. I am sorry, I didn't ask you about the

**Page 57**

1  A. No, I did not.
2  Q. Did you wear latex gloves?
3  A. No, I did not.
4  Q. Were latex gloves worn around you?
5  A. No. I was just at the front desk,
6  receptionist.
7  Q. Okay; but, no one wore latex gloves
8  around you?
9  A. No.
10 Q. Do you recall any of the brands of latex
11 gloves that were used at Surgical Associates?
12 A. No, I do not.
13 Q. And, when was your next health care
14 employment?
15 A. Dr. Guthrie's office.
16 Q. When did you start there?
17 A. 1989, I think.
18 Q. Dr. Guthrie's records say you started in
19 May of 1990?
20 A. Okay.
21 Q. Is that fair?
22 A. Yeah, that's fair.
23 Q. And, when did you end working for
24 Dr. Guthrie?
25 A. 1996.

**Page 58**

1  Q. January of 1996?
2  A. Yes.
3  Q. And, it says that -- did you yourself
4  wear latex gloves while working for Dr. Guthrie?
5  A. Yes, I did.
6  Q. And, when did you start wearing latex
7  gloves and when did you end, if at all?
8  A. I started wearing them maybe around
9  1992, 1993 and it was very very minimal.
10 Q. What do you mean by minimal?
11 A. Most of my duties had nothing to do with
12 latex at all. If they asked me to clean up a
13 room after a patient had been in there and I
14 needed to just pull the paper off the table, off
15 the examination table, I would get a glove, put
16 it on, pull the paper, pull it off and throw the
17 whole thing away. And, that happened once a
18 month at best. Sometimes, you know, it didn't
19 happen at all. It was extremely minimal.
20 Q. So, you would wear one pair of latex
21 gloves about once a month when you were working
22 for Guthrie; correct?
23 A. In around 1992.
24 Q. Well, did you wear latex gloves before
25 1992?

**Page 59**

1  A. No.
2  Q. And, then did your use of latex gloves
3  change? Did the quantity of gloves or the
4  purposes of the gloves change from the beginning
5  when you started to wear them in 1992 in
6  Guthrie's office until the time you left him in
7  January of 1996?
8  A. Yes, it did change. It did increase a
9  little bit.
10 Q. Tell me to what level it had increased
11 and for what purpose were you wearing latex
12 gloves?
13 A. There were times -- my duties increased
14 and I would sometimes assist him with patient
15 care. So, those instances of me cleaning off a
16 table had increased and I would see -- I would
17 see more patients with him so the quantity or the
18 number of times that I would actually put on the
19 gloves increased. I wasn't the only medical
20 assistant so it didn't -- it wasn't even every
21 day. I had other jobs there as well besides the
22 medical assisting. So, it had increased from
23 just the once a month to kind of whenever they
24 needed me to help out.
25 Q. Did you participate in stocking or

**Page 60**

1  ordering medical gloves for Dr. Guthrie?
2  A. Not really, no.
3  Q. You don't have any recollection of
4  inventorying them, ordering them, stocking them
5  or distributing them?
6  A. Not really, no.
7  Q. And, what brands of latex gloves did you
8  wear while working for Dr. Guthrie?
9  A. Dr. Guthrie used Baxter gloves.
10 Q. Any other brands?
11 A. Not that I remember, no.
12 Q. Were there any other latex gloves in
13 Dr. Guthrie's office other than Baxter brand?
14 A. Not that I remember, no.
15 Q. Now, can you actually remember the name
16 Baxter on the boxes of gloves back when you were
17 wearing them while you were employed at
18 Guthrie's?
19 A. Yes.
20 Q. Now, after you left, you stopped working
21 at Guthrie's in January of 1996, but there are
22 references to you being employed by Dr. Bonfield
23 (ph) or Beinfield in 1990. Do you have any
24 recollection of that and what were you doing for
25 him, if it was different from Guthrie -- I don't

Page 65

1  Baxter at all on any gloves in Guthrie's office;
2  correct?
3     A. No, I don't. I just got the name
4  confused.
5     Q. See, let's figure out, you stated that
6  Medline gloves were there and that you remembered
7  them. Did you have to go back and ask anyone at
8  Guthrie's office about the identity of the brands
9  of the gloves at his place or you just remembered
10 it?
11    A. I just remember them.
12    Q. So, from the time you started working
13 there to the present, you always knew that
14 Medline gloves were the gloves that you were
15 wearing and exposed to at Guthrie's office; is
16 that correct?
17    A. That's fair to say, yes.
18    Q. Then your questionnaire also indicates
19 that you may have performed clinicals while you
20 were doing undergraduate work at a health care
21 facility named Griffin?
22    A. Yes.
23    Q. Tell me what you were doing there and
24 what period of time. This would have been before
25 you started nursing school, I assume?

