# EXHIBIT C

105

1  you take additional courses, okay, but that's not
2  true for Connecticut?
3    A. Not to my knowledge.
4    Q. Now, you understand that you are
5  credentialed as a registered nurse, you have
6  extensive experience in all aspects of labor and
7  delivery and maternity I call it in general and
8  it's never occurred to you that maybe you can
9  work from home on bad baby cases?
10   A. I am sorry, could you please repeat the
11 question?
12   Q. Well, I am just suggesting something to
13 you. You have never attempted to look into the
14 possibility of assisting attorneys throughout the
15 nation on bad baby cases? You know what I mean
16 by bad baby?
17   A. Yeah, you mean now? You mean after I
18 graduate?
19   Q. Now, or in the future.
20   A. Well, I just want to finish my law
21 school education and pass the Bar and then we
22 will see what happens. I will probably have to
23 work from home no matter what I do because I have
24 to control my environment so drastically.
25   Q. Are you having any latex reactions here

106

1  today at your deposition?
2    A. Not right now, no.
3    Q. All right; I just want to try to figure
4  this out. From the time you left employment at
5  Stamford to the present, you haven't attempted to
6  secure any jobs assisting attorneys in bad baby
7  cases; is that correct?
8    A. That is correct.
9    Q. And, why not?
10   A. Because I have been concentrating on my
11 studies.
12       MR. JANSSEN: Thank you. Let's take a
13   luncheon break. Can we come back at one
14   o'clock.
15       VIDEO OPERATOR: We are going off the
16   record at 12:29.
17       (Whereupon, a luncheon recess was
18   taken.)
19       VIDEO OPERATOR: We are back on the
20   record at 1:18.
21 BY MR. JANSSEN:
22   Q. Ms. Hogan, the things that I told you
23 this morning still apply. If you don't
24 understand a question, tell me. If you don't
25 hear a question, tell me. And, if at any time

107

1  you feel too ill or too tired to continue, you
2  tell me. Is that okay?
3    A. Yes.
4    Q. This morning you mentioned a physician
5  who I believe was an allergist, you said was an
6  allergist who is a partner with a Dr. Ostreik
7  (ph), I can't remember, someone by the name of
8  Lerner?
9    A. Dr. Lerner is a dermatologist.
10   Q. Is that different from Lindner?
11   A. Yes.
12   Q. And, you said that Lerner has offices in
13 Turnbull?
14   A. Trumbull.
15   Q. And, you started seeing him when? When
16 did he start to perform health care services for
17 you, Dr. Lerner?
18   A. I don't remember when I began to see
19 him.
20   Q. Was it before or after you left the
21 employ of Stamford?
22   A. I don't remember the exact dates I went
23 to him.
24   Q. Do you remember his first name?
25   A. Dr. Lerner's first name?

108

1    Q. Yes.
2    A. Is Seth.
3    Q. And, he is not affiliated or a partner
4  with Dr. Blum?
5    A. No.
6    Q. He is different. Now, did you receive
7  any training as a nurse in recognizing allergic
8  symptoms?
9    A. Yes.
10   Q. And, when did you receive that, when you
11 were at the Bridgeport School of Nursing?
12   A. Yes.
13   Q. And, were you taught what symptoms you
14 might observe in a patient to indicate that the
15 patient was suffering an allergic reaction to
16 something?
17   A. Yes.
18   Q. And, what were the symptoms you were
19 taught to -- that you were taught that might
20 indicate an allergic reaction?
21   A. Urticaria or hives, shortness of breath,
22 that type of thing.
23   Q. And, did you receive any training in the
24 care of latex allergic patients when you were at
25 Bridgeport?

109

1  A. I am sorry, can you please rephrase
2 that?
3  Q. Did you receive any information on the
4 fact, while you were still in training, while you
5 were getting your R.N. degree, that some patients
6 could be allergic to latex?
7  A. No.
8  Q. When is the first time that you found
9 out that some human beings can develop an allergy
10 to latex?
11  A. That 1996, 1997 period, when I first
12 consulted employee health.
13  Q. Did Stamford, prior to that time, have
14 any program of latex precautions for latex
15 sensitive patients?
16  A. Not that I am aware of.
17  Q. In your working at Stamford, did you
18 ever come across spina bifida children?
19  A. No, I have never had a spina bifida
20 child as a patient or known of one.
21  Q. And, you first found out about the fact
22 that some human beings can become allergic
23 sometime in 1996 or 1997 when employee health
24 told you that; right?
25  A. Yes.

110

1  Q. When did you first find out that you
2 were allergic to latex?
3  A. Well, I learned that I had a sensitivity
4 to it in that 1996, 1997 period and the full
5 blown type one allergy in 1999.
6  Q. What do you mean by sensitivity?
7  A. Well, they classify that contact
8 dermatitis as a sensitivity, from what I
9 understand.
10  Q. Well, did you understand from your
11 training that dermatitis can be a systemic
12 allergic reaction?
13  A. Dermatitis itself?
14  Q. Yes.
15  A. Yes.
16  Q. Okay; and, you said that it was a full
17 -- you had a full blown type one, that's the
18 phrase you just used?
19  A. Um-uh.
20  Q. What did you mean by a full blown type
21 one?
22  A. The anaphylactic type reactions.
23  Q. What do you mean by anaphylactic?
24  A. When your respiratory system is
25 inhibited by the reaction and you can start to go

