# EXHIBIT D

1

```
                IN THE UNITED STATES DISTRICT COURT
                         FOR CONNECTICUT
----------------------------------x
IN RE:  LATEX GLOVE PRODUCTS
LIABILITY LITIGATION,

ANDREA HOGAN,

             Plaintiff,

vs.                              Case No. 3:01cv02426
                                 Date: March 2, 2004
ALLEGIANCE CORPORATION, ET AL,

             Defendants.
----------------------------------x


              DEPOSITION OF CLAUDIO BORGHESAN

   The deposition of Claudio Borghesan, M.D. was

taken on March 2, 2004, at 3715 Main Street,

Monroe, Connecticut before Susan Wandzilak,

Registered Professional Reporter and Notary

Public in the State of Connecticut.




              DEL VECCHIO REPORTING SERVICES, LLC
                PROFESSIONAL SHORTHAND REPORTERS
                       117 RANDI DRIVE
                  MADISON, CONNECTICUT 06443

MADISON, CT 06443          HARTFORD, CT 06106
203-245-9583               800-839-6867
```

```
 1   otolaryngology, and I do allergy of the upper
 2   airways and nasal allergies.
 3       Q.   So, you are a certified allergist?
 4       A.   No, I am a certified otolaryngologist
 5   and allergy of the upper airways is included in
 6   the training and the process of education.
 7       Q.   Thank you very much. Did there come a
 8   point in time in 1996 where you treated a patient
 9   by the name of Andrea Hogan?
10       A.   Right. I can just only go through my
11   records and there is --
12       Q.   We will get to that. Do your records
13   reflect that you did treat someone by that name?
14       A.   Yes.
15       Q.   And, did you receive a subpoena to
16   provide me with the copy of your file contents
17   relative to that visit?
18       A.   Yes.
19       Q.   And, I am looking at your file here and
20   it appears that there are three documents that
21   comprise that visit, is that correct?
22       A.   Yes.
23       Q.   Is it your custom and practice to make
24   these notes on these three documents at the time
25   that a patient comes in?
```

```
 1        A.   Well, these two are made by the patient
 2   and this is mine.  Then there should be also, we
 3   haven't been able to find, apparently she had a
 4   skin testing here.
 5        It doesn't say it was done here but we
 6   couldn't find that copy so I don't know whether
 7   this -- okay, we will get there.
 8        Q.   We will get there.  But, is it your
 9   custom and practice to have these made when
10   patients come in?
11        A.   Right.  We don't use this anymore but it
12   was the practice.
13        Q.   Is it your best recollection that these
14   were made in the course of your business
15   practice?
16        A.   Sure.
17        Q.   And, were they made at the time that she
18   came in?
19        A.   I assume so.
20        MR. LO RICCO:  I am going to offer these
21   as Exhibits.
22        (Whereupon, Borghesan Exhibits 1, 2 and
23   3 were marked for identification.)
24   BY MR. LO RICCO:
25        Q.   Doctor, I apologize for my inability to
```

1  read your penmanship but might I impose upon you
2  to start at the top of this patient's sheet and
3  read the entire sheet including the particulars
4  up top into the record?
5     A.   534 dash 0972 beeper, Hogan, Andrea,
6  R.N., 397 Jackson Avenue, Bridgeport,
7  Connecticut, 06606.  Insurance PHS, $10 copay.
8  Date 3/7/96.  Telephone number 367 dash 4670.
9  Referred by Rose.  Age 24, date of birth 9/26/71,
10 a white female.  3/7/96, no known allergies,
11 patient taking Demulen, latex allergies, shampoo
12 and soap.
13         Symptoms, occasional sinus headaches,
14 Hissmanial (ph) helps.  Bulimia, lost 100 pounds
15 in 12 months.  Sinusitis twice a year.  Gastric
16 symptoms, therapy with Pepcid.  Physical
17 examination, dry mucosa, hyperemic, sympatric
18 membrane intact with no neck nodes, past
19 tonsillectomy, no axicidate (ph), impression
20 allergic rhinitis.
21         Skin test, paren, dust, roach, peanuts,
22 wheat and soybean, closed parenthesis.  Suggest
23 Atarax, fifty milligrams qid, food diary,
24 Claritin, PRN, environment control, return in one
25 month and my signature.

