# EXHIBIT E

# ALLERGY HISTORY

Date: 3/7/96

Patient's Name: Andrea Hogan    Sex: F    Age: 24

Street ___ City ___ State ___ Zip ___
Home Telephone No. ___    Parent's Name ___

**To be filled out by patient** Your answers to the following questions will help to determine the cause of your allergy symptoms. It is important to check (✓) each question as accurately as possible

| | YES | NO | Don't Know |
|---|---|---|---|
| Have trouble with your skin? | ✓ | | |
| Eczema | ✓ | | |
| Hives | ✓ | | |
| Have trouble with your ears? | ✓ | | |
| Popping | ✓ | | |
| Itching | ✓ | | |
| Hearing loss | | | |
| Fluid in ears | | | |
| Infection/Pain | | | |
| Have trouble with your throat? | ✓ | | |
| Frequently sore/drainage | ✓ | | |
| Itching throat/mouth | | | ✓ |
| Have trouble with your eyes? | | | |
| Redness | | ✓ | |
| Itching | ✓ | | |
| Tearing | ✓ | | |
| Puffiness | | ✓ | |
| Have trouble with your nose? | | | |
| Clear/colorless discharge | | ✓ | |
| Thick/colored discharge | | ✓ | |
| Nasal itching/rubbing | ✓ | | |
| Constant stuffiness | ✓ | | |
| Periodic stuffiness | | ✓ | |
| Sniffles | | ✓ | |
| Sneezing | ✓ | | |
| Mouth breathing or snoring | ✓ | | |
| Have troubles with your chest? | ✓ | | |
| Wheezing with colds | ✓ | | |
| Wheezing when exposed to dust, pollen, animal, etc. | ✓ | | |
| Wheeze/cough/after exercise | ✓ | | |
| Cough? What kind? | | | |
| Deep/or productive | ✓ | | |
| Loose | ✓ | ✓ | |
| Constant | | ✓ | |
| Dry/tight | | ✓ | |
| Daytime | | ✓ | |
| Nighttime | | | ✓ |
| Are your symptoms mild? | | | |
| Moderate | ✓ | | |
| Severe | | ✓ | |
| Present most of the time | ✓ | | |
| Present part of the time | ✓ | | |
| Present rarely | | ✓ | |
| Interfering with your life | ✓ | | |
| Preventing many normal activities | | ✓ | |

| Which of the following do you think cause your symptoms or make them worse? | YES | NO | Don't Know |
|---|---|---|---|
| Indoors | ✓ | | |
| Outdoors | | ✓ | |
| At home | ✓ | | |
| At work | ✓ | | |
| Morning | ✓ | | |
| Afternoon | ✓ | | |
| At night | ✓ | | |
| Weather change | ✓ | | |
| Wet weather | ✓ | | |
| Dry weather | ✓ | | |
| Windy day | | | ✓ |
| Hot day | | | ✓ |
| Cold day | | | ✓ |
| Air conditioning | ✓ | | |
| In barns | | | ✓ |
| Damp areas | ✓ | | |
| Hay, circus | | | ✓ |
| Mowing lawn | | | ✓ |
| Dusty environment | ✓ | | |
| High air pollution | ✓ | | |
| Animals | ✓ | | ✓ |
| Cooking odors | ✓ | | |
| Smoke | ✓ | | |
| Soap powder | ✓ | | |
| Insecticides | | | ✓ |
| Paint fumes | | | ✓ |
| Perfumes | ✓ | | |
| Cosmetics | ✓ | | |
| Wave sets | | | ✓ |
| Newspapers | | ✓ | |
| Wool | | ✓ | |
| Road dust | | ✓ | |
| Milk or milk products | | ✓ | |
| Eggs | | ✓ | |
| Wheat products | ✓ | | |
| Nuts, beans, or seeds | ✓ | | |
| Chocolate | | ✓ | |
| Fish | | ✓ | |
| Meat | | ✓ | |
| Fruit | | ✓ | |
| Vegetables | | ✓ | |
| Alcoholic beverages | | ✓ | |
| Cheese, mushrooms | | ✓ | |
| Beer | | ✓ | |
| Wine | | ✓ | |
| Aspirin | | ✓ | |
| Chemicals (list): ___ | | | |
| Drugs (list): ___ | | | |

| | YES | NO | Don't Know |
|---|---|---|---|
| During what months do you usually have symptoms? | | | |
| All months | ✓ | | |
| January | | | |
| February | | | |
| March | | | |
| April | | | |
| May | | | |
| June | | | |
| July | | | |
| August | | | |
| September | | | |
| October | | | |
| November | | | |
| December | | | |

