# EXHIBIT F

Page: 1

# RECORDTRAK
501 Allendale Rd.
King of Prussia, PA 19406
Phone#: (610) 992-5000
Fax#: (610) 354-8946
www.recordtrak.com

## RT #: 104460    Tag: 42

---

### ANDREA HOGAN

---

CASE: ANDREA HOGAN VS. ALLEGIANCE CORPORATION, ET AL
COURT DOCKET: MDL / 1148
SSN #: 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
D.O.B.: 09/26/1971
PLAINTIFF COUNSEL: TIBBETS, KEATING & BUTLER
LOCATION: STAMFORD HOSPITAL

---

IN RESPONSE TO RECORDTRAK'S REQUEST FOR THE FOLLOWING:

1. ALL MEDICAL RECORDS IN YOUR POSSESSION (PROVIDED BY COUNSEL).

THE ATTACHED MEDICAL RECORD WAS SUPPLIED TO RECORDTRAK BY JANSSEN & KEENAN, P.C.



104460.042



PLAINTIFF'S EXHIBIT
HOGAN
1 for 10
1-22-04

**The Stamford Hospital**
Stamford, CT 06904-9317

DEPARTMENT RECORD SYSTEM

Hogan, Andrea

000001479252

| Patient Name | Age | DOB | Date | Time | Unit Record No |
|---|---|---|---|---|---|
| Hogan, Andrea | 24 | 9/26/71 | 4/25/96 | 23:18 | 326456 |

Address: 399 Jackson Ave – Apt
SSN: 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
Phone: 367-4676

Next of Kin: Hogan, Brian (D+D) — Same

Insurance: TSH – PHS

Personal Physician: None
Brought in by: Self

Complaint: allergic reaction

Triage time: 2315
In room: 2315

Nurse's Notes:
2310 OOB to BR
Andrea received
lives – no respiratory distress
Swelling
sleeping

| Time | BP | Pulse | Resp | Temp |
|---|---|---|---|---|
| 2315 | 135/? | 110 | 20 | 98 |
| 0010 | 111/82 | 18 | | |

Meds: Benadryl

PT Teaching
Discharge Note: Drive carefully

Allergies: None — Everything

Meds & Misc:
20g R upper arm – Accu s/f — 2325
50cc medrol 125 mg IVP — 2330
Benadryl 25 mg IVP — 2330

History/Physical:
24 y/o ♀ c/o allergic reaction
alert
→ facial swelling
heard R facial
extended to neck, no wheeze
swelling
chest clear — no dyspnea

X-Ray Results: 477.0

Discharge Cond: Good

Dx: acute allergic reaction

Disp: ☑ Home or ☐ Other

Prednisone 20 bid x 5d
Benadryl 50 q 6 hr prn

Follow up care by: Allergy Dept.

Signature: Andrea Hogan

Stamford Health System
*Stamford Corporate Health Services*
166 West Broad St.
Suite 101
Stamford, Connecticut 06902
203.325.7889
Fax 203.325.7977

A. Hogan
~~RN~~ LPN

### Periodic Respirator Fit Questionnaire

In the past year has any of the following occurred?

|  | YES | NO |
|---|---|---|
| Weight loss of more than 20 pounds |  | ✓ |
| Loss of or any major dental work |  | ✓ |
| Developed any allergy to latex  *had latex allergy x 3 years* |  |  |
| Developed asthma or serious lung disorder |  | ✓ |
| Developed a serious skin disorder |  | ✓ |
| Grown facial hair |  | ✓ |
| Developed a serious cardiovascular disorder |  | ✓ |
| Developed a serious musculoskeletal disorder |  | ✓ |

Please explain any positive answers in the following spaces:

I never had this mask because I couldn't get fit tested properly.

Signature: *A. Hogan RN*   Date: 9-8-97
Name (print): Andrea Hogan RN LPN


VHA
United to Improve
America's Health

HOGAN DEPO
EX 1, p. 18