# EXHIBIT G

Page:   1

# RECORDTRAK
501 Allendale Rd.
King of Prussia, PA  19406
Phone# : (610) 992-5000
Fax#:    (610) 354-8946
www.recordtrak.com

## RT #: 104460    Tag: 46

---

### ANDREA HOGAN

---

| | |
|---|---|
| CASE: | ANDREA HOGAN VS. ALLEGIANCE CORPORATION, ET AL |
| COURT DOCKET: | MDL / 1148 |
| SSN #: 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 | D.O.B.: 09/26/1971 |
| PLAINTIFF COUNSEL: | TIBBETS, KEATING & BUTLER |
| LOCATION: | HEALTH NET/PHS INSURANCE CO. |

---

IN RESPONSE TO RECORDTRAK'S REQUEST FOR THE FOLLOWING:

1. ALL INSURANCE RECORDS IN YOUR POSSESSION (PROVIDED BY COUNSEL).

THE ATTACHED INSURANCE RECORDS WERE PROVIDED BY JANSSEN & KEENAN, P.C.



104460.046



LK

W02779-14 **Physician** Pd HEALTH SERVI

Document Type: ER CORR
Document Description:
File To: PAST. Dept
Requested By:
Comments:

PHS Emergency Room Appeal Form

RECEIVED
MAY [illegible]

Please complete this form and return it to PHS within 10 days [illegible] your claim should be considered for payment. Include any pertinent information that you feel qualifies this emergency room visit as a true medical emergency requiring immediate medical attention. You will be notified if your claim is either approved or denied for payment. All information supplied must be verified by PHS, so please print or write legibly and be as specific as possible.

SUBCRIBER'S NAME: Hogan, Andrea          PHS ID#: 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-01

MEMBER'S NAME: Andrea                    DATE OF SERVICE: 4-25-96

HOSPITAL: Stamford                       BATCH/SEQ#: W02779-14

1. Did you contact your PHS Primary Care Physician? Yes___ No _X_.
   If yes, time ___ AM ___ PM.

2. PHS Primary Care Physician Name:
   Telephone Number:

3. Were you referred to the Emergency Room by your PCP? Yes___ No___.

4. If your PCP was not available, did you contact his/her on call physician?
   Yes___ No___. If yes, Time: ___ AM ___ PM.

5. On call Physician's name: _____
   Telephone number: _____

6. Did the on call physician refer you to the Emergency Room?
   Yes___ No___.

7. Why were you referred to the Emergency Room? _____

Member's Signature _A. Hogan RN_   Date _5/14/96_

(Use space below and on back if further explanation is necessary)

I am an RN at Stamford Hospital. I work split evening/night shifts. At 11:00 pm (2300 hours) 4/25/96 I had an anaphylactic reaction to an unknown agent. My entire body swelled with urticaria (hives), my eyes, both of them swelled shut, and I began to wheeze. Being an RN, I realized this was an emergent situation. I promptly escorted myself to the ED. I did not contact my

120 Hawley Lane, Trumbull, CT 06611-5343 • (203) 381-6400 • 1-800-848-4747 • FAX (203) 381-6690

→

primary physician given that it was 2300, and I couldn't breathe, and I was already on my shift at the hospital. I hope this clarifies any confusion you may have had regarding this claim.

Addendum: the treatment I received was I.V. Solumedrol (steroids to help me breathe) and Benedryl (an antihistamine to stop the allergic reaction. I left the ED at 0010, 4/26/96.

Thank you,
Andrea