# EXHIBIT H

```
            IN THE UNITED STATES DISTRICT COURT
                      FOR CONNECTICUT
------------------------------------x
IN RE:  LATEX GLOVE PRODUCTS
LIABILITY LITIGATION,

ANDREA HOGAN,

            Plaintiff,

vs.                            Case No. 3:01cv02426
                               Date: March 3, 2004
ALLEGIANCE CORPORATION, ET AL,

            Defendants.
------------------------------------x
```

DEPOSITION OF SEKHAR CHIRUNOMULA, M.D.

The deposition of Sekhar Chirunomula, M.D. was taken on March 3, 2004, at the Westin Hotel, One First Stamford Place, Stamford, Connecticut before Susan Wandzilak, Registered Professional Reporter and Notary Public in the State of Connecticut.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CONNECTICUT 06443

MADISON, CT 06443         HARTFORD, CT 06106
203-245-9583              800-839-6867

```
 1   to attend this deposition.
 2            Doctor, are you a licensed physician in
 3   the State of Connecticut?
 4        A.   Yes, sir.
 5        Q.   And, how long have you been licensed?
 6        A.   For over 15 years.
 7        Q.   And, in what area of medicine do you
 8   practice?
 9        A.   I am board certified in internal
10   medicine.
11        Q.   And, when were you board certified?
12        A.   In 1991.
13        Q.   And, in the course of your medical
14   profession, did you have occasion to render
15   medical services to Andrea Hogan?
16        A.   Yes, I did.
17        Q.   And, you were subpoenaed here today to
18   bring your records Andrea Hogan.  Do you have
19   them with you today?
20        A.   I have the records with me.
21        Q.   Let me take a look at them.
22        A.   Sure.  Do you want copies?
23        Q.   Sure, I just want to make sure that we
24   have a complete collection.  Let me just take a
25   minute?
```

1   A.   She came in for the followup as I asked
2   her to come in a week later after being started
3   on the medication and she was weighed 194 pounds
4   which was six pounds less than the initial visit
5   on 4/23/96. She is subject to, she says,
6   tolerating her medication, complains of allergy
7   to gloves.
8   Q.   To gloves?
9   A.   To gloves, following diet and exercise.
10  Q.   Meaning that she was reporting to you
11  that she was following her diet and she was
12  trying to exercise?
13  A.   Right.
14  Q.   Okay. Do you remember what gloves she
15  was referring to there? If you can't recall, you
16  can't recall.
17  A.   No, I can't recall. She mentioned she
18  is hungry during the night shift. And physical
19  examination revealed her lungs to be clear.
20  Cardiovascular examination reveals a regular rate
21  and rhythm. Erythema on the dorsal aspects of
22  the hands.
23  Q.   By dorsal you mean the backside of the
24  hands?
25  A.   The backside of the hands.

```
 1        Q.   Opposite from the palm?
 2        A.   Right.  And, assessment, found to be
 3   stable, question contact dermatitis, questionable
 4   ideology.
 5        Q.   And, does that mean that you suspected
 6   some sort of contact dermatitis but you did not
 7   know the cause of it?
 8        A.   We did not know the cause of it at that
 9   time, yes.  The plan was to add Pondimin (ph)
10   medication, 20 milligrams twice a day, five a.m.
11   and five p.m., to continue the Fortin (ph), 30
12   milligrams a day at eight p.m. and to follow up
13   within a month and Elocon cream was prescribed
14   for the hands.
15        Q.   And, what was Elocon supposed to help
16   her with?
17        A.   Elocon is a cortisone, topical cortical
18   steroid cream.
19        Q.   And, you were targeting the treatment of
20   her, what you suspect to be her contact
21   dermatitis?
22        A.   Contact dermatitis, yes.
23        Q.   Can you recall anything else about that
24   visit, then?
25        A.   No.
```

```
 1        Q.   Do you recall whether she reported to
 2   you that she had had an acute allergic reaction
 3   at her employer within two weeks prior to you
 4   seeing her?
 5        A.   No.
 6        Q.   Can you recall anything more that she
 7   said about complaining about allergy to gloves at
 8   all?
 9        A.   She did complain that she is allergic to
10   the gloves.
11        Q.   The rubber gloves that she was using as
12   a nurse?
13        A.   She did not mention any particular --
14   she just said gloves.
15        Q.   Is it your recollection that she was
16   talking about gloves she used at work?
17        A.   Yeah, that's my recollection because
18   being a nurse, I expect her to wear gloves at
19   work.
20        Q.   Did she tell you anything about being
21   allergic to flowers at this time?
22        A.   No.
23        Q.   Now, the next time you provided health
24   care services for her was on June 3, 1996?
25        A.   Correct.
```