# EXHIBIT I

```
 1                    IN THE UNITED STATES DISTRICT COURT
                                FOR CONNECTICUT
 2       -------------------------------x
         IN RE:  LATEX GLOVE PRODUCTS
 3       LIABILITY LITIGATION,

 4       ANDREA HOGAN,

 5                      Plaintiff,

 6       vs.                          Case No. 3:01cv02426
                                      Date: April 13, 2004
 7       ALLEGIANCE CORPORATION, ET AL,

 8                      Defendants.
         -------------------------------x
 9

10
                 DEPOSITION OF ASTRID HOFFMANN-OLSEN, M.D.
11
            The deposition of Astrid Hoffmann-Olsen, M.D.
12
         was taken on April 13, 2004, at 190 West Broad
13
         Street, Stamford, Connecticut before Susan
14
         Wandzilak, Registered Professional Reporter and
15
         Notary Public in the State of Connecticut.
16

17

18

19

20
                         DEL VECCHIO REPORTING SERVICES, LLC
21                        PROFESSIONAL SHORTHAND REPORTERS
                                    117 RANDI DRIVE
22                            MADISON, CONNECTICUT 06443

23       MADISON, CT 06443
         203-245-9583            HARTFORD, CT 06106
24                               800-839-6867

25
```

1       A.   Yes.
2       Q.   And, then include anything based on your
3  discussions that you thought was additional or
4  that would be important to note on the form you
5  would put in your handwriting?
6       A.   Correct.
7       Q.   And, looking at this form, do you see
8  that you indeed had made some entries in your
9  handwriting?
10      A.   Correct. I added a list of allergies.
11 I added latex and on Atarax I put an arrow adding
12 PRN, eczema. As far as the question how many
13 glasses of milk do you drink per day, will
14 increase, in other words, calcium supplements.
15      Q.   That's looking at page 1 of the
16 questionnaire; correct?
17      A.   Correct.
18      Q.   So, on the date of your first visit with
19 Ms. Hogan on December 18, 1996, she reported to
20 you that she had a latex allergy; correct?
21      A.   Correct.
22      Q.   And, with respect to her notation that
23 she was taking Atarax as of the date of that
24 visit, you have indicated that she was taking
25 that medication for eczema; is that accurate?

```
 1        A.   Correct.
 2        Q.   And, this is a multiple page health
 3   history?
 4        A.   It was meant to be more of a check sheet
 5   so that patients could have a complete history.
 6   I did not make this form up.  This is actually a
 7   conglomerate of numerous new patient forms that
 8   was put together by my old associate,
 9   Dr. Komarynsky.
10        Q.   And, looking at the other pages in the
11   form, do you see any other location where you
12   have made a notation?
13        A.   Under medical history, arthritis, I put
14   a history of skating, she is asymptomatic with
15   her arthritis.
16        Q.   Okay.
17        A.   On the next page, under family history
18   of heart disease, second column on the right,
19   father with coronary artery disease, no history
20   of heart attacks.  It says no MIs is what it says
21   there.  Mother had a history of lung, it looks
22   like metastatic cancer and died at age 51 in
23   1995.  There is a history of non Hodgkin's
24   lymphoma, it looks like lung cancer, breast
25   cancer and esophageal cancer.  I am sorry, I
```

```
 1         Q.   You can, for the record, and I know it
 2   is a little bit tedious but can you read into the
 3   record what you have documented here?
 4         A.   Sure.  My nurse at that time put 25 year
 5   gravida one para which means one pregnancy, one
 6   abortion.  Last menstrual period 12/3/96.  And I
 7   just wrote this is a very pleasant young nurse at
 8   the Stamford Hospital on maternity who presents
 9   for an annual exam.  She reports no problems, on
10   OCs, oral contraceptives, demulen, except for
11   occasional spotting associated with missed
12   pills.
13         She has a latex allergy and eczema.  She
14   undergone a D&C in 1987 and an exploratory
15   laparotomy at that time.  Patient is unsure of
16   the procedure done and the reason for the
17   procedure and, quote, don't want to know, end
18   quote.
19         Patient's mother died one year ago from
20   metastatic cancer, unknown primary.  Patient used
21   to be a skater and subsequently suffers from
22   arthritis of ankles and hips.  Patient also asks
23   for an STD screen.
24         Diagnosis, pelvic exam normal,
25   dysmetria, on oral contraceptive, contraception,
```

1  on demulen 135, no contraindications to continued
2  use. Advanced risk of endometrial and ovarian
3  cancer discussed, under side effects. Smoker,
4  urged to stop. Past medical history, eczema,
5  arthritis ankles and hips.
6  　　　Explorative tubal surgery, 1987.
7  Tonsils and adenoids removed in 1978.
8  Appendectomy, 1978. Medications, multi vitamins,
9  demulen 135, Atarax 25, PRN. Allergy, latex
10 which I underlined, seasonal.
11 　　　Q. Why did you underline latex?
12 　　　A. Just a reminder to me because we do a
13 lot of exams with gloves and I myself wasn't
14 using latex at that point in my career either
15 because I myself am allergic to latex.
16 　　　Q. So, with respect to Ms. Hogan, did she
17 ask you to use non-latex gloves in your visit
18 with her?
19 　　　A. I don't recall.
20 　　　Q. In discussing with her that she had a
21 latex allergy, did she report to you that she had
22 stopped using latex gloves in her own practice?
23 　　　A. Yes, she was using, as far as I know,
24 the vinyl gloves that they were providing on the
25 floor.

1    Q.   And, to your recollection, was that
2    because she believed that she had an allergy to
3    latex gloves?
4    A.   Correct.
5         MS. BUONAIUTO:   Those are all the
6    questions I have at this point.
7                    CROSS EXAMINATION
8    BY MR. GRUNFELD:
9    Q.   Good afternoon.  My name is Ken
10   Grunfeld.  I represent one of the latex glove
11   defendants and I just have a few questions for
12   you, just for clarification, mostly.
13   A.   Sure.
14   Q.   This page that we were just looking at,
15   57 dash 12, was this also made contemporaneously
16   with your December, 1996 meeting with Ms. Hogan?
17   A.   Yes.
18   Q.   You wrote this information down at that
19   time?
20   A.   Yes.
21   Q.   Is this something that you usually do in
22   the course of your business?
23   A.   Yes.
24   Q.   It's a regular practice for your
25   business?