# EXHIBIT J

Page:  1

# RECORDTRAK
501 Allendale Rd.
King of Prussia, PA  19406
Phone# : (610) 992-5000
Fax#:  (610) 354-8946
www.recordtrak.com

### RT #: 104460    Tag: 57

## ANDREA HOGAN

CASE:

COURT DOCKET:
SSN #: 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
PLAINTIFF COUNSEL:
LOCATION:

ANDREA HOGAN VS.
ALLEGIANCE CORPORATION, ET AL
MDL / 1148
D.O.B.: 09/26/1971
TIBBETS, KEATING & BUTLER
OB/GYN CONSULTANTS, P.C.

IN RESPONSE TO RECORDTRAK'S REQUEST FOR THE FOLLOWING:

1. ALL MEDICAL RECORDS IN YOUR POSSESSION (PROVIDED BY
COUNSEL)

RECORDS ATTACHED WERE SUPPLIED TO RECORDTRAK BY JANSSEN &
KEENAN, P.C.

Hoffman - Olsen
Dep Ex 1



Name _Andrea Hogan_
FIRST    LAST    Status ____  Chart # _____
(GMDW)

Addr _397 Jackson Ave Bridgeport, CT  ___ '06_    Birth Date _9-26-71_
Street    City    Zip

Tel (h) _367-4670_    (w) ~~325-7030~~

Next of Kin _Brian_    _deceased_ _father_    Tel    _367-4670_    _CUI-414-4467_

Severe → Anaphylaxis
ALLERGIES/SENSITIVITIES _LATEX, contraindicated_

G _1_  P _0010_    Blood Type ____    Ref. by:  Dr. Hoffmann-Olsen

| Date | NOTES (including Hosp / Op. / X-ray) | | Date | PROBLEM DESCRIPTION | Date Required |
|---|---|---|---|---|---|
| 1982 | IHC - EAP tubal surgery | | | ARTHRITIS-Mfs ankles. | |
| 1978 | TTA | | | ECZEMA | |
| 1978 | Appendectomy. | | | SHOULDER | |
| | | | | FH CANCER - Mother 5 yo breast father lung | |
| | | | | | |
| | | | | | |

| CONTINUING MEDICATIONS (not for contraception) | | | | MAMMOGRA | |
|---|---|---|---|---|---|
| Prob. No. | Medication | Start | Stop | | |
| | Multivit | | | | |
| | Demulen 1/35 | | | | |
| | Atarax 25 prn | | | | |

| CONTRACEPTION | Start | Stop | 13 x 21 x 3-4p | PREGNANCY RECORD | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Born Mo/Yr | Hospital | Wt at Birth | Sex | Weeks pregnant | Hrs Labor | Additional information and complications |
| Demulen 1/35 | | | 1982 | Port City elective Ab | | | | | |
| Ortho Neuplen | 97 | | | | | | | | |

| PAP TESTS: | Date | 12.18.94 | 12/15/97 | 4.29.99 | 2-19-01 | 3.7.02 | 4-10-03 |
|---|---|---|---|---|---|---|---|
| | Result | WNL | WNL | WNL | WNL | WNL | WNL |
| | Date | | | | | | |
| | Result | | | | | | |

HOGAN, ANDREA
H

HUFFMAN OLSEN
PPPO EX 1,
P. 11

OB/GYN Consultants, P.C.
166 West Broad Street
Suite 301
Stamford, CT 06902

NAME: ANDREA HOGAN

CC (is engaged - no date yet)

AGE: 25yo   G 1 P0010    LMP 12·3·96   PMP

This is a very pleasant young nurse @BH or Maternity who presents for AE. She reports no problems on OCs Demulen. except for occ spotty associated ̄ missed pill. She has Latex Allergy + Eczema. Pt has undergone ATC 1987 + ELAP ⊘ that time pt is unaware that procedure done + the reason for the procedure + "doesn't want to know". Pt's mother died 1yr ago from metastatic CA - Unknown 1°. Pt used to be a skater + subsequently suffer from Arthritis to ankles + hips. Pt also requests STD screen

DIAGNOSIS:    PLAN:

Pelvic – N

Dysmenorrhea – on OCs

Contraception on Demulen 1/35
no contra indications to continued use
adv of endom + ov CA discussed
understands side effects

Smoker – urged to stop

4M11k : eczema

Arthritis ankles/hips   ASA

Sig: PSHX Dtc 1 ELAP tubal surgy 1987
           TAA 1998
Co-Sig:      Appy 1990

✱ ....

