# EXHIBIT K

```
                IN THE UNITED STATES DISTRICT COURT
                         FOR CONNECTICUT
--------------------------------x
IN RE:  LATEX GLOVE PRODUCTS
LIABILITY LITIGATION,

ANDREA HOGAN,

              Plaintiff,

vs.                              Case No. 3:01cv02426
                                 Date: March 3, 2004
ALLEGIANCE CORPORATION, ET AL,

              Defendants.
--------------------------------x
```

DEPOSITION OF LAWRENCE BLUM

The deposition of Lawrence Blum, M.D., was taken on March 3, 2004, at the Westin Hotel, One First Stamford Place, Stamford, Connecticut before Susan Wandzilak, Registered Professional Reporter and Notary Public in the State of Connecticut.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CONNECTICUT 06443

MADISON, CT 06443        HARTFORD, CT 06106
203-245-9583             800-839-6867

1  Federal Court here in the State of Connecticut by
2  Andrea Hogan.
3         I will be asking you certain questions
4  concerning that lawsuit. You are not a party to
5  that lawsuit. If you don't understand a question
6  that I ask you, you tell me that. If you don't
7  hear the question, tell me that. And if at any
8  time you feel too ill or too tired to continue,
9  you tell me that and we will make other
10 arrangements.
11     A.   Um-uh.
12     Q.   And, you have to say yes or no for the
13 reporter.
14     A.   Yes.
15     Q.   No, you are a licensed medical doctor in
16 the State of Connecticut?
17     A.   Yes, I am.
18     Q.   And, how long have you been a licensed
19 medical doctor in the State of Connecticut?
20     A.   I would say since 1962 so it will be 42
21 years in October.
22     Q.   And, in that time, have you specialized
23 in any field of medicine?
24     A.   Yes, dermatology.
25     Q.   And, are you board certified in

```
 1   dermatology?
 2       A.   Yes.
 3       Q.   And, were you board certified in
 4   dermatology prior to 1996?
 5       A.   Yes, I was.
 6       Q.   Okay, thank you.  Now, I believe that
 7   you received a subpoena to produce Andrea Hogan's
 8   medical records with you.  Do you have them with
 9   you today?  We would like to compare them to what
10   we got from the Medical Records Service?
11       A.   Okay.  These are copies of the
12   prescriptions there and this was the note that my
13   secretary gave me when she called on the 7th of
14   January of 2000.
15       Q.   Okay, we have them.
16       A.   I don't know if you need this patient
17   registration form.  I don't know if I sent that
18   to you.
19       Q.   No, you did not but it is nothing I
20   need.  Counselor may see it.
21       A.   And, then this is the front page and the
22   second page of her chart.  Did you wish to see
23   this, sir?
24            MR. JANSSEN:  I believe I have them.
25            THE WITNESS:  You have them, okay.
```

1      Q.   I do too.
2           And, she was referred to you by Florence
3  Blum; is that a relative of yours?
4      A.   Yes, that's my wife.  They had worked
5  together at Stamford Hospital.
6      Q.   And, are you presently affiliated with
7  Stamford Hospital?
8      A.   No.
9      Q.   Have you ever been?
10     A.   No.
11     Q.   This form starts off with a diagnosis.
12 Could you just read into the record what you put
13 in your handwriting?
14     A.   Diagnosis, peri oral dermatitis and
15 atopic dermatitis.
16     Q.   And, the numbers are the codes provided
17 by the AMA?
18     A.   Right.
19     Q.   And, what does CAVE mean?
20     A.   That's a latin word which means beware
21 and we use it for allergies and other adverse
22 reactions.
23     Q.   And, what did you write in next to the
24 CAVE?
25     A.   That she did report that she was having

```
 1    reactions to latex gloves and the powdered
 2    gloves.
 3         Q.   And, that she also reported that she had
 4    no known medication allergies?
 5         A.   No known medication allergies, yes.
 6         Q.   And then you took a family history from
 7    her which was that her father had eczema
 8    especially on the back and that certain aunts and
 9    cousins and -- I am sorry, I can't read that?
10         A.   Let me check that, diabetes.
11         Q.   And, the mother died last year with
12    cancer, perhaps of the lung?
13         A.   Right.
14         Q.   And, the past history section that she
15    gave you was that she was in good general health?
16         A.   Yes.
17         Q.   That she reported a tonsillectomy in
18    1986?
19         A.   Right.
20         Q.   And, that she had no regular medicines
21    except for --
22         A.   No regular medication except demulen
23    which is one of the female hormone birth
24    controls.
25         Q.   What was the next one?
```

```
 1      A.   That she also had some hayfever.
 2      Q.   All right; let's just go back.  She
 3 reported that she had no regular medications
 4 except for demulen and what was the next one?
 5      A.   And next to it, it is female hormones.
 6      Q.   Estrogen?
 7      A.   The estrogen, the birth control pill and
 8 also she had reported having hayfever.
 9      Q.   Okay; and, you asked her what her
10 present conditions were; is that correct?
11      A.   Yes.
12      Q.   And, she reported that she thought she
13 had, quote, eczema, unquote with itching on the
14 face and body?
15      A.   Right.
16      Q.   And that she had had that condition for
17 many years?
18      A.   Yes, she had used elocon which is a
19 cortisone type cream.
20      Q.   Cortico steroid?
21      A.   Yes.
22      Q.   It's a topical cream?
23      A.   Topical cream.
24      Q.   And, she was reporting that it wasn't
25 working anymore?
```

1    A.   Correct.

2    Q.   And, what did you write on the next line

3  and what did it mean because there are some

4  abbreviations on there?

5    A.   She had tried medication called Atarax,

6  A-T-A-R-A-X, 25 to 50 milligrams and the 50

7  milligrams made her too sleepy.

8    Q.   What did you write on the next line?

9    A.   The next line she also reported

10  recurrent hives and that various allergy tests

11  done by another physician were inconclusive.

12    Q.   With respect to what was causing the

13  hives?

14    A.   Right.

15    Q.   Then you conducted a physical

16  examination of her?

17    A.   Yes.

18    Q.   And, your examination showed what?

19    A.   The main thing was on the chin area, she

20  had a lot of what are called closed comedones

21  which are related to blackheads.  They are acne

22  type lesions and a little bit of erythema or

23  redness there.  And, I did not note any active

24  areas of dermatitis or skin rash at that time on

25  her body or extremities.

13

```
 1        Q.   And, you viewed her entire body at that
 2   time?
 3        A.   Probably.
 4        Q.   Was it your practice at that time to
 5   have the patient disrobe completely or just be in
 6   underwear?
 7        A.   Usually just down to underwear.
 8        Q.   And, your notes of that examination
 9   continue on to the next page which is Exhibit 2?
10        A.   Yes.
11        Q.   And, tell me what it means under the
12   treatment?
13        A.   Right, we started her with Eucerin,
14   E-U-C-E-R-I-N, light moisturizer and Lever 2000
15   which is a soap bar for washing and Triamcinolone
16   -- do you want me to spell that for you?
17   T-R-I-A-N-C-I-N-O-L-O-N-E, cream, for the eczema
18   if it should occur and for her face we were using
19   adult strength Clearasil which is one of the
20   over-the-counter acne medications.
21        Q.   And, what did it mean in your
22   handwriting after it says Clearasil dash?
23        A.   Oh, sulfur and resorcin, those are the
24   active ingredients in the cream.
25        Q.   And, it says -- there is a C with a line
```

```
 1   over it, it says TA?
 2       A.  The C is an abbreviation for with the
 3   Triamcinolone cream if needed.
 4       Q.  And, the purpose of that would be put a
 5   little of the Triamcinolone cream in there if it
 6   was necessary?
 7       A.  Yes, there was a little bit of
 8   irritation or dryness from the cream.
 9       Q.  And then number five?
10       A.  Number five, Dimera which is a mixture
11   of an antihistamine and ephedrine type
12   decongestant for the hives if they should occur.
13       Q.  Is this taken orally?
14       A.  Yes.
15       Q.  And, then you wanted to see her in two
16   weeks?
17       A.  In three weeks.
18       Q.  I am sorry, I couldn't read that.  It's
19   three weeks?
20       A.  Yes.
21       Q.  And, on the left it says reserved, what
22   does that mean?
23       A.  If things were not improving as far as
24   the acne went, it was to prescribe a medication
25   called retinal A or a salicylic acid gel which is
```

```
 1    that her atopic dermatitis or skin rash had
 2    improved with the triamcinolone cream and the
 3    peri oral dermatitis, that face reaction, was
 4    better with the resors sulfur mixture.
 5         Q.   The Clearasil, basically?
 6         A.   Clearasil, yes, and the hives were
 7    better with the Dimetapp.
 8         Q.   And, by Urticaria, you meant the hives?
 9         A.   Hives, yes.
10         Q.   And, then you wrote a diagnosis?
11         A.   Yes.
12         Q.   And, your diagnosis was urticaria
13    idiopathic, peri oral dermatitis and atopic
14    dermatitis?
15         A.   Yes, sir.
16         Q.   And, the numbers are just the AMA codes
17    for those diagnoses?
18         A.   Right.
19         Q.   Can you tell me what you wrote under
20    treatment for that day, January 20, 1997?
21         A.   I instructed Ms. Hogan to continue the
22    topical treatment with the Clearasil and the
23    triamcinolone cream and also to try the Dimetapp
24    in a tablet form rather than a liquid form which
25    would be much easier to carry with her.  And we
```