# EXHIBIT L

24665
P1

Name: Andrea (Andie) Hogan
Address: 39 Jackson Avenue Bpt. CT 06606
Phone: 367-4670
Date: 12-17-96   Age: 9-26-71   Occupation: R.N.   Mar-Sing-Wid

Ref. by: Florence Blum
Address:

**DIAGNOSIS** Peri Oral Derm 695.3  CAVE Latex - gloves/plr.
Atopic Derm 691.8    No med allergies.

**Family History** — Father - eczema - esp on back - ; aunts/cousins - dto[?]
Mother - died last yr - CA - ? Lung.

**Past History** — Good genl health.
Tonsillectomy 1986
No regular meds except Demulen Hormones.
Hay fever

**Present Condition**
① "Eczema" itching - on face & body
for many years. Has had Rx c Elocon - but
it doesn't work anymore.
Has tried Atarax - 25 mg / 50 mg → too sleepy.
② Recurrent Hives - Allergy tests - inconclusive.

Exam -
Chin area - mult closed comedones -
& sl erythema
No active areas of dermatitis @ present
on body or extremities.

BLUM DEPOSITION
EX 1

HOG-061-00003