Page 66

1     A. No, that would be while I was in nursing
2  school.
3     Q. In nursing school?
4     A. Yes.
5     Q. So, it was after you received your
6  bachelor of science?
7     A. Yes.
8     Q. And, what were you doing at Griffin?
9     A. I did my maternity nursing student
10 rotation there.
11    Q. And, that was in labor and delivery?
12    A. I never actually did labor and delivery
13 there. There was an observation, maternal child
14 clinical rotation.
15    Q. But, this is while you were actually
16 studying at Bridgeport Hospital School of
17 Nursing?
18    A. Exactly.
19    Q. And, you started there in September of
20 1993; correct?
21    A. Yes.
22    Q. So, did you wear gloves at Griffin?
23    A. I don't remember if I did or didn't, to
24 be honest with you. It was mostly an
25 observational experience.

Page 67

1     Q. Are you aware of what brands of gloves
2  were at Griffin?
3     A. Right now, I don't remember, no.
4     Q. Your questionnaire says you couldn't
5  recall the brands there?
6     A. Okay.
7     Q. Is that a fair statement. You can't
8  recall even today?
9     A. No.
10       MR. JANSSEN: Can we take a restroom
11    break.
12       VIDEO OPERATOR: We are going off the
13    record at 11:31.
14       (Whereupon, a brief recess was taken.)
15       VIDEO OPERATOR: We are back on the
16    record at 11:40.
17       THE WITNESS: I would like to clarify
18    something. Before, I remembered that I
19    actually called Dr. Guthrie's office at some
20    point to make sure that they used the Medline
21    gloves. I didn't remember that in our
22    conversation but I did call.
23 BY MR. JANSSEN:
24    Q. Why didn't you tell us that before,
25 then? I mean, I asked you if you checked with

Page 68

1  anyone and you said you didn't remember doing
2  that?
3     A. At that time I didn't remember and then
4  I remembered during the break.
5     Q. What caused you to remember it this way
6  now?
7     A. Probably because I took a deep breath.
8     Q. Oh, okay. But, I just want to try to
9  find out. I mean, you remembered it was Medline
10 gloves at Guthrie's office before you called;
11 that was just a double check, is that correct?
12    A. Yes.
13    Q. So, you always knew from when you were
14 working there and up to the present that the
15 gloves, the latex gloves that you were wearing,
16 you were exposed to in Guthrie's office, they
17 were Medline brand. That was firm in your mind
18 for that whole period of time; correct?
19    A. Yes.
20    Q. So, I forgot where we were but I think
21 you did not wear gloves at Griffin or did I go
22 through that?
23    A. I think we covered that.
24    Q. Then -- not then but you started at
25 Bridgeport Hospital School of Nursing to get your

69

1 R.N. degree in approximately September of 1993
2 and you stayed there until approximately June of
3 1995; correct?
4    A. Yes.
5    Q. And, you were a full-time student?
6    A. Yes.
7    Q. And, you performed -- when you were
8 there, you performed your clinicals, you referred
9 to them as your in service or something or
10 whatever, your clinicals at Griffin. We have
11 already gone through that. And, you also
12 performed clinicals at West Haven Veterans
13 Administration Hospital; correct?
14    A. Yes.
15    Q. And, there you were assigned solely to
16 the psych department; correct?
17    A. Yes
18    Q. And, there you did not wear gloves and
19 you are not aware of any of the brands of gloves
20 that were used there; correct?
21    A. That is correct.
22    Q. And, you also performed clinicals while
23 you were at Bridgeport Hospital School of Nursing
24 at Bridgeport Hospital itself?
25    A. Yes.

70

1    Q. And, in what departments were you
2 assigned for your clinicals or was it just
3 general rotation?
4    A. Each semester was a different rotation.
5 It was basically the medical surgical units.
6    Q. Okay; were you at -- were you performing
7 your rotations or clinicals at Bridgeport
8 Hospital the whole period of time that you were
9 studying to become an R.N. from September of 1993
10 to June of 1995?
11    A. What's the question again?
12    Q. I was just wondering, was there a
13 specific period of time that you were assigned to
14 Bridgeport Hospital for your clinicals other than
15 you went there during your entire education
16 there?
17    A. Each semester had its own clinical
18 component. So aside from the two that I did
19 outside, at Griffin and VA, everything else took
20 place at Bridgeport Hospital.
21    Q. So, it was basically six semesters
22 basically at clinicals at Bridgeport Hospital;
23 correct?
24    A. That's fair to say.
25    Q. And, there at Bridgeport Hospital when

71

1 you were doing your rotations or your clinicals,
2 you wore medical gloves; correct?
3    A. Yes.
4    Q. And, they were latex gloves; correct?
5    A. Yes.
6    Q. And, what were the brands of latex
7 gloves you were wearing?
8    A. It was Medline.
9    Q. And, you remember that because you
10 remember it; correct?
11    A. Um-uh, but I also called to check.
12    Q. That's what I was going to get to.
13    A. Okay.
14    Q. So, after you filed this lawsuit and you
15 had to fill out that questionnaire --
16    A. Um-uh.
17    MR. BUTLER: You have to say yes or no.
18    THE WITNESS: Sorry.
19    MR. JANSSEN: Well, with the tape it's
20    not that important but that's okay, you have
21    to say yes or no.
22 BY MR. JANSSEN:
23    Q. So, after you filed this lawsuit and you
24 had for come up with answers saying whose gloves,
25 what brands of gloves you were using or were

72

1 around you, that type of thing, you knew before
2 you called Bridgeport Hospital that they always
3 had Medline gloves and no other brands; correct?
4    A. I knew, I remembered the Medline gloves
5 and that's why I called to make sure that there
6 weren't others that I had forgotten about.
7    Q. And, somebody at Bridgeport said, well,
8 there weren't any others; correct?
9    A. They told me that they used Medline
10 gloves.
11    Q. Did they describe any other brands to
12 you that refreshed your recollection?
13    A. No.
14    Q. Was the person that you were talking to
15 at Bridgeport Hospital in 2002, when you filled
16 out the questionnaire, also there when you were
17 performing your clinicals in 1993 to 1995?
18    A. I do not know that.
19    Q. So, when you filled out your
20 questionnaire, as you do today, you have a firm
21 recollection that the latex gloves that you were
22 wearing at Bridgeport Hospital during your
23 clinicals were definitely Medline brand latex
24 gloves; isn't that correct?
25    A. Yes.

73

1  Q. You have a firm recollection of that.
2  Fine. Then, after you got your psych -- I am
3  sorry, your R.N. degree -- I am sorry
4  A. Um-uh.
5  Q. You started working as a registered
6  nurse at Stamford Hospital; correct?
7  A. Yes.
8  Q. And, you got your nursing degree in June
9  of 1995 and the records indicate that you started
10 at Stamford in August of 1995; correct?
11 A. Yes.
12 Q. Did you take a vacation in those two
13 months or so?
14 A. No, I had a short stint at a place
15 called Connecticut Home Health Care.
16 Q. That was -- that started in August of
17 1996; did it not?
18 A. No, I was working there as an R.N. so it
19 had to start -- well, yeah -- no, I think it
20 started July, maybe.
21 Q. I don't want you anymore confused than
22 you already say you are. Your social security --
23 this is what I am trying to get at. Your social
24 security says you worked at Connecticut Home
25 Health Care in 1995. That's all it tells me,

74

1  okay. But, your questionnaire and some of your
2  other records indicate that you started there in
3  August of 1996.
4     So, just let me ask you a question.
5  Your recollection is that you had already had
6  your R.N. degree when you were working at
7  Connecticut Home Health Care; correct?
8  A. Yes.
9  Q. And, you worked there for approximately
10 a month before you started your R.N. duties at
11 Stamford Hospital in August of 1995; correct? Is
12 that your recollection?
13 A. That is correct.
14 Q. So, now, tell me what you were doing at
15 Connecticut Home Health Care?
16 A. It was to be a visiting nurse position.
17 I was --
18 Q. Is that what you did or --
19 A. Not independently. I was being
20 trained. I suppose you could say I was a
21 visiting nurse but I was following -- it was such
22 a short period of time. I was following another
23 visiting nurse. I didn't really do anything
24 independently myself as a nurse.
25 Q. Did you participate in direct patient

75

1  home care?
2  A. As kind of -- as mostly an observer.
3  Q. Did you wear gloves?
4  A. Maybe just a couple of times in that
5  whole month.
6  Q. One or two times in the whole month?
7  A. Yeah.
8  Q. And, do you recall whether the medical
9  gloves that you were wearing were latex gloves?
10 A. They most likely were, yes.
11 Q. And, the people you were with, when you
12 went to the home -- this was actually home
13 visits; correct?
14 A. Yes.
15 Q. And, did those people wear their gloves
16 too?
17 A. Yes.
18 Q. And, can you recall the brands of gloves
19 that either you wore or the others had with them
20 in the homes?
21 A. I don't remember right now what they
22 were.
23 Q. So, did you start at Connecticut Home
24 Health Care with the objective that you wanted to
25 be permanently employed by them or was this just

76

1  between positions?
2  A. It was the first job I was offered after
3  graduating from nursing school.
4  Q. Right.
5  A. I really didn't have a plan at that
6  point.
7  Q. Okay, that's okay. But, at some point
8  in time the possibility of starting at Stamford
9  came to your attention?
10 A. Yes.
11 Q. And, that possibility started while you
12 were working at Connecticut Home Health Care and
13 you decided that you wanted to go to Stamford
14 Hospital; correct?
15 A. Yes.
16 Q. So, you quit whatever position you had
17 or were going to have at Connecticut Home Health
18 Care and you started full-time as an R.N. at
19 Stamford Hospital; correct?
20 A. Yes.
21 Q. And, you continued working at Stamford
22 Hospital from August of 1995 to December of 1999;
23 correct?
24 A. Yes.
25 Q. And, I will get back to that in a

77

1  second. I just have a few other references
2  here.
3      Matria Health Care is indicated that you
4  worked there from February of 1999 to December of
5  1999; is that your recollection?
6      A. Yes.
7      Q. What were you doing there?
8      A. That was a home health care position as
9  well. I worked per diem for -- or actually per
10 case for Matria Home Health Care.
11     Q. You were paid on a case basis, I
12 understand that
13     A. Yes
14     Q. And, there is some references that your
15 services there were as patient educator and what
16 did that mean, what did you do?
17     A. The company dealt with high risk
18 pregnancies. So I would teach patients how to
19 hook themselves up to a uterine contraction
20 monitor. I would educate them for the signs and
21 symptoms of preterm labor or whatever ailment
22 they had. I would discuss that ailment and
23 explain things to them and educate them in that
24 way.
25     Q. So, you would go directly to the homes;

78

1  is that correct?
2      A. Yes.
3      Q. Did you also have to report to the
4  Matria office as well?
5      A. Yes.
6      Q. Were there any gloves at the Matria
7  office that you can recall?
8      A. No, I was only there two times, maybe,
9  two or three times.
10     Q. In the whole period February of 1999 to
11 December of 1999?
12     A. Yes.
13     Q. But, you did visit patients in their
14 homes?
15     A. Yes.
16     Q. And, how many times a week would you go
17 out to patients?
18     A. Sometimes there would be no cases in a
19 week. Sometimes there would be maybe anywhere
20 between eight and twelve.
21     Q. So, the average for that year would be
22 roughly four or five visits to the patient's
23 homes per week; is that a fair statement?
24     A. That's fair, I suppose. I don't
25 remember exactly the statistics.

79

1      Q. And, in 1999, when you went to the
2  patient's homes, did you wear medical gloves?
3      A. No.
4      Q. You did not?
5      A. No.
6      Q. And, you don't remember seeing any
7  medical gloves in the patient's homes for which
8  you may have been exposed. Is that a fair
9  statement?
10     A. Yeah, I don't remember any gloves at
11 all.
12     Q. And, did you happen to carry with you
13 any gloves yourself as you went to the homes that
14 you might have to use if something came up?
15     A. Yes. In my medical bag, cloth bag that
16 I would carry with me, I had the vinyl gloves --
17 the vinyl gloves that I had purchased and I would
18 stick them in there just in case but I never had
19 to use them.
20     Q. Do you recall the brands of the vinyl
21 gloves?
22     A. No, I don't. I don't remember.
23     Q. Where did you get them, from a local
24 pharmacy or what?
25     A. Yeah, CVS or something.

80

1      Q. Now, I will get back to Stamford again
2  but did you earn any money from providing any
3  services of any type after December of 1999 when
4  you left Stamford Hospital's employment?
5      A. No.
6      Q. Now, at Stamford Hospital, your first
7  assignment was into maternity; is that a fair
8  statement?
9      A. Yes.
10     Q. And, you were helping, is it fair to
11 say, with the actual delivery of the babies?
12     A. No.
13     Q. What were you doing there?
14     A. Maternity is generally post-partum and
15 anti-partum so the babies had already been born
16 or the ladies were still pregnant. Labor and
17 deliver is a completely separate entity.
18     Q. I didn't know that, okay. And, you were
19 in that position that you just described?
20     A. Um-uh.
21     Q. From what period of time to what period
22 of time?
23     A. I wonder if I have it written down in
24 the record -- 1995 to 1998.
25     Q. All right; and, then you switched to

**Page 81**

1 labor and delivery in 1998. We already went
2 through that time frame; is that correct?
3   A. Yes.
4   Q. Now, when you wore gloves in your first
5 position there in Stamford Hospital before you
6 switched to labor and delivery, what brands of
7 gloves did you wear?
8   A. Whatever I have written down.
9   Q. It doesn't work that way.
10   A. Well, I filled out -- I don't remember
11 right now. You can check the record for how I
12 answered the question.
13   Q. Okay; now, I have to ask you a different
14 question. Do you today here have a recollection
15 of the brand of gloves that you were wearing in
16 your first assignment at Stamford Hospital before
17 you switched to labor and delivery?
18   A. Right now, I am a little stressed. If I
19 could look at the record, I could tell you what I
20 wrote and that it was verified when I called to
21 check.
22   Q. So, let me get to that. You wrote in
23 your questionnaire that the gloves that you wore
24 were Medline gloves, okay, and that you wore them
25 from August of '95 until you said early 1998 in

**Page 82**

1 your questionnaire; is that a fair statement?
2   A. I am sorry, can you please repeat the
3 question?
4   Q. Okay; your questionnaire said that you
5 wore Medline brand gloves from August of '95 at
6 Stamford Hospital until early 1998, okay. That's
7 how you answered the questionnaire.
8   A. I must have meant 1997 because after
9 1997, I tried to switch from latex gloves to the
10 vinyl gloves.
11   Q. Okay, well, whether it was late 1997
12 that you switched or early 1998 that you
13 switched, it was in that period of time, is that
14 a fair statement?
15   A. Yes
16   Q. So, that in that first assignment, since
17 you did not switch to labor and delivery until
18 later in 1998?
19   A. Right.
20   Q. So, in that first assignment before
21 labor and delivery, the only latex gloves that
22 you wore, okay, were Medline brand gloves; right?
23   A. Yes.
24   Q. And, you have a firm and clear
25 recollection of that; correct?

**Page 83**

1   A. Yes.
2   Q. And, did you check with anyone or double
3 check with anyone at Stamford Hospital as to the
4 brands of gloves that were used there?
5   A. Yes.
6   Q. And, who did you talk to there?
7   A. I don't remember who I spoke with. I
8 spoke with someone in the supply room.
9   Q. But, when you were asked your
10 recollection for the question there as to what
11 brands of gloves you actually put on and took off
12 in that first assignment in Stamford before labor
13 and delivery, you already knew that they were
14 Medline brand gloves. And, you may have called
15 to double check but you already knew that anyway;
16 correct? Is that a fair statement?
17   A. Yes.
18   Q. And, now, were there any other medical
19 gloves of other brands at Stamford Hospital that
20 you can recall that were at or near your work
21 areas before you switched to the non-latex --
22 tried to switch to the non-latex in late 1997 or
23 early 1998?
24   A. I don't remember right now, no.
25   Q. Were there any other brands of gloves in

**Page 84**

1 your work area before you switched to labor and
2 delivery other than Medline brand gloves?
3   A. I don't remember right now, no.
4   Q. Now, you also switched -- I am sorry,
5 you switched to labor and delivery; correct?
6   A. Yes.
7   Q. And, but, before you did that, you
8 attempted to switch to non-latex gloves. And,
9 can you recall the brands of non-latex gloves you
10 were using?
11   A. Right now I can't remember what they
12 were.
13   Q. Now, before you switched to labor and
14 delivery and you were trying to avoid actually
15 putting on latex gloves yourself during that
16 period of time, do you recall any other brands of
17 latex gloves at or near your work place that
18 others were using other than Medline brand?
19   A. I don't remember, no.
20   Q. And, then you switched to labor and
21 delivery. Let's start talking labor and
22 delivery.
23   A. Okay.
24   Q. And, by that time, you had already
25 implemented an attempt to avoid yourself putting

85

1  on and taking off latex gloves; correct?
2    A. Yes.
3    Q. Now, did you in fact use, put on and
4  take off latex gloves while you were at labor and
5  delivery?
6    A. On occasion, on very rare occasions, I
7  would have to.
8    Q. Once a month, is that a fair statement?
9    A. Maybe even less than that. It was only
10 a few times.
11   Q. And, that would only be because you did
12 not happen to have your vinyl gloves in your
13 pocket or something like that; right?
14   A. Yes.
15   Q. You have to say yes or no.
16   A. I am sorry, yes.
17   Q. And, sometimes the hospital would run
18 out of the non-latex gloves and you didn't have
19 any in your pocket. So in those emergency
20 situations of less than once a month, you would
21 put on a latex glove; correct?
22   A. Yes.
23   Q. Where did you get those latex gloves
24 when you were at labor and delivery?
25   A. They were right on the wall.

86

1    Q. They were on wall mounts?
2    A. Yes.
3    Q. Were boxes also scattered around at
4  nurses stations and things like that?
5    A. Yes.
6    Q. And, so that it was clear what the --
7  let me rephrase that. You can tell the brands by
8  looking at the boxes; right?
9    A. Yes
10   Q. And, the boxes had the name Medline, the
11 latex boxes that you were trying not to use, they
12 had the name Medline on it; correct?
13   A. Yes.
14   Q. Can you recall the brand name of any
15 other manufacturer or distributor on latex glove
16 boxes while you were employed at labor and
17 delivery other than Medline?
18   A. Right now, no. I am drawing a blank,
19 no.
20   Q. And, you have a firm recollection that
21 when you were in labor and delivery and you were
22 around latex medical gloves, it was Medline latex
23 medical gloves that you were around; is that a
24 fair statement?
25   A. Can you please say that again?

87

1    Q. Okay, let me rephrase it. You know, in
2  the past when we went through Guthrie and maybe
3  one or two others, I can't remember, you always
4  -- you said, well, I always knew it was Medline
5  but I called to double check?
6    A. Um-uh.
7    Q. And, I asked you if you called to double
8  check what was at Stamford before you went to
9  labor and delivery. Now, I am on the period of
10 time when you are at labor and delivery and
11 before you lost your job there, okay. Did you
12 have to check with anyone at Stamford Hospital to
13 find out what were the brands of gloves that --
14 of latex gloves at the labor and delivery area or
15 did you always know it was Medline or was it
16 something else?
17   A. I remember Medline being there but then
18 I called to double check.
19   Q. Okay, good. So, you always had a clear
20 cut recollection, you were just being cautious
21 when you filled out your questionnaire that it
22 was Medline gloves that were there, Medline latex
23 gloves, even when you were at labor and delivery;
24 correct?
25   A. I think so.

88

1    Q. And, was there any period of time when
2  Medline latex gloves were not at labor and
3  delivery?
4    A. I don't remember right now.
5    Q. Was there an attempt at labor and
6  delivery to get rid of latex gloves in that
7  department while you were there?
8    A. No.
9    Q. Now, and when you were at labor and
10 delivery -- I am sorry to get back to this. The
11 other latex gloves that others were using around
12 you, were they powdered or unpowdered and if so,
13 how could you tell?
14   A. They were powdered and you could tell
15 because when you take off powdered gloves, it
16 sends up a cloud of dust.
17   Q. It spritzes in the air; is that correct?
18   A. Yes, and there is powder residue left
19 all over the place the minute you touch
20 something.
21   Q. Did you try to avoid the powder residue?
22   A. Absolutely.
23   Q. And, did you try to avoid breathing in
24 the airborne powder?
25   A. Absolutely.

89

1   Q. And, how did you know to try to avoid
2 breathing in that powder in labor and delivery?
3 I mean, did you know by that time, by the time
4 you started at labor and delivery, that powder
5 was a possible transfer agent for latex
6 allergies?
7   A. Yes, I did.
8   Q. And, when did you learn that?
9   A. That was later, that was after I started
10 to see Dr. Bouboulis. I think he explained that
11 to me so whatever.
12   Q. I think Bouboulis was after. Let me try
13 and find it out.
14   A. I think it was definitely after I had
15 been on labor and delivery for awhile.
16   Q. Do you think it was Bouboulis that told
17 you this?
18   A. It might have been. I am getting
19 confused now with the times.
20   Q. I think what happened is that you went
21 to see Bouboulis -- wasn't he an allergist or
22 something like that?
23   A. Yes.
24   Q. You went to see Bouboulis after your
25 November, 1999 incident, not before, or did you

90

1 see him before?
2   A. Dr. Sterling sent me to him in 1998 so
3 it was around that time. And he is like, you
4 know, you've got to watch out for that powder
5 because it is a vector.
6   Q. So, that was in 1998; okay?
7   A. Yes.
8   Q. Sorry, I am just trying to track this
9 down. See, I don't have a consultation with
10 about a Bouboulis until June of 1999 as the first
11 consultation.
12   A. Then I might have just gotten the dates
13 messed up. I think --
14   Q. Let's go back.
15   A. I just got the dates mixed up.
16   Q. That's fine. You were at labor and
17 delivery from the time you started there and you
18 were trying even to avoid putting on latex gloves
19 yourself, you tried to avoid touching or
20 breathing in powder from other people's latex
21 gloves; correct?
22   A. Yes.
23   Q. And that's because someone had told you
24 before then that powder could be a transfer agent
25 for latex allergies?

91

1   A. Yes.
2   Q. Now, let me go to your law school
3 experience. And, tell me when you started there
4 and why you decided to go to law school. Tell me
5 if it's full-time or part-time, day, night, just
6 tell me in general?
7   A. I started there in January of '01. I
8 started as a part-time night student. Since
9 then, the last two semesters I was full-time days
10 so I switched.
11   Q. So, the last two semesters would have
12 been this year or last year, would that have been
13 spring and fall of 2003?
14   A. Yes.
15   Q. But, not -- are you still there?
16   A. Yes.
17   Q. And, are you full-time now?
18   A. Not technically, no.
19   Q. Tell me what the difference is?
20   A. I have seven credits plus the Bar review
21 now so I guess it's technically part-time.
22   Q. You are only taking seven credits of
23 courses now?
24   A. Um-uh.
25   Q. Because you are targeting graduating

92

1 with a law degree and then taking the Bar exam;
2 correct?
3   A. Yes.
4   Q. And, you anticipate taking the Bar exam
5 this year in 2004?
6   A. Yes.
7   Q. And, when is the date that you
8 anticipate taking the Bar exam?
9   A. The end of July.
10   Q. And, excuse me by my errors about
11 Connecticut but many states permit segments of a
12 Bar exam to be taken earlier, like after X number
13 of credits in law school like ethics?
14   A. Yes.
15   Q. They don't have that in Connecticut or
16 do they?
17   A. Yes, they have that.
18   Q. Did you take any portion of the exam,
19 the state exam as of yet?
20   A. I took the ethics portion of the Bar.
21   Q. And, when did you do that?
22   A. August of last year, I think it was.
23   Q. August of 2003?
24   A. Yes.
25   Q. And, you passed it?