111

1 into shock. That's anaphylactic reactions. And
2 I think your original question was asking me --
3 can I go back to your original question just so I
4 make sure I am on the right track.
5  Q. I am sorry, I can't remember it but you
6 said -- you used a phrase, you found out that you
7 had a full blown type one reaction and you said
8 anaphylactic, that's when your respiratory system
9 is inhibited and you -- with the possibility of
10 going into some sort of shock?
11  A. Well, I guess I am just trying to say
12 that there is two different types of latex
13 allergy. And there is the less serious one which
14 is the contact dermatitis versus the -- you know,
15 and just like the minor symptoms versus the
16 anaphylactic shock.
17  Q. Do you think that they are separate
18 diseases?
19  A. They are labeled type one and type two.
20  Q. And, type one is systemic; is that it?
21  A. Yes.
22  Q. And, type four is usually a skin
23 reaction that can develop within zero to 12 to 24
24 hours after the contact?
25  A. Type four I believe you said?

112

1  Q. Yes.
2  A. I don't know that there is a type four.
3 I thought there was only type one and two. So I
4 don't know, I can't speak of that.
5  Q. All right; so, we will talk about type
6 one and type two. Type two is the skin reaction
7 that would develop within 12 hours or so after
8 actual contact with latex. Is that what you are
9 talking about?
10  A. That's what I understand, yes, and
11 that's what I meant by less severe.
12  Q. And, type one would have been immediate
13 dermal or pulmonary symptoms that would appear
14 pretty much when the latex allergen hits you;
15 correct?
16  A. Yes.
17  Q. And, you found out in your training, you
18 found out that some of the -- when you were at
19 Bridgeport, that some of the signs that a patient
20 was exhibiting a systemic allergic reaction would
21 be rashes, hives, dermatitis sometimes,
22 urticaria, edema and inflammation. Is that a
23 fair statement?
24  A. Yes.
25  Q. And, then while you were getting your

113
1  training at Bridgeport, some of the head symptoms
2  that you were trained to observe that maybe a
3  patient was suffering an allergic reaction to
4  something would be a runny nose, rhinitis, watery
5  and red itchie eyes. Is that a fair statement?
6      A  Yes.
7      Q. And, the other things for the rest of
8  the body that you received training on as the
9  possible indications that this patient was
10 suffering an allergic disease and the training
11 you got at Bridgeport would be congestion,
12 shortness of breath, throat closing, that type of
13 thing?
14     A. That question kind of confused me a
15 little bit.
16     Q. All right; I am going through the
17 training that you had at Bridgeport to become a
18 registered nurse and I am trying to get the
19 symptoms that you were taught would indicate,
20 that might indicate to you as observing a patient
21 that this patient was suffering an allergic
22 reaction to something?
23     A. Yes.
24     Q. And, some of those symptoms that you
25 were trained to observe would be congestion,

114
1  shortness of breath and a report of my throat is
2  closing?
3      A. Yes.
4      Q. And, did you understand in your training
5  as a nurse at Bridgeport that allergic diseases
6  can progress to things like bronchitis, asthma,
7  reactive airway diseases and other bronco spastic
8  diseases?
9      A. I don't believe I knew that as a student
10 nurse at that period of time.
11     Q. When did you first find that out, if at
12 all?
13     A. I think -- I am aware of that now. I
14 don't think that I learned it all at once. So I
15 don't really know where I picked up things along
16 the way.
17     Q. And, were you trained at Bridgeport,
18 when you were becoming a registered nurse, that
19 some people can actually go into anaphylaxis and
20 anaphylactic shock?
21     A. Just in general, that it happens?
22     Q. From an allergic reaction.
23     A. Yes.
24     Q. And, an anaphylaxis -- I'm sorry, an
25 anaphylactic shock situation would involve, as

115
1  you were trained at Bridgeport, potential oxygen
2  depravation, throat and lung impairment,
3  fainting, blood pressure decrease over a short
4  period of time and diarrhea; is that correct?
5      A. Yes.
6      Q. Now, did you understand in your training
7  to become a registered nurse while you were at
8  Bridgeport that an allergy was in general
9  something that was attacking the patient or the
10 victim from outside the patient's body?
11     A. Yes.
12     Q. And, did you understand that people can
13 develop allergic diseases not only by dermal
14 contact to an allergen but also by breathing in
15 things that they may be allergic to?
16     A. While I was in nursing school, I don't
17 know whether I realized that areolation of things
18 was a problem. I knew you could be allergic to
19 medicines, taking an internal medicine or be
20 allergic to something you put on your skin or
21 certain foods, but I don't think I realized that
22 you can inhale something and be allergic to it.
23     Q. When you were in your early twenties,
24 you developed seasonal allergies like many people
25 do to hayfever and pollen and that type of thing?

116
1      A. That's true, I didn't think of that.
2  That's true.
3      Q. By the time you were at Bridgeport, even
4  though you did not receive specific training in
5  that, you knew that some people can develop
6  allergic reactions just breathing in things in
7  the air; is that correct?
8      A. Yes.
9      Q. Now, let me ask you something about your
10 past medical history. I know you -- as an eight
11 year old you suffered a trauma to your right
12 elbow and upper arm. When you were ten years
13 old, you hurt your right arm falling off a bike.
14 At 12 years old, you hurt your left knee while
15 ice skating. When you were 17 years old, you
16 closed your car door on your right thumb,
17 something that happens, and that you actually had
18 a car accident on January 28 of '03.
19     Can you recall any other physical
20 traumas that you experienced? By a trauma, I
21 mean an impact, whether by accident or otherwise.
22     A  No. I can't remember any others, no.
23     Q  Were you injured in the car accident of
24 January 28?
25     A. I did have resulting neck pain but not a

**133**

1  understand what you are getting at.
2     A. I can't just go to any hotel, I can't
3  just go to jump on an airplane, that kind of
4  thing. I mean, of course there is latex in
5  Florida but I have to make sure that I don't come
6  in contact with it.
7     Q. Do you still have about the same number
8  of friends that you socialize with, you visit,
9  have dinner with them before and after November
10 of 1999?
11    A. About the same.
12    Q. Do you visit their houses and do they
13 visit yours?
14    A. They visit me.
15        MR. JANSSEN: I would like this marked
16    as the next exhibit.
17        (Whereupon, Hogan Exhibit 3 was marked
18    for identification.)
19 BY MR. JANSSEN:
20    Q. I want to show you Hogan Exhibit 3 which
21 your counsel presented to us, at least in this
22 form today. Could you tell me when this was
23 prepared and how it was prepared? In other
24 words, were you looking at a diary or a calendar
25 or were you just working from memory as to dates

**134**

1  and things like that?
2     A. I was working from memory.
3     Q. And, when was this prepared?
4     A. I don't remember exactly but I kind of
5  kept a running tab. Once I got a computer a few
6  years ago, I made the file and I just kept adding
7  to it as reactions happened.
8     Q. And, so you started this on the first
9  date that is noted or --
10    A. No, I probably started it sometime in
11 2000. I don't remember exactly when.
12       MR. JANSSEN: I will have this marked as
13    the next Hogan exhibit, please.
14       (Whereupon, Hogan Exhibit 4 was marked
15    for identification.)
16 BY MR. JANSSEN:
17    Q. Ms. Hogan, these are medical records
18 that were obtained from Endodontics Associates by
19 the medical records service that I earlier
20 described. Can you turn to page three? It has
21 page three at the bottom. Is that your signature
22 next to August 31, 1998?
23    A. Yes.
24    Q. And, is this the form above that
25 signature of August 31, 1998 that you filled out

**135**

1  in your handwriting?
2     A. I am sorry, what was that?
3     Q. Is this a form that you filled out on
4  August 31, 1998?
5     A. Yes.
6     Q. And, on paragraph three, it says, do you
7  have any allergies or are you sensitive to any
8  drugs or medications such as penicillin, aspirin,
9  codeine or novocaine. The answer was yes. If
10 so, you wrote in latex anaphylaxis. How did you
11 know that you had anaphylaxis at this point?
12    A. That's a good question. I don't know.
13    Q. I put it to you that you knew because
14 you were diagnosed with anaphylactic and
15 anaphylaxis in 1997 by Nurse Richlin and
16 Dr. Sterling. Does this refresh your
17 recollection that you did in fact receive that
18 diagnosis?
19       MR. BUTLER: I object to the form.
20 BY MR. JANSSEN:
21    Q. Does it refresh your recollection that
22 you in fact received advice from Stamford Health
23 that you had experienced anaphylaxis from latex?
24    A. I don't remember having a conversation
25 that they told me that it was anaphylaxis.

**136**

1     Q. How did you acquire information to fill
2  out anaphylaxis on August 31, 1998 in describing
3  your latex allergy?
4     A. I am sorry?
5     Q. How did you acquire information
6  concerning your anaphylaxis on August 31, 1998 to
7  fill out --
8        MR. BUTLER: Objection, asked and
9     answered.
10       MR. JANSSEN: -- to fill out that form in
11    your handwriting.
12       MR. BUTLER: Objection, asked and
13    answered.
14 BY MR. JANSSEN:
15    Q. You still have to answer.
16    A. I don't remember.
17       MR. JANSSEN: May I have this marked as
18    the next exhibit?
19       (Whereupon, Hogan Exhibit 5 was marked
20    for identification.)
21 BY MR. JANSSEN:
22    Q. Hogan Exhibit 5, this comes from
23 Dr. Sokolowski's records. Dr. Sokolowski is a
24 dentist, I believe; is that correct?
25    A. Yes.

137

1  Q. I am going to direct you to page 4.
2  A. Is this for me?
3  Q. Yes. Is that your signature at the
4  bottom, August 31, 1998?
5  A. Yes.
6  Q. Is that your handwriting when you
7  said -- is that your handwriting where it says
8  severe latex allergy anaphylaxis?
9  A. Yes.
10 Q. How did you acquire information on
11 August 31, 1998 for Dr. Sokolowski that you have
12 a severe latex allergy with anaphylaxis?
13 A. I don't remember.
14 Q. Your records as a child, when you were
15 ten years old, from Bridgeport Hospital, indicate
16 that there was a report that you were allergic to
17 penicillin. Did you try to avoid penicillin or
18 cephalosporins as an adult?
19 A. No, I don't -- I don't recall ever
20 avoiding it.
21 Q. Do you recall having any allergic
22 reactions to penicillin?
23 A. No.
24 Q. You had some surgeries, as I
25 understand. What surgeries have you had?

138

1  A. I had a tonsillectomy as a child.
2  Q. That was tonsillectomy and adenoids
3  removed when you were nine years old?
4  A. Yes.
5  Q. And, then you had an elective abortion
6  in the mid eighties; is that correct?
7  A. Yes.
8  Q. And, that was at Park City Hospital was
9  that called?
10 A. Yes.
11 Q. And, you were approximately 16 years
12 old?
13 A. Yes.
14 Q. Then you had a perforated septum
15 correction in January of 2000?
16 A. Yes.
17 Q. And, that was after you found out about
18 your latex allergy; correct?
19 A. Yes.
20 Q. Did you have an appendectomy at all?
21 A. No.
22 Q. There is some reference to it. How
23 about a laparotomy? There are some references to
24 a laparotomy.
25 A. That was in connection with the D and C,

139

1  the abortion.
2  Q. The elective abortion?
3  A. Yes.
4  Q. And, also there are references to tubal
5  surgery in your records in 1987, was that also
6  the elective abortion?
7  A. It had to have been.
8  Q. And, before November of 1999, did you
9  experience any reactions to latex gloves that
10 were used on you by your health care providers?
11 A. Not that I recall.
12 Q. You spent a short period of time as a
13 youngster or, I am sorry, I think you were 17
14 years old, at Luigi's Italian Pastries?
15 A. Yes.
16 Q. What were you doing there?
17 A. That was my first job. I was like
18 counter girl.
19 Q. Were you exposed to any of the flour,
20 the wheat flour? In other words, did they do
21 their own baking on the premises and you were in
22 the baking area?
23 A. They did their own baking on the
24 premises but I spent most of my time in the front
25 by the cash register or by the displays and the

140

1  baking was several rooms away.
2  Q. There is a reference that you once were
3  employed by SNS Credit Company in your Social
4  Security records, you earned eight thousand
5  dollars in 1989 and 1990. Do you recall what
6  that was about?
7  A. SNS Credit?
8  Q. Yes.
9  A. And, what was the year, again?
10 Q. 1989 and 1990.
11 A. I have no idea.
12 Q. In September of 1995 there are
13 indications in your records that you were
14 employed by Stop and Shop as an assistant head
15 cashier, isn't that correct?
16 A. Yes.
17 Q. That was also during school, off school
18 hours?
19 A. Yes.
20 Q. When you were working for Dr. Guthrie,
21 did you notice that you had any reactions from
22 the gloves or from gloves that were in your work
23 area?
24 A. No.
25 Q. When you started at Stamford, your

149

itself. It is improper for you to read into the record what is not in the document.

MR. JANSSEN: The Federal Rules that apply in the State of Connecticut, you are not supposed to be talking, you are just supposed to be objecting.

BY MR. JANSSEN:

Q. Paragraph seven talks about contact dermatitis of unknown ideology, do you remember consulting him about that?

A. No, I do not.

Q. Tag 42 which I think was marked as --

MR. BUTLER: Number one.

BY MR. JANSSEN:

Q. I will show you again Exhibit 1. On page 15 -- I am sorry, page 5. This document indicates that on April 25, 1996, you presented to the Stamford Hospital emergency department. Do you recall that incident?

A. Not exactly, no.

Q. Is that your signature in the lower right-hand column?

A. Yes.

Q. And, you will see that from these forms it indicates that you presented to them

150

complaining of an allergic reaction resulting in facial swelling?

A. Yes, this is the reaction I mentioned earlier that I had when I walked into the room and there were all the flowers and the vase had toppled over. And I said I had a reaction then and that's what I --

Q. To what?

A. The flowers that were in the room.

Q. When were you tested for allergy to flowers?

A. I am not saying that I was. I mentioned a reaction earlier, that I had swelled up and I had mentioned that it involved flowers or at least I thought so. That's what this is referring to.

Q. Well, that's the incident you were referring to?

A. Yes.

Q. But, you see that a couple of the things that they refer to here is an acute allergic reaction in the diagnosis section; is that correct? Do you remember receiving that diagnosis?

A. I don't remember anyone ever saying it

151

or reading this at the time. I just remember having a reaction at the time.

Q. Is that your signature in the lower right-hand corner?

A. Yes.

Q. Then next to your signature, it says follow-up care by allergy tests. Do you see that?

A. Yes.

Q. When did you have allergy tests?

A. I don't remember.

Q. Why didn't you get allergy testing?

A. I don't remember.

Q. Was there any financial impediment to you receiving allergy testing or any medical care at all up until the time that you left the employment of Stamford Hospital?

A. I don't know. I don't remember if that was the case.

Q. You always had health insurance while you were employed with Stamford; is that correct?

A. Yes.

Q. You always had access to Stamford emergency department and the nurses and the physicians at Stamford Corporate Health, is that

152

correct?

A. Yes.

Q. So, was there any reason that you can remember that you were somehow impeded, either financially or for any other reason, from obtaining medical care while you were employed at Stamford Hospital?

A. The only thing that could have happened was I was a night shift worker and I know I didn't do a lot of things during the day that normal people would do because of my sleeping pattern. And maybe that, if that was the case -- I am speculating though so that's -- maybe that had something to do with it.

Q. Did you feel faint from this, what you would describe as the flowers tipping over?

A. I don't remember.

Q. Did you tell the people at the emergency department that you had a history of contact dermatitis at this incident?

A. I don't remember.

Q. Did you tell them that you had a history of eczema at this incident?

A. I don't remember.

Q. Now, when if ever were you tested for

153

1  allergy to flower?
2      A. I don't know that I was.
3      Q. How would flowers tipping over in a vase
4  cause facial swelling?
5      A. Well, I just remember that what I did
6  immediately before I started to swell up and have
7  a runny nose and watery eyes was I had walked
8  into a patient's room that was just filled with
9  flowers and somehow one of the large vases with a
10 bunch of very exodic flowers had fallen over and
11 I had picked them up. They were lilies and I
12 remember specifically lilies and I remember
13 getting like the pollen and stuff on my hands
14 from picking them up.
15      And, since I hadn't done anything else
16 besides sit at the nurses station and chart right
17 before that, I had just assumed that it was the
18 flowers because it happened right after that.
19     Q. By September of 1997, when you appeared
20 at the Stamford Corporate Health Services, as you
21 testified to later -- I don't think it is in
22 there -- is that you made a reference to this
23 earlier incident where you had shortness of
24 breath and swelling; do you remember?
25     A. Yes

154

1      Q. Looking back at that time, did you
2  understand after you received your latex
3  diagnosis that what you were probably reacting to
4  back with the so-called flower incident was
5  airborne latex?
6      MR. BUTLER: Objection to form.
7      THE WITNESS: I don't know that that's
8  true because I wasn't doing patient care when
9  that happened. I didn't have gloves on my
10 hands. I was sitting at the nurses station.
11 It wasn't like I was doing something and had
12 gloves on my hands and had a reaction. I
13 didn't put the two and two together at all.
14 I can't say that latex caused that reaction
15 BY MR. JANSSEN:
16     Q. Is it fair to say that when you were
17 performing your health care services that day,
18 you did in fact wear powdered latex gloves?
19     A. Probably.
20     Q. And, what you related to at the time of
21 April of 1996 was your facial swelling and
22 shortness of breath had to do something with
23 flowers, even though you have never been told you
24 were allergic to flowers, is that correct?
25     A. I am sorry, can you say that again,

155

1  please?
2      Q. In April of 1996, you attributed your
3  facial swelling and shortness of breath to
4  flowers being in the room even though no one had
5  ever told you that you were allergic to flowers;
6  is that correct?
7      A. Yes.
8      Q. Do you remember submitting any forms to
9  health care providers concerning this so called
10 flower incident?
11     A. No.
12     Q. Do you have tag 46 in front of you which
13 is exhibit -- I am sorry, I can't remember.
14     MR. BUTLER: I don't think you marked
15 tag 46.
16     MR. JANSSEN: What's the one that is in
17 front of her?
18     MR. BUTLER: 42
19     MR. JANSSEN: Let's mark this as the
20 next exhibit.
21     (Whereupon, Hogan Exhibit 7 was marked
22 for identification.)
23 BY MR. JANSSEN:
24     Q. I show you tag 46 which appears to be a
25 form filled out by you on May 14, 1996 addressed

156

1  to the health care provider concerning an
2  emergency room appeal form and ask if that is
3  your signature?
4      A. What was the question?
5      Q. Is that your signature?
6      A. Yes.
7      Q. Is that in your handwriting, that
8  document?
9      A. Yes.
10     Q. And, it said that -- does that
11 accurately reflect what happened to you that
12 night concerning the April 25, 1996 incident?
13     A. I don't remember exactly the events
14 other than I went to the emergency room. I don't
15 remember exactly what symptoms I had.
16     Q. Isn't that a fair copy of what your
17 recorded recollection was within two weeks of the
18 incident?
19     A. I did write it during the two weeks of
20 the incident.
21     Q. And you set forth your best recollection
22 at that time as to what occurred, is that
23 correct?
24     A  I suppose so.
25     Q. And, one of the things that you said was

157
1  that you had suffered an anaphylactic reaction to
2  an unknown agent; is that correct?
3      A. Yes.
4      Q. You also said that your entire body
5  swelled with urticaria; is that correct?
6      A. That's what I said on May 14, yes.
7      Q. Well, you were being truthful; weren't
8  you?
9      A. I suppose I was, yes.
10     Q. I mean, it's --
11     A. I mean, that's what I wrote.
12     Q. And, that your eyes swelled shut, that
13 also occurred at that incident of April 25, 1996?
14     A. Yes.
15     Q. And, that you began to wheeze?
16     A. Yes.
17     Q. Is that correct?
18     A. Yes.
19     Q. So, that occurred on that April 25
20 incident too?
21     A. That's how I described it, yes. I don't
22 remember all the details about it.
23     Q. And, wheezing is an asthma like symptom?
24     A. Yes.
25     Q. And, you realized that it was an

158
1  emergent situation, that meant that you
2  considered it an emergency situation for
3  yourself?
4      A. Yes.
5      Q. And, that your life was in danger unless
6  you received medical care immediately?
7      A. I knew I needed to go to the emergency
8  room for treatment.
9      Q. Did you know that your life was in
10 danger and that's why you went to the emergency
11 room immediately?
12     A. I don't know whether I -- I don't know
13 whether I would use that strong of a statement.
14 I knew that I needed care. I don't know whether
15 I realized that my life was in danger.
16     Q. You spent over seven hours in the
17 emergency room according to this document and you
18 don't think your life was in danger looking back
19 on it?
20     A. Well, I knew that they had given me an
21 awful lot of Benadryl and that they were afraid
22 for me to drive until I had taken a nap. I do
23 remember that. So that explains a big chunk of
24 time that I was there for.
25     Q. Okay; it also explains why you were on

159
1  steroids, they gave you steroids that time?
2      A. Yes.
3      Q. By IV, according to your letter; isn't
4  that correct?
5      A. Yes.
6      Q. And, your letter was truthful?
7      A. Yes.
8      Q. And, it also says that you did not
9  contact your primary care physician; do you see
10 that?
11     A. Yes.
12     Q. Who was that?
13     A. I don't remember who my primary care
14 physician was at that time.
15     Q. Wasn't it Dr. Chironomula?
16     A. Was it the same time I was there -- I
17 don't remember the date.
18     Q. Dr. Seth R. Chironomula, you saw him
19 next on June 3, 1996?
20     A. Okay.
21     Q. And, you saw him on the May 3, 1996.
22 Did you have any other primary care physician --
23 any other possibility at all that comes to your
24 recollection other than Chironomula?
25     A. No.

160
1      Q. Would you turn to tag 42 which is one of
2  these things. It should be Exhibit 1. Turn to
3  page 16. Is that your signature on page 16 on a
4  respirator and medical evaluation form dated
5  November 9, 1996?
6      A. Yes.
7      Q. And, it is countersigned by, again,
8  Nurse Practitioner Richlin; is that correct?
9      A. Yes, I think that's what that says.
10     Q. And, it says here in this questionnaire,
11 are you allergic to natural rubber latex and you
12 said no to that?
13     A. Yes, I see where it says that.
14     Q. How do you explain the fact that your
15 earlier medical records indicate that you have
16 latex allergy and you answered no?
17     MR. BUTLER: Objection to form. It
18 states a fact not in the record.
19     MR. JANSSEN: Oh, it is in the record.
20 It's Dr. Borghesan's records of March 7,
21 1996. It says you were allergic to latex.
22     MR. BUTLER: Which document is that that
23 you are referring to?
24     MR. JANSSEN: It's tag 74. I think it's
25 Exhibit 2.

161

BY MR. JANSSEN:
Q. Why did you answer no?
A. As I think I said before, I don't remember that visit to that doctor. I don't remember that.
Q. Did he treat you? Did he assess you for latex allergy? Did he perform any rasp tests, urine tests or anything else?
A. I don't remember him at all.
Q. Can you turn to page 18. Is that your signature on the bottom for September 8, 1997?
A. Yes.
Q. Is that your handwriting when they ask you on the third line, develop any allergy to latex, had latex allergy for three years?
A. Yes, that's my signature.
Q. So, you knew that you had had it by September of 1996, you knew that you had experienced latex allergic disease since 1994; is that your recollection?
A. I don't know whether that is correct, actually.
Q. Can you explain?
A. I am trying to think of why I would have written that because unless after having spoken

162

with Danielle --
Q. Danielle Richlin?
A. When she told me to avoid the gloves, maybe that had something to do with it.
Q. That was not until September 10, 1997.
A. I think I might have informally spoken with her before I actually saw her at employee health. I don't --
Q. So, you put it together and said that I have had the latex allergy for three years, you understood that by September of 1997?
A. I don't know whether I came up with that or not because in retrospect, I didn't have symptoms of it that I know now until after around this time, in 1997. I don't know whether after having spoken with her and formally I might have made an error on here because I simply didn't have any contact dermatitis or anything before that period where she told me to start avoiding the latex gloves. I don't know why I wrote that. I don't know if it was a confusion or something at the time.
Q. Confusion?
A. Or after -- sorry, go ahead.
Q. Were you submitting your medical history

163

for purposes of deciding whether or not you would be fitted for a respirator or not?
A. I am sorry, could you say that again?
Q. When you filled out this form, the purpose of this form was that you were telling your medical history to your employer for the possible purposes of you being fitted for and using a respirator at work; correct?
A. I believe so. That's this form, yes.
Q. And, you were being truthful, as true as you could be because of the importance of this document at that time?
A. I don't think it was a matter of questioning truthfulness.
Q. I am sorry, I am not questioning truthfulness. You were trying to be as truthful and complete as possible for the purposes of this form; correct?
A. Probably, yes.
Q. And, it says in your handwriting that you had a latex allergy times three years. Times three means for three years in the medical jargon; isn't that correct?
A. That is correct.
Q. And, the times three years, that's in

164

your handwriting too?
A. Yes, it is.
Q. Now, let me get back to it. Did you understand in September of 1997 that you had suffered a latex allergic disease for three years?
A. I don't think so. I think that this is a mistake for whatever reason. I don't believe that I knew that I had a latex allergy that night, around the 1997 period. I don't think I knew about it before then. I don't know whether we were talking and while I was writing this, I don't know, but I honestly know that I don't -- I didn't have a latex reaction before that. The contact dermatitis stuff started in 1996 and I didn't put it together until they mentioned that I should avoid latex.
Q. In September of 1997, two days later?
A. I am sorry?
Q. Your testimony is that they first mentioned it to you in September of 1997, that is on September 10, correct?
A. Yes, when I had my formal visit with her.
Q. So, tell me a little more about this

165

1  informal consultation that you had with Denise
2  Richlin that you seem to remember now.
3       A. I remember her coming to the unit, to
4  maternity because there were a few of us that
5  hadn't filled out these new forms. And, I
6  remember knowing that she was the nurse
7  practitioner employee health and I had said, hey,
8  Danielle, what do you think about this, you know,
9  I am getting this contact dermatitis stuff. And
10 then why don't you -- she had said why don't you
11 come see me at employee health.
12      I am sure that's what happened. Like I
13 said, I really -- I don't know why I wrote what I
14 did.
15      Q. How did you come up with three years?
16      A. I actually don't know. I am wondering
17 if we were talking about something else. I don't
18 know whether -- I just -- I don't remember
19 because I distinctly remember that. I can
20 remember that conversation and not having had a
21 similar conversation with anyone else before
22 because I didn't know what it was.
23      Q. Well, did she confirm to you on
24 September 8, before the September 10 you said
25 formal meeting, that you did in fact have a latex

166

1  allergy for three years?
2       A. No  It was oh, you are probably -- you
3  are probably latex sensitive, you know, why don't
4  you come see me, you might want to switch to the
5  vinyl gloves. And that's when I went over there.
6       Q. You think she used the phrase latex
7  sensitive instead of latex allergic?
8       A. I am paraphrasing, you know, it was an
9  awfully long time ago. I am remembering to the
10 best of my ability.
11      Q. But, the document that you signed at the
12 time, that was on September 8, 1997, this was the
13 best of your recollection at that time; wasn't
14 it?
15      A. Well, like I said, I am actually
16 questioning that. I don't know because that was
17 not necessarily true. That wasn't true at the
18 time. I don't know why I wrote that.
19      Q. But, you did write it at the time,
20 September 8, 1997; correct?
21      A. That's what the document shows.
22      Q. Do you have any reason to believe that
23 it wasn't written by you on September 8, 1997?
24      A. No.
25      MR. JENSSEN: Now, let's take a break

167

1  for a second.
2       (Whereupon, a brief recess was taken.)
3       VIDEO OPERATOR: We are going off the
4  record at 2:52.
5       MR. JANSSEN: This will be the next
6  exhibit. It's tag 25.
7       (Whereupon, Hogan Exhibit 8 was marked
8  for identification.)
9       VIDEO OPERATOR: We are back on the
10 record at 3:06.
11 BY MR. JANSSEN:
12      Q. I show you Exhibit 8 which comes from
13 tag 25, Dr. Komarinsky's medical records. Would
14 you take a look at that? Turn to page five.
15 Dr. Komarinsky was your gynecologist, is that
16 correct?
17      A. Yes.
18      Q. On page 5 and it continues until page 7,
19 I think, Dr. Komarinsky's records indicate that a
20 latex allergy for you was reported on November
21 23, 1996. Can you explain how that occurred?
22      A. That's not written in my handwriting. I
23 don't know why that's --
24      Q. Are you telling us that you did not tell
25 Dr. Komarinsky that you were allergic to latex on

168

1  November 23, 1996?
2       A. I don't see how I could have if I didn't
3  know about it. Someone else wrote that.
4       Q. But, if you knew about it, you could
5  have told her; correct?
6       MR. BUTLER: Objection to form.
7       THE WITNESS: I did not know about it.
8  BY MR. JANSSEN:
9       Q. Okay. The form also says that you are
10 on Atarax. Is that in your handwriting?
11      MR. BUTLER: Where on the form are you
12 referring to?
13      MR. JANSSEN: The same page, counselor.
14      MR. BUTLER: Page 5.?
15      MR. JANSSEN: Yes.
16      THE WITNESS: I am sorry, what was the
17 question?
18 BY MR. JANSSEN:
19      Q. Where it says list medications you are
20 now taking, is Atarax in your handwriting?
21      A. Yes.
22      Q. Now, does that refresh your recollection
23 that at least by November of 1996, you had been
24 on Atarax?
25      A. Yes.

169

Q. When did you start?
A. I don't remember.
Q. How long did you continue on Atarax?
A. I don't remember
Q. Was there any period of time that you weren't on Atarax?
A. Yes.
Q. What was that period?
A. Well, I am not on it now and I must have been on it then. I don't remember exact dates.
Q. Your medical records indicate that you were on Atarax at the time you saw Dr. Silverman in 2003. Does that refresh your recollection?
A. That's not true.
Q. When did you stop?
A. Stop what?
Q. Taking Atarax.
A. I haven't taken Atarax -- I must have been on it in 1996. I honestly do not remember the last time I took Atarax. It was not recent.
Q. What do you mean by not recent, the last week or two?
A. It wasn't in the last few years, several years. I don't remember.
Q. Okay; you don't remember?

170

A. No.
MR. JANSSEN: I will turn to Dr. Blum, I don't think we marked his exhibits yet. We will have to work off my report. Let's have this marked as the next exhibit
(Whereupon, Hogan Exhibit 9 was marked for identification.)
BY MR. JANSSEN:
Q. I will show you Dr. Blum's records which were marked as Exhibit 61 and I draw your attention to the notes of your presentation with him on 12/17/96, page three.
MR BUILER: You didn't mean Exhibit 61, did you?
MR JANSSEN: I am sorry, it's record track 61.
MR BUILER: Exhibit 9.
BY MR. JANSSEN:
Q. Turn to page three which appears to be notes of your presentation to a dermatologist by the name of Blum on December 17, 1996
Do you see under the medical shorthand CAVE, he has you listed as allergic to latex dash gloves slash powder?
A. Yes.

171

Q. Did you tell him that or did he tell you that?
A. Neither.
Q. Do you have any explanation as to why the entry, latex dash glove powder is issued there?
A. No, I don't.
Q. It goes on to discuss eczema, do you see that?
A. Yes.
Q. For many years on your face and body. Did you have eczema on your face?
A. Not that I remember.
Q. How did he get the misimpression that you had eczema on your face?
A. I don't know.
Q. When you go to health care providers and they ask you your history, your medical history, do you understand that's important, to provide them with a full and complete and truthful history for purposes of their rendering medical care for you?
A. Yes, I do.
Q. And, was it your habit in all the times that you went to your medical care practitioners

172

always to be truthful in relating your symptoms and your medical history to them?
A. Yes.
Q. The doctor mentions that you have also tried Atarax. Do you recall discussing the fact with him Atarax makes you sleepy?
A. Yes, actually now -- Dr. Blum is the one who prescribed Atarax, I believe, or I remember discussing that with him.
Q. This is the first time you saw Dr. Blum. You have references in the November 23, 1996 with Dr. Komarinsky that you were already on Atarax in your handwriting, so --
A. Well, then I am wrong. But I guess what my point was, now I remember taking it because I do remember that it made me sleepy. That's all I was getting at
Q. How long did you take it before you reported to Dr. Komarinsky on November 23, 1996 that you were taking Atarax?
A. I don't remember
Q. And, how long did you continue to take Atarax?
A. I don't remember.
Q. It also says on December 17, 1996, that

197

1 question?
2    Q. Yes. After the early 1997 discussion
3 with Richlin at Stamford Employee Health, you
4 started to try to avoid using latex gloves, some
5 of which was successful and some of which wasn't;
6 correct?
7    A. Right.
8    Q. But, did you understand from that point
9 on that if you experienced an allergic reaction
10 while wearing latex gloves, you should take them
11 off and go seek medical assistance?
12    A. Yes and no, depending on, you know --
13 actually, no. At that time, I just realized I
14 should take them off, take off the gloves and
15 wash my hands.
16    Q. Okay; so that -- and, you are talking
17 about the latex gloves, not the non-latex gloves;
18 right?
19    A. Yes.
20    Q. But, did you know that if you, based on
21 your training as a nurse from early 1997 on, that
22 if you experienced hives or other systemic
23 allergic reactions, that you should pretty much
24 stop what you are doing and seek medical
25 assistance?

198

1    A. It's not always true, I think. I mean,
2 if you have a hive or two on your hand and
3 everything else is fine, you are breathing okay,
4 you know, I didn't necessarily -- I don't know
5 whether that warrants emergency assistance then
6 and there.
7    Q. Or any assistance, any medical
8 assistance at all?
9    A. Right.
10    Q. So, from early 1997 on, did you
11 understand that if you just had one or two hives,
12 that you might not go see a doctor but that if
13 you had four or five or they spread outside of
14 your hand area, you should see a doctor, stop
15 what you are doing and go see a doctor?
16    A. Well, the hive bit didn't come into play
17 for me until later because it was still at that
18 point, around that 1997 area, it was still just a
19 contact dermatitis. When it turned into hives
20 which was later on, it kind of progressed into
21 that, that's when it occurred to me that I
22 should, you know, really take off the glove
23 immediately and look into it further.
24    Q. And, look into it further, you mean seek
25 medical assistance?

199

1    A. Yes.
2    Q. Okay; so that you understood as a nurse
3 from early 1997 on that if you were experiencing
4 the traditional symptoms of an allergic reaction,
5 shortness of breath, throat closing, generalized
6 urticaria, hives spreading over your body, you
7 should stop what you are doing and go see a
8 doctor; is that correct?
9    A. Yes.
10    Q. Now, did you make any attempt after
11 seeing Ms. Richlin in early 1997 to avoid areas
12 where other people were using latex gloves?
13    A. That wasn't possible. Everybody on the
14 unit used latex gloves.
15    Q. Well, okay. Let me rephrase the
16 question.
17    A. Okay.
18    Q. Did you consider the possibility of
19 leaving the employment of the hospital?
20    A. No.
21    Q. Why not?
22    A. I didn't realize how serious the problem
23 was. I felt by changing the gloves it would be
24 okay.
25    Q. And, when did you begin experiencing

200

1 hives and generalized urticaria at the hospital
2 at Stamford?
3    A. I don't remember exactly but I think
4 maybe early 1998, I am not sure.
5    Q. Okay; and, by early, you mean like the
6 first six months of 1998?
7    A. Sure.
8    Q. Okay; what did you do then about that?
9    A. I became much more assertive and
10 aggressive in getting -- making sure that I had a
11 steady supply of vinyl gloves to use.
12    Q. And, did you seek medical assistance for
13 your hives and urticaria at that time?
14    A. I don't remember.
15    Q. Did you understand at any time that some
16 foods cross react with antigens? In other words,
17 in your body, they might behave like your body
18 thinks it is latex and it isn't and produce an
19 allergic reaction?
20    A. I learned of that at some point, I don't
21 remember exactly when.
22    Q. Didn't Ms. Richlin talk to you about
23 cross reacting foods in early 1997?
24    A. I don't remember that.
25    Q. When did you start to try to avoid