9

1  And then there is also some history
2  notes, seasonal spring to fall allergies, one
3  dog, one cigarette a day, hot water heat, no
4  asthma, four to six cups of coffee per day, four
5  to five diet cokes per day, chocolate binges and
6  pulse is irregular.
7      Q.  If we might go through that, you're
8  going to need that, doctor, to refer to.  If we
9  might go through that note, and I do have a copy
10 in front of me here, you were nice enough to
11 provide to me.
12     Let's see, you indicate that there is no
13 known allergy; correct?  NKA up at the top of the
14 sheet.
15     A.  That's actually, it's printed by the
16 person who checks in the patient on what the
17 patient has stated so it is not really mine.
18     Q.  So, the patient upon intake stated no
19 known allergy?
20     A.  Yes, it should be reflected probably on
21 this here where she might have it.
22     Q.  You are referring now to --
23     A.  Actually, it is referred to no known
24 allergy to medication, really.  We ask, it's the
25 answer to this question, if she is allergic to

```
1    any medication.
2        Q.  So, that doesn't necessarily mean she
3    has no known allergy to anything, it was just
4    specifically to medication?
5        A.  Right.
6        Q.  Your note on the top also indicates that
7    she was referred by Rose?
8        A.  Um-uh.  Rose was an allergy nurse.
9        Q.  Your allergy nurse?
10       A.  At that time.
11       Q.  Would you know Rose's last name?
12       A.  B-E-C-L-E-T.
13       Q.  And, do you know where Rose was employed
14   at that time?
15       A.  Yes, here.
16       Q.  Here?
17       A.  Right, she was my allergy nurse.
18       Q.  And, how would she refer her to you?
19       A.  I imagine she knew her.
20       Q.  Do you know where Rose works today?
21       A.  Last time, years ago, she was working at
22   Healthnet.
23       Q.  Healthnet, is that here in Bridgeport?
24       A.  Yes, it's a big HMO in Bridgeport,
25   Connecticut.
```

1    Q.  Okay; let's see, there is a notation on
2    your doctor's notes -- right, I saw that.  The
3    doctor pointed out on Defendant's Exhibit 2,
4    there is a note that she was referred by Rose as
5    well.
6         On Plaintiff's Exhibit 3 which is the
7    notes, there appears to be a red notation where
8    the balance of the notes are in blue.  Do you
9    recall why?
10   A.  All patients we put down if they have
11   allergies in the red, 90 percent of the time.
12   Q.  So, is it your testimony that that
13   notation, even though it is red and the balance
14   is blue, blue was made at the same time the rest
15   of the notes were made?
16   A.  Right.
17   Q.  Would you be able to tell where you
18   found out that she had a latex allergy?
19   A.  It is written by the patient, latex
20   gloves and powder, yes.  Actually, the form that
21   was filled out by the patient on the back under
22   the question, describe your occupation, says R.N.
23   dash latex gloves and powder.
24   Q.  That would indicate to you that she is
25   conveying to you that she has a latex allergy?

1    A.  Well, this is what she said, okay, to
2    me.
3    Q.  She verbally?
4    A.  This is what she wrote.
5    Q.  So, the record is clear, she verbally
6    stated to you that she had a latex allergy as
7    well as to shampoos and soap but on Defendant's
8    Exhibit 1, which is allergy history, specifically
9    in the third column under describe your
10   occupation, she puts R.N., dash latex gloves and
11   powder?
12   A.  I would have no other way to know other
13   than from the patient that she had allergies to
14   latex.
15   Q.  Is it fair to assume, doctor, that the
16   patient also stated to you that she had bulimia?
17   A.  Yeah.
18   Q.  You didn't perform any tests to
19   determine that?
20   A.  No, just history.
21   Q.  You previously testified that there were
22   some history notes in the left hand column of
23   Defendant's Exhibit 3?
24   A.  Right.
25   Q.  Is there a reason why there is some

1    Q.  In this particular application, was that
2　part of what you were prescribing it for?
3    A.  As usual it's for dermatitis and she had
4　dermatitis and eczema so I think this was the
5　first choice, obviously.
6    Q.  Doctor, can you tell me what rhinitis
7　is?
8    A.  Inflammation of the mucosa of the nose.
9    Q.  Was that also what you the prescribed
10　the Atarax for?
11    A.  Well, she has an allergic rhinitis, we
12　go back to treat noses.
13    Q.  Did you discuss diet with this patient?
14    A.  I asked her to make a food diary so she
15　would write down everything she would eat, you
16　know, during the day and keep it usually for two
17　weeks and then return with that so we can see any
18　food pattern, any pattern of repeated food that
19　she is eating and that will indicate she is
20　allergic probably.
21    Q.  Did the patient express to you any
22　concerns about weight control?
23    A.  No.
24    Q.  Did you develop beyond your note the
25　bulimia?

```
 1        A.   Antihistamine.
 2        Q.   Just one second, doctor, I believe I am
 3   done.
 4             And, just so the record is clear, all of
 5   the notes that are contained on Defendant's
 6   Exhibit 3 were made on 3/7/96?
 7        A.   Right.
 8        Q.   As well as the other two notes,
 9   Defendant's 2 and 1?
10        A.   Yes.
11             MR. LO RICCO:  Thank you, doctor, I have
12        no further questions.
13                    CROSS EXAMINATION
14   BY MS. BUONAIUTO:
15        Q.   Doctor, I have just a couple of
16   questions for you on Defendant's 1.  That is a
17   two-sided form that the patient completes; is
18   that correct?
19        A.   Yes.  We don't have this form anymore
20   but that's it.
21        Q.   But, on March 7 of 1996 when Andrea
22   Hogan came into your office, you were using this
23   form; correct?
24        A.   Yes.
25        Q.   And, that's something that she completed
```

```
 1    in her own handwriting?
 2        A.   Right.
 3        Q.   And, on this form, on the back as we
 4    have previously discussed, she reported to you
 5    that she believed she was having allergic
 6    symptoms related to natural rubber latex gloves
 7    on that date; is that correct?
 8        A.   Well, here she said describe your
 9    occupation, R.N., latex gloves and powder.  I
10    don't know what she meant, whether she meant that
11    she used latex gloves and powder.  I think this
12    has to be deciphered.
13        Q.   Right above that indication it asks, do
14    you think your occupation has anything to do with
15    your symptoms and she has indicated yes, correct?
16        A.   Probably she indicated that the symptoms
17    were related to the use of the latex gloves and
18    powder.
19        Q.   And, she was there on that date to
20    consult with you regarding allergies?
21        A.   Inhalant allergies, yes.
22        Q.   The symptoms referred to in that
23    question mean allergic symptoms?
24        A.   Latex and inhalants are a different kind
25    of allergies so the contact is different.  The
```

```
1    organ target is different.  Probably the
2    mechanism is also different.
3         Q.  So, you are just clarifying that there
4    is a difference between an inhalant allergy and a
5    direct contact reaction that you would have?
6         A.  To me this is just a piece of
7    information that completes the picture.  It has
8    nothing to do with my treatment for the inhalant
9    allergies.
10        Q.  When you say a piece of information, you
11   are referring to the notation of latex allergy on
12   Defendant's Exhibit 3; correct?
13        A.  Right, this is information of her
14   history and, you know, social medical history.
15        Q.  She also indicates on Defendant's 2 that
16   she was suffering from hives?
17        A.  Right, eczema, I think.
18        Q.  Where it indicates for the patient to
19   describe what symptoms bother them the most, she
20   has indicated what?
21        A.  Hives, eczema and sinuses.
22        Q.  Hives is an IGE mediated reaction; is
23   that correct?
24        A.  Right.
25            MS. BUONAIUTO:  Those are all the
```