Describe what symptoms bother you most
hives, eczema, sinuses

When did your condition begin?
years ago

Do you use medication regularly for nasal symptoms?
What medication? Benadryl
Does it help? yes

Do any of your blood relatives have allergies? ✓
Have you ever had skin tests for allergies? 3/7/96
Do you have allergies? ✓
What are you allergic to? ___

Is there anything else about your problem which you think might be important or unusual?
___

Borchesan
Depo EX 1
PAGE 1

More questions on reverse side

| | YES | NO | Don't Know |
|---|---|---|---|
| Smokers in your home? | ✓ | | |
| Do you smoke? | ✓ | | |
| Cigarettes # 1-5 /day | | | |
| Pipe # _____ /day | | | |
| Cigars # _____ /day | | | |
| Years smoked? 10 | | | |
| Stopped smoking in 19____ | | | |

| Do you take medications daily or frequently? | YES | NO | Don't Know |
|---|---|---|---|
| Aspirin | | ✓ | |
| Cortisone | | ✓ | |
| Laxatives | | ✓ | |
| Sedatives | | ✓ | |
| Birth control pills | ✓ | | |
| Vitamins | ✓ | | |
| Ointments | ✓ | | |
| Nose drops/sprays | | ✓ | |
| Hormones | | | |
| Others (list): | | | |

| Do you spend a good deal of time in activities? | YES | NO | Don't Know |
|---|---|---|---|
| Photography | | ✓ | |
| Carpentry | | ✓ | |
| Camping | | ✓ | |
| Sewing | | ✓ | |
| Gardening | | ✓ | |
| Painting | | ✓ | |
| Cooking | | ✓ | |
| Movies | ✓ | | |
| Hobbies (list): | | | |
| Sports (list): | | | |
| Other (list): | | | |

| Do you have animals in your home? | YES | NO | Don't Know |
|---|---|---|---|
| Do you have animals in your home? | ✓ | | |
| Have you ever had animals in your home? | ✓ | | |
| Dog | ✓ | | |
| Cat | | ✓ | |
| Bird | | ✓ | |
| Rodent | | ✓ | |
| Other (list): | | | |

| | YES | NO | Don't Know |
|---|---|---|---|
| Do you live in: House? | ✓ | | |
| Apartment? | | ✓ | |
| In the city? | ✓ | | |
| In the suburbs? | | ✓ | |
| Is your dwelling: New? | | ✓ | |
| 3–10 years old? | | ✓ | |
| 11–25 years old? | ✓ | | |
| > 25 years old? | | ✓ | |

| Have you had any of the following? | YES | NO | Don't Know |
|---|---|---|---|
| High blood pressure | | ✓ | |
| Migraine headaches | | ✓ | |
| Skin disease  eczema | ✓ | | |
| Heart disease | | ✓ | |
| Frequent headaches | ✓ | | |
| Sinus disease | | ✓ | |
| Stomach disease  ulcer | ✓ | | |
| Asthma | | ✓ | |
| Nasal polyps | | ✓ | |
| Emphysema | | ✓ | |
| Broken nose | | ✓ | |
| Overactive thyroid | | ✓ | |
| Bronchitis | ✓ | | |
| Nasal surgery | | ✓ | |
| Underactive thyroid | | ✓ | |
| Hay fever | ✓ | | |
| Deviated septum | | ✓ | |
| Hormonal difficulty | | ✓ | |
| Hives | ✓ | | |
| Food allergy | ✓ | | |
| Drug allergy (describe): | | | |

Other conditions (describe):

Are you taking medication for any of the previous conditions? (describe):

Do you think your occupation has anything to do with your symptoms?  yes
Describe your occupation:
RN - latex gloves & powder

Are any materials used in your occupation that you think have something to do with your condition? (describe):

At work, are your symptoms better?
| Worse | | | |
| The same | | ✓ | |

| | YES | NO | Don't Know |
|---|---|---|---|
| Do you sleep with a pillow? | ✓ | | |
| Is it dacron? | | ✓ | |
| Is it foam rubber? | | ✓ | |
| Is it feather? | | ✓ | |
| Other (describe): | | | |
| Is your mattress cotton? | | | ✓ |
| Feather | | | ✓ |
| Foam rubber | | | ✓ |
| Horse hair | | | ✓ |
| Other (describe): | | | |

| | YES | NO | Don't Know |
|---|---|---|---|
| Do you use a humidifier? | | | ✓ |
| Do you have an air conditioner? | ✓ | | |
| At work | ✓ | | |
| At home | ✓ | | |
| In bedroom | ✓ | | |
| Central | | ✓ | |

| | YES | NO | Don't Know |
|---|---|---|---|
| Is your heating system oil? | ✓ | | |
| Gas | | | |
| Coal | | | |
| Electric | | | |
| Other (describe) | | | |
| Is heat delivered by blower? | | ✓ | |
| Radiators | ✓ | | |
| Electric panels | | ✓ | |
| Other (describe) | | | |

BORGHESAN PPO
EX 1, PAGE 2

Pharmacia

CLAUDIO BORGHESAN, M.D.

PATIENT REGISTRATION FORM                          TODAYS DATE: 3-7-96

PATIENT's NAME: Andrea Hogan                       SEX: MALE ___ FEMALE  X

ADDRESS: 397 Jackson Ave

Bridgeport                    CT        06606    SS#: 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
CITY                          STATE     ZIP

HOME PHONE: 367-4670    WORK PHONE: beeper 534-0972    MARITAL STATUS: S M W D
                                                                      circle one

DATE OF BIRTH: 09-26-71    AGE: 24    FAMILY PHYSICIAN: _____
                                       PHONE #:

WHO REFERRED YOU TO THIS OFFICE?: Rose

REASON FOR TODAY's VISIT: allergy testing    WORK RELATED: YES OR NO
                                                           circle one

LIST MEDICATIONS PATIENT IS ALLERGIC TO: ∅

LIST MEDICATIONS PATIENT TAKES DAILY: Denavlen

NAME OF PHARMACY Brooks, ffld    PHONE NUMBER 259-8341

INSURANCE INFORMATION

PERSON RESPONSIBLE FOR PAYMENT  SELF   SPOUSE   MOTHER   FATHER   OTHER
FULL NAME OF RESPONSIBLE PERSON Andrea Hogan
ADDRESS: 397 Jackson Ave, Bpt CT 06606

HOME PHONE: 367-4670            WORK PHONE: beeper 534-0972

SOCIAL SECURITY NUMBER OF RESPONSIBLE PERSON: 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

RESPONSIBLE PARTY'S EMPLOYER: Stamford Hospital

ADDRESS: W. Broad St @ Shelbourne Rd, Stamford, CT 06901

PRIMARY
HEALTH INSURANCE CO.: PHS                    ID#: 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

NAME OF INSURED: Andrea Hogan                GROUP #: 0308

                                             Carrier # 2898
SECONDARY
HEALTH INSURANCE CO.: n/A                    ID#:

NAME OF INSURED: _____                      GROUP #: _____


I HEREBY AUTHORIZE DR. CLAUDIO BORGHESAN TO FURNISH INFORMATION TO INSURANCE CARRIERS
AND I ASSIGN TO DR. BORGHESAN ALL PAYMENTS FOR MEDICAL SERVICES AND AGREE TO PAY ALL
CHARGES NOT COVERED BY INSURANCE.

DATE: 3-7-96    SIGNATURE Andrea Hogan



BORGHESAN DEPO EX 2



```
534-0972    BEEPER                                    HOGAN, ANDREA    R.N.
CASE NO.                                              PATIENT'S NAME
397 JACKSON AVE, BPT., CT 06606        PHS $10                    3/7/96
ADDRESS                                INSURANCE                  DATE
TEL. NO. 367-4670    REFERRED BY ROSE    AGE: 24   DOB 9/26/71   SEX WF   S.M.W.D.
```

3/7/96   NKA   PT. TAKING DEMULEN         LATEX ALL shampoo soap

seasonal allergies: dog/cat water, egg/dog gathering, other dog, dust, coffee 4-8 diet wine/chocolate (reg) PULSE (REG)

Occasional sinus HA — Hormonal helps
BULIMIA — lost 100 lbs in 12 mo
Sinusitis twice a year — Gastric [illegible]
Rx reserved. PE non dry mucosa,
hyperemic — TMs intact [illegible] neck nodes
S/P tonsillectomy — no exud. — Food Allergy
Nuts — Skin testing (Dust Roach, peanut,
ATARAX wheat soybean)
Sugg ATARAX 50 mg qid food diary
— Claritin(?) environment control.
Ret 1 mo.
                                                    [signature]

HISTACOUNT®   FORM NO. 381   H75   (0795)   HISTACOUNT CORPORATION · 301 GROVE ROAD · THOROFARE NJ 08086 · 800-342-5274

BORGHESAN DEPO EX 3