LABS:
___PAP/MI:
___Chlamydia
___Vaginal C&S
___GC
___Other

___UA
___UC&S
___Other:

Biopsies:

MEDS/SAMPLES
___OCP:
___Antibiotics:
___Analgesics:
___Other:

Meds: Multivit
      Demulen 1/35
      Atarax 25pr

Literature/Instructions:
___Contraception:  ___OCP  ___IUD  ___Diaphragm
___Menopause  ___Calcium
___Other:
All: Latex

Referral:     ___US
Dr.

RETURN _____ M/W/D

___CBC
___ESR
___Cholesterol
___Beta HCG
___TFTs
___PROLACTIN
___FSH/LH
___E2
___Progesterone
___RPR
✓HIV

Steam
                    ___Mammogram

HOFFMAN OLSEN
DEPO EX 1,
p. 12

OB/GYN Consultants, P.C.
166 West Broad Street
Suite 301
Stamford, CT 06902

DATE 11-23-96

NAME (Miss Mis. Ms.) Andrea (Andie) Hogan    DATE OF BIRTH 9/126/71

MAIDEN NAME _____ AGE 25    RELIGION Catholic

STREET 397 Jackson Ave    PHONE 367-4670 EXT. ___

TOWN Bridgeport    STATE CT    ZIP 06606

EMPLOYER
OCCUPATION RN - Stamford Hosp.    BUSINESS ADDRESS _____
BUSINESS PHONE 325-7030 (3rd shift)

SOCIAL SECURITY NO. 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    REFERRED BY self

MEDICAL INSURANCE COVERAGE    (yes)    no
INSURANCE COMPANY PHS    SECOND INSURANCE Ø
GROUP NO. 0308
MEMBERSHIP NO.
SUBSCRIBER (self)    husband    SUBSCRIBER    self    husband
other    name    other    name

MARITAL STATUS    (single)    married    widowed    divorced

YEARS MARRIED    NO. OF MARRIAGES ___    HUSBAND'S AGE ___

HUSBAND'S NAME    HUSBAND'S EMPLOYER
HUSBAND'S BUSINESS PHONE

PERSON TO NOTIFY Scott Donaldson    RELATIONSHIP Fiance
IN EMERGENCY
STREET same    TOWN    STATE    ZIP    PHONE 360-8811

LAST YEAR
OF EDUCATION    GRADE 8  9  10  11  12    COLLEGE 1  2  3 (4) YRS.    POST GRAD. DEGREE RN

FAMILY MD: Ø    PHARMACY: Brooks · fairfield 255-8341

LIST ALLERGIES TO MEDICATIONS, FOODS, POLLENS, DANDERS:
Seasonal
Nature _____ _____ per
_____ etcetera.

LIST MEDICATIONS YOU ARE NOW TAKING, INCLUDING VITAMINS AND SUPPLEMENTS:
(1) Multivitamins QD    (3) Ataxapan 25mg    (5) ___
(2) Demulen 1-35    (4) ___    (6) ___

DO YOU SMOKE? YES    how many packs per day? ½    how many years? 10

DO YOU DRINK ALCOHOL? ___ daily: (no)    yes    how much: ___
✓ Occasionally:    no    (yes)    how much: lightly - socially

DO YOU USE DRUGS OTHER THAN ALCOHOL OR CIGARETTES? (no)    yes
Current weight 190    Ideal weight 130    Maximum weight 240    Minimum weight 150
DIET:    regular ✓    vegetarian ___    other ___
How many glasses of milk do you drink per day? 1    MEALS/day: varies    Do you skip meals? (yes)    no
How many cups of coffee/tea/cola do you drink per day? 10+    will ↑ Jums.

DO YOU EXERCISE? occasionally type: walk/step aerobics frequency: varies

LIST THE PEOPLE WHO LIVE WITH YOU IN YOUR HOUSEHOLD: father, fiance

Are there any pets in your household? no ___    yes ✓ If yes, please list: dog - one

HOFFMAN OLSON
PPPS EX. 1,
p. 14