# EXHIBIT M

**DANIELLE RICHLIN - 3/16/04**

## HOGAN vs. ALLEGIANCE

WWW.PAULSONREPORTING.COM

PAULSON REPORTING & LITIGATION SERVICES, INC.

---

**Page 9**

1  what that address is going to be so I can do some
2  follow-up with your deposition transcript?
3     A  Yes.
4     Q  What is your date of birth?
5     A  12/12/70.
6     Q  Do you hold any licenses besides a driver's
7  license?
8     A  A nursing license.
9     Q  Okay. And how long have you held a nursing
10  license?
11     A  Let me think back when I graduated. It's '94
12  or '95.
13     Q  Okay.
14     A  I would have to look back.
15        MR. WILLIAMS: Excuse me. It's inaudible out
16  here.
17        THE WITNESS: '95.
18        MS. KAWAMURA: Can you hear me and not the
19  witness or --
20        MR. WILLIAMS: What happened was you faded out.
21  I couldn't hear you, and then I couldn't hear the
22  witness either.
23        MS. KAWAMURA: Let me see if I can move the
24  phone a little closer and I'll turn up our volume and
25  we'll try to keep our voices up.

---

**Page 10**

1     Q  I believe you said you've had a nursing license
2  since '94 or '95.
3     A  I think it's '95, yeah.
4     Q  '95.
5        And did you obtain that license in California
6  or in Connecticut or some other state?
7     A  First I had it in New York, then in
8  Connecticut, then Georgia, and then California.
9     Q  Okay. And is your license in Connecticut still
10  good?
11     A  I let it lapse.
12     Q  And is there any reason -- what classification
13  of a nursing license is it? Like an RN?
14     A  I'm an advanced practice registered nurse.
15     Q  And how is that different than an RN?
16     A  I have a master's in nursing, and I hold
17  national certification as a family nurse practitioner
18  through the ANCC.
19     Q  What's the ANCC?
20     A  American Nursing Credentialing Center.
21     Q  How long have you held that advanced practice
22  license?
23     A  I think I got that within the first year I was
24  at corporate health. This is ancient history for me
25  now. I think it's '96, but I would have to look back.

---

**Page 11**

1  I think it was 1996.
2     Q  Did you hold that advanced practice license
3  prior to working at Stamford Hospital?
4     A  No. They hired me pending getting that
5  certification, and I took the exam while I was there.
6  So it was within the first year I was there that I took
7  it. So if I'm right about when I started, I think I
8  started in '95. It should -- maybe it was October '95.
9  I don't know. Sorry.
10     Q  During your deposition testimony today, I'm
11  entitled to your best recollection.
12     A  Okay.
13     Q  And we usually give an example of the
14  difference between a guess and an estimate. An estimate
15  would be if I asked you to estimate how long this
16  conference room table is, you could because you can see
17  it.
18     A  Right.
19     Q  But if I ask you to estimate how long the
20  conference room table was in my office in San Diego, you
21  would have to guess because you've never seen that.
22     A  Right.
23     Q  Do you understand that?
24     A  Yes.
25     Q  During your deposition testimony today, please

---

**Page 12**

1  provide your best estimate and please do not guess.
2     A  As long as I qualify. I would have to check my
3  records to tell you precisely when I passed that exam,
4  but it was within the first year of employment.
5     Q  I understand.
6     A  Okay.
7     Q  Could you please give me a history of your
8  educational background beginning with high school.
9     A  I went to Cold Springs Harbor High
10  School in Cold Springs Harbor, New York.
11     Q  And did you graduate?
12     A  Oh, yeah. I graduated in '88.
13     Q  Okay. And --
14     A  Do you want to know every twist and turn I took
15  in college? Because I transferred. Do you want to know
16  all that?
17     Q  Well, let's see. Let's work our way backwards.
18     A  Where I got degreed?
19     Q  Why don't we start with that.
20     A  I have a degree from Fairfield University, just
21  a bachelor's degree.
22     Q  What was your area of study?
23     A  It was psychology. And that was in '92.
24     Q  And where is Fairfield?
25     A  Connecticut.

Page 17

1    A   No. That's the same position the whole time.
2    Q   Okay. I want to go back to the things you said
3   you did in that position.
4        First, you said you were a clinician. You saw
5   patients.
6        Were the patients you saw employees of Stamford
7   Hospital?
8    A   They were employees of Stamford Hospital and
9   corporate clients.
10   Q   Okay. And you said you supervised two other
11   employees?
12   A   We had different employee structures when I was
13   there, but we had many LPNs who worked there, some
14   medical assistants.
15   Q   And what did the people in these positions do,
16   the LPN and medical assistants?
17   A   They did a lot of urine drug testing. They
18   prepped the patients first, do the vital signs, take a
19   brief history before either myself or the physician
20   would go into the room. They would assist as
21   assistants, you know, suturing or doing some procedures.
22   They would help us.
23   Q   And who was your supervisor in this position?
24   A   Well, I had two. My doctor, Robert Sterling,
25   was the medical director. And then I don't know what

Page 18

1   his actual job title was, but Peter Kowalski (phonetic)
2   was the director of the Corporate Health, I guess.
3    Q   Peter Kowalski?
4    A   Uh-huh. I don't know his exact job title.
5    Q   You said you also were involved in training.
6        Would that be training other nurses?
7    A   That would be if someone came on board, not
8   training them to be a nurse, but training them to our
9   protocols and things to, you know, teach them the way we
10   do things, our paperwork, our protocols.
11   Q   So would that be training new employees at the
12   Corporate Health department as opposed to new employees
13   at Stamford Hospital?
14   A   Oh, yeah. Oh, no. Just within our department,
15   yeah.
16   Q   And you also said quality assurance.
17       What did that involve?
18   A   Well, you are familiar with quality assurance,
19   you know, different things that we would track. I'm
20   trying to think. I'm recollecting, but not, you know --
21   how many people were immunized, maybe, or different
22   things that we're tracking. How many people were
23   compliant with TB.
24       I think we might have done some customer
25   satisfaction surveys. That's not necessarily for the

Page 19

1   hospital employees, but corporate clients, things of
2   that nature.
3    Q   Now, the tracking of the immunizations, was
4   that done for Stamford Hospital employees or the
5   corporate clients or both?
6    A   That was for Stamford Hospital employees
7   primarily.
8    Q   What was your -- what was the connection
9   between the Corporate Health department and Stamford
10   Hospital?
11   A   We were their Employee Health for Stamford
12   Hospital. It's -- I guess it's a subsidiary, you would
13   say. It's part of the hospital.
14   Q   And you held your advanced practice nurse
15   license from October of '95 throughout your employment
16   with Stamford; correct?
17   A   Yeah. I still have it.
18       Do you want me to list every single thing we
19   did, like mask-fitting, everything, or --
20   Q   I just want a general idea of what your
21   day-to-day routine was.
22   A   Primarily clinical responsibilities.
23   Q   So in that you would see employees from
24   Stamford Hospital and also employees from the corporate
25   clients?

Page 20

1    A   Correct.
2    Q   Okay. I have some documents that I'm going to
3   show you.
4    A   Okay.
5    Q   So we'll start with our first document, which
6   is Bates-stamped HOG 04200016.
7        And my first question is, have you seen that
8   document before?
9    A   Yeah.
10   Q   And --
11   A   Yes. Sorry.
12   Q   Okay. Let me start off and ask a question I
13   should have asked you before I showed you that.
14   A   Okay.
15   Q   Do you have any independent recollection of a
16   Stamford Hospital employee by the name of Andrea Hogan?
17   A   I don't remember her. When I read my notes, I
18   remember someone telling me that story, but I can't
19   place a face or anything -- sorry -- beyond that.
20   Q   When you say someone told you that story, what
21   story?
22   A   There's a story in the notes that you guys
23   copied to me from my notes about of vase of flowers
24   tipping over and then her having an anaphylactic
25   reaction and going to the hospital. That story rings a

Page 25

1    A   Right. As you can see, she indicated no to
2   everything here --
3      Q   Yes.
4      A   -- except for one medication she's taking,
5   which does not matter here. So if there had been any
6   yeses or affirmatives, it would have required different
7   action from me. But she indicated no to all of the
8   questions on this.
9      Q   Okay.
10       I'm going to mark this document, the Respirator
11   Medical Evaluation, as Exhibit 1.
12       (Exhibit 1 marked)
13   BY MS. KAWAMURA:
14      Q   The next document I'm going to show you is
15   called "Respirator Issuance and Training," and I'll ask
16   you if you've ever seen that document before.
17      A   Yeah. We would give them a form, and I think
18   that they would have to bring it back to their
19   supervisor and make -- one stayed in the chart. There
20   was two copies. If they were fit-tested for this -- if
21   there was any limitation for them to wear this type of
22   respirator, it's not filled out.
23      Q   So generally this form was completed, and there
24   would have been more information in the form?
25      A   Right. Right. It would say, just check off,

Page 26

1   you know, respirator -- I think it would say N95. And
2   then just -- well, obviously, she didn't have a beard,
3   but if there was any other limitations, like because you
4   couldn't wear one if you had a beard or dentures or
5   glasses or things like that. And then they would just
6   check off maybe on the bottom satisfactory.
7       I think we did a saccharin fit test, if I
8   recall correctly, and then she would sign and we would
9   sign.
10      Q   And then where would the form end up?
11      A   One would stay in her hospital chart that we
12   kept, you know, in the employee, health and then one
13   theoretically should go back to the supervisor.
14      Q   Okay. And can you -- do you have any knowledge
15   as to why this document -- these forms were not
16   completed?
17      A   I don't know.
18       MS. KAWAMURA: I'm going to mark this as the
19   next document, Exhibit 2, the Respirator Issuance and
20   Training forms.
21       (Exhibit 2 marked)
22       MS. KAWAMURA: Before I go any further, I'm
23   going to mark another exhibit, and it's entitled
24   "Amended Notice of Deposition of Danielle Richlin." And
25   attached to this exhibit is a subpoena issued to

Page 27

1   Ms. Richlin, along with a proof of service of the
2   subpoena. And I'll mark this collectively as Exhibit
3   Number 3.
4       (Exhibit 3 marked)
5   BY MS. KAWAMURA:
6      Q   The next document I'm going to show you is
7   Bates-stamped HOG 04200018. It's entitled "Periodic
8   Respirator Fit Questionnaire."
9       I'll ask you if you've seen that document
10   before.
11      A   Yes. This one would be -- this is not like an
12   initial one that someone would do. This would be a
13   follow-up one, I guess, for an annual basis, so
14   therefore, indicating periodic respirator fit
15   questionnaire.
16      Q   So the first document we looked at, the
17   respirator medical evaluation, would have been the first
18   evaluation of the patient or employee for a respirator,
19   and the document that you are holding right now would be
20   a subsequent evaluation for the employee?
21      A   Right here, though, this explains why that one
22   is not filled out. It says --
23      Q   When you say that one, you mean Exhibit 2?
24      A   Okay. Let me see.
25       Right. It says here, she wrote down in her

Page 28

1   writing, "I never had this mask because I couldn't get
2   fit-tested properly."
3       So she -- I don't know. But that's what she
4   wrote here, so that's why that one wasn't filled out.
5      Q   Okay. And have you seen this document before?
6      A   Her specific one or this type of document?
7      Q   Her specific one.
8      A   You mean with her signing it?
9      Q   Yes.
10      A   No. I don't recall seeing hers, no.
11      Q   And just so I'm clear, what was the purpose of
12   this document? Not this document in particular, but
13   this type of questionnaire.
14      A   This type of questionnaire, as far as I recall,
15   would have been given out probably on an annual basis
16   just to determine if anything has changed. Because if
17   one of these had changed, like if someone lost a
18   substantial amount of weight, for instance, they would
19   have been re-fit-tested because the fit would not be the
20   same if your face was once a lot larger.
21       So they would have to go through the actual
22   fit test again. And theoretically, if they had no
23   change, then the mask should still fit the same and not
24   require another fit test.
25      Q   Looking at this document, you'll notice about a

7 (Pages 25 to 28)

Page 29

1  third of the way through someone has handwritten in,
2  "had latex allergy times three years."
3       Do you see that?
4     A   Uh-huh.
5     Q   Was part of your job reviewing the periodic
6  respirator fit questionnaires?
7     A   I don't -- I didn't see everybody's per se. It
8  would be someone that I came in contact with that I saw
9  as a patient or -- I don't believe that I had to review
10 them all, no.
11    Q   But part of your job you did review this type
12 of document?
13    A   This type, right. Right.
14    Q   As part of your job, if you would have come
15 across this particular questionnaire and you saw that
16 notation, had latex allergy times -- that's an X --
17 three years, what would that indicate to you, if
18 anything?
19    A   See, that's a hard question for me to answer
20 because I already know what it says in my note. I don't
21 know -- there's this date on that -- if I knew that
22 before, you know. If she's just saying she purports
23 that she had a latex allergy and we didn't already know
24 that, that would start the initialization of a latex
25 allergy workup.

Page 30

1       I don't know if this happened before or after I
2  saw her because I don't recall the date on that note.
3  But as you can see, we did an allergy workup on her.
4  So -- that's also something, too, we asked in
5  preemployment, so I can't say for timing where this is
6  exactly, but -- I mean, to me, would indicate, you know,
7  you would want to follow up and see if she really truly
8  does have a latex allergy and needs to be avoiding
9  certain products and things.
10      And if I had seen this, I would have said, why
11 didn't she get fit-tested? I can only -- my hypothesis
12 that she maybe couldn't get a good seal on the mask. I
13 don't know because I don't recall this. There would be
14 reason to follow up on why she should not have a mask so
15 why was she unable to, because we had an alternative for
16 people who could not fit-test with this. There was an
17 alternative. So if I had seen this, I would follow up
18 with that.
19      MS. KAWAMURA: Okay. I'm going to mark this
20 document as next exhibit in order, Exhibit 4
21      (Exhibit 4 marked)
22      THE WITNESS: Okay.
23 BY MS. KAWAMURA:
24    Q   The next document I'm going to hand you is
25 Bates-stamped HOG 04200019, and it's titled "Routing

Page 31

1  Ticket."
2       Have you seen this document before?
3     A   This was just a routing ticket, like it says.
4  It would come on the front of the chart, when they would
5  stick it in our bin, you know, or like next patient up.
6  And this would just let -- usually this would -- this
7  wouldn't even go to me per se unless someone else was
8  busy. But one of the LPN or MA know what they had to do
9  for the person. So the person up front, the secretary
10 or receptionist is telling you these are the things this
11 person is here for.
12    Q   Can you tell the writing at the top, is that
13 your writing or someone else's writing?
14    A   No.
15    Q   At the top.
16    A   That's not my writing. And they're just
17 telling you give it to me after it's complete, meaning
18 all the results are back, because I'm the one who
19 ordered it. But that's not my handwriting. But -- I
20 don't think it's my handwriting.
21    Q   And in this instance, with -- the routing
22 ticket would be something that was the result of your
23 latex workup, meaning you met with the patient and as a
24 result of that meeting, you prepared the routing ticket
25 for further testing to be done? Is that fair?

Page 32

1     A   No. This was just for our interoffice needs.
2  The person comes in, they sign it on the clipboard, I'm
3  here for this. The receptionist would go ahead and then
4  grab one of these things, put it on. I guess it was
5  just their way of coding things because we had so many
6  different clients, but this was a hospital one. The
7  hospital one just got this, I think, and it was a way
8  just to tell whoever was going to get this patient you
9  are going to draw this, you are going to draw this, and
10 when these labs come back, you are going to give them to
11 her. That's it. It's just identifying what to do.
12    Q   And which was prepared by somebody at the
13 Corporate Health office?
14    A   It was probably the person who received her up
15 front.
16    Q   Okay. And why were you the person the document
17 or the information was to be given to?
18    A   Because my note's in there. I ordered the
19 test.
20    Q   Okay.
21    A   Not the PPD. That's an annual thing she has
22 anyway. But I ordered the RAST test. From my notes you
23 can see I ordered it.
24    Q   I want to make sure I have the sequence.
25      So at some point you met with Ms. Hogan. And

Page 33

1  as part of that meeting or exam, you decided that you
2  needed some tests done?
3      A   Right.
4      Q   So you talked to somebody in Corporate Health,
5  and they filled out this routing ticket to make sure
6  that those tests got done.  And when the test results
7  came back, they got routed to you?
8      A   That's theoretically what should happen.  I
9  don't recall exactly who I said what to or whatever, but
10  that should have been what happened.
11      Q   I just want to make sure I know the sequence of
12  events because the documents, as you can see, are not
13  sequential.
14      A   Exactly.  I mean that makes sense to me.  Let's
15  say that.
16      Q   Okay.  That's the way it was supposed to
17  happen?
18      A   Right.
19      MS. KAWAMURA:  We'll mark this as the next
20  exhibit in order, Exhibit 5.
21      (Exhibit 5 marked)
22  BY MS. KAWAMURA:
23      Q   The next document I'm going to hand you is
24  entitled "Clinical Laboratory Report," and it's
25  Bates-stamped HOG 04200020.

Page 34

1      And I'll ask you if you've seen that document
2  before.
3      A   I've seen it because you showed me the copy.
4  Do I remember seeing it from that time?  I don't
5  remember.  But it's her RAST test results.
6      Q   "Her" meaning Ms. Hogan?
7      A   Sorry.  Yes.
8      Q   And as part of your work doing the latex
9  workups, would you review these clinical lab reports --
10      A   Yeah.  Yes.
11      Q   -- that came back?
12      A   If I ordered it for my patient, right.
13      Q   So based on this document and the next
14  document, which is HOG 04200021, is it your recollection
15  that you ordered these lab tests be performed?
16      A   Yeah, this is what this means here.  IGE for
17  latex drawn.  That's the RAST test.  I ordered it.
18      Q   And the IGE for latex is a test specifically to
19  test latex allergy?
20      A   Correct.
21      Q   Okay.  And I'll notice that in the clinical
22  laboratory report, the patient fell into Class 4, which
23  means high positive; is that correct?
24      A   Correct.
25      Q   And in your work in doing your latex workups,

Page 35

1  what did that mean to you?
2      A   Everything that I wrote here in my note, that,
3  you know, she had -- we discussed the avoidance of latex
4  products.  We had a whole list that we give people of
5  comprehensive things, you know, to avoid because latex
6  is in so many different products at home and in the
7  hospital.
8      We talked about latex glove -- you know, not
9  using latex gloves in the hospital.  But she was so
10  severely allergic, by the time she came to me,
11  already -- she had already been to the hospital for an
12  anaphylactic reaction.  So if you read in my note, that
13  I discussed it with Dr. Sterling that she shouldn't use
14  latex products.
15      Can I just read what I wrote here.
16      Q   You can and you can finish what you are saying
17  in a little while.
18      A   So -- do you want me to read it now?
19      Q   Let's just start there.  And why don't you
20  go -- we'll mark --
21      MR. WILLIAMS:  I should object to her
22  testifying from the document, but to that extent, I'm
23  going to reserve my objection.
24      MS. KAWAMURA:  I'm going to mark the clinical
25  lab report Exhibit 6.

Page 36

1      (Exhibit 6 marked)
2      MS. KAWAMURA:  And then I'm going to mark the
3  next document Bates-stamped HOG 0420021 as Exhibit 7.
4      (Exhibit 7 marked)
5      MS. KAWAMURA:  And I'm going to ask the witness
6  to read into the record all of the handwritten notes on
7  this document verbatim.  And if you can go slow for the
8  court reporter's benefits, I'd appreciate it.
9      A   Okay.
10      MR. WILLIAMS:  And please note my objection for
11  the record.
12      MR. JANSSEN:  I'm sorry.  What is your
13  objection?
14      MR. WILLIAMS:  She's not testifying as to
15  direct recollection.  She's just reading the document.
16      MR. JANSSEN:  She already testified she has no
17  recollection.
18      MR. WILLIAMS:  Okay.  As long as that's clear,
19  I'll be quiet.
20      MR. JANSSEN:  Kerry, why don't you just ask her
21  to read what she wrote in.
22      MS. KAWAMURA:  I missed the last point.  In her
23  own handwriting, is that what you said?
24      Q   Let me ask you a question, first.
25      A   Okay.

9 (Pages 33 to 36)

## Page 37

1    Q   Referring to Exhibit 7, is all of the
2  handwriting on this document your handwriting?
3    A   Yes.
4    Q   Okay. If you could please read this in for the
5  record, everything that's handwritten on this document.
6    A   Okay. It says, "Andrea Hogan." Under
7  Diagnosis it says, "Latex allergy." Employer, it says,
8  "The Stamford Hospital." And the visit date was
9  9/10/97.
10       And I wrote:
11       "Patient is a 25-year-old female
12       RN on South 3 or S-3 who reports a
13       history of contact dermatitis,
14       redness, hives" --
15  MR. JANSSEN: Slower for the reporter.
16  THE WITNESS: "Swelling, itchy hands
17       and eyes and rhinitis with contact
18       with latex products. Has had one
19       incident of shortness of breath and
20       facial edema was enhanced by allergy
21       to wildflowers, which were tipped
22       over nearby in vase.
23       "Taken to emergency department.
24       Latex allergy history completed. IGE
25       for latex drawn. Recommended patient

## Page 38

1       get a Medic Alert tag and carry an
2       EpiPen. Discussed avoidance of latex
3       products. Will send comprehensive
4       list of latex products. Utilize only
5       latex-free gloves. Tactilon.
6       Discussed how a latex allergy is
7       increased with repeated exposure and
8       this" -- I think it says, "and this
9       field, while it can predispose to
10       allergy, certainly will exacerbate
11       further. Patient verbalizes
12       understanding of serious nature of
13       issue."
14       I signed it Danielle Richlin, Nurse
15  Practitioner.
16       And then there's a second entry on 9/23/97. It
17  says:
18       "RAST test high positive.
19       Discussed with Dr. Sterling. Advised
20       no latex products EpiPen and Medic
21       Alert. Report increased signs and
22       symptoms. Notified patient."
23       And I signed it.
24    Q   Now, you talked -- you mentioned that you
25  talked to the patient about avoiding latex, and that

## Page 39

1  discussion included avoiding latex both at work and at
2  home?
3    A   We had -- in our policy and procedure or
4  protocols we had a whole list of products, and it listed
5  both home and hospital products that contain latex. And
6  that's what we would have given, a photocopy of that
7  form --
8    Q   Okay.
9    A   -- or that list.
10    Q   Is it fair to say that you don't recall
11  specifically doing it with this patient, but that was
12  your typical course?
13    A   Right.
14    Q   Okay. Now, you say the patient verbalized that
15  she understood the serious nature of the issue.
16       Do you recall specifically discussing that with
17  the patient?
18    A   I don't recall her and this. But my intent in
19  writing that would be that she acknowledged while we
20  were talking, this is a huge problem or, you know, this
21  is a problem. But I don't recall her -- I don't recall
22  talking to her.
23    Q   Okay. Was it your -- let me ask a different
24  question.
25       What would key you to discuss the patients with

## Page 40

1  Dr. Sterling? In other words, did you discuss every
2  patient you did a workup on with Dr. Sterling, or were
3  there only certain patients?
4  MR. WILLIAMS: I'll object to the form of that
5  question.
6  BY MS. KAWAMURA:
7    Q   Do you understand my question?
8    A   Yeah. Can I answer it?
9    Q   Yes.
10    A   Oh, okay. I wouldn't have to ask him
11  everything that I did. But if there was something that
12  was more serious in nature or if I were -- some reason
13  was unsure of something, I would absolutely go to him.
14  Something that was common and I saw every day, I
15  wouldn't have to get his signature on everything. But
16  this was something that was out of the ordinary and
17  serious, and so I would go to him.
18    Q   And what made this out of the ordinary and
19  serious?
20    A   Because she has a high positive RAST test, and
21  she's already had an anaphylactic reaction. So those
22  two things would indicate to me that we have a big
23  problem, and she's one who occupationally is exposed to
24  latex every day.
25    Q   Very good.

Page 41

1      And so the entry on 9/23, does that reflect
2   that you met again with the patient?
3      A   No. That doesn't mean that I did, no. It says
4   notified her, so whatever -- I don't know if I called
5   her. I can't recall. But in some way I notified her
6   of, you know, the test results and the outcome.
7          But this is just a note to follow up what the
8   results were and what my course of -- was, what I did,
9   and that I turned it over to Dr. Sterling.
10     Q   Okay. Do you know if Dr. Sterling met with or
11  spoke with Ms. Hogan regarding her RAST test results and
12  the seriousness of her latex allergy?
13     A   I don't recall. I just know what my note says.
14     Q   Okay. And as I can tell from your notes here,
15  you discussed with the plaintiff that she was -- that
16  was particularly significant for her because she works
17  in a field where she's constantly exposed to latex
18  gloves?
19     A   Right.
20     Q   Let me back up and ask you a question about the
21  latex workups.
22         Were you the only nurse practitioner involved
23  in the latex workups?
24     A   I was the only nurse practitioner employed
25  there then. I don't know that -- I can't say for

Page 42

1   certain that someone else wouldn't have initiated one.
2   I mean Dr. Sterling certainly could have, but I can't
3   say that one of the other nurses might not have. I
4   don't recall.
5      Q   Were the latex workups done primarily on
6   Stamford employees?
7      A   Pretty much exclusively, yeah.
8      Q   And what was the trigger for a latex workup to
9   be performed?
10     A   See, I can't recall. I was trying to think and
11  remember if we -- when someone would come in for a
12  preemployment physical, we would ask them if they had
13  any allergies. So I can't recall without seeing one of
14  our history forms if that was something -- I think we
15  ascertained that when people came in. I think that the
16  questionnaire form was included on a preemployment to
17  determine that, but I can't say for certain. But I
18  think that's the way we did it.
19         What was the rest of the question now?
20     Q   My question was, what was it that triggered a
21  latex workup being performed?
22     A   Oh, okay. So it could have been on
23  preemployment if somebody came in and told us, I think I
24  had this, and we probably would have administered the
25  questionnaire and done a RAST test to kind of confirm

Page 43

1   and see where we're at. Or if someone came down
2   reporting symptoms, you know, I've had this dermatitis
3   or I have shortness of breath, I have this. If they
4   came in with some complaint, that would initiate the
5   latex allergy workup.
6      Q   Was -- the latex allergy workup, was that in
7   place when you were hired at Stamford?
8      A   I don't think when I first got there. I
9   started gathering information and put a lot of that
10  together, and I'm sure it was probably with Dr. Sterling
11  and maybe with Dr. Salish who worked there. I can't
12  remember what year Dr. Sterling got there.
13         I know he was there during this, but he wasn't
14  there when I first got there.
15     Q   Was the workup developed or initiated in
16  conjunction with a department at Stamford Hospital or
17  was it done kind of as your own project over at
18  Corporate Health?
19     A   I can't remember because we did work quite a
20  bit with the Safety Committee and also with the
21  Infectious Disease people. We had a Needle Stick
22  Committee also. It was probably something that would
23  have come up in a Safety Committee, but I can't say for
24  certain without looking back at committee minutes or
25  something. I can't say for certain.

Page 44

1      Q   Were you on the Safety Committee?
2      A   No. But there was a registered nurse who was
3   there at the time. I think she was there in '97.
4      Q   Okay. Do you remember her name?
5      A   Laura Leanetti (phonetic). I think she was
6   there then.
7      Q   And what was Laura's role on the committee, if
8   you know?
9      A   I don't know. I'm just guessing she
10  represented our perspective from Employee Health. I
11  don't know.
12     Q   You mentioned earlier that you served on
13  several committees while you were at Corporate Health.
14         Do you recall the names of those committees?
15     A   The Infectious or the Needle Stick Committee,
16  Ad Hoc Needle Stick Committee. That might have been --
17  I think that was the only one because I'm pretty sure
18  she did Safety. I don't know about Dr. Sterling too. I
19  don't remember.
20     Q   Do you know if -- well, I'll ask this question
21  first.
22         As part of Corporate Health, did you conduct
23  any training for Stamford Hospital employees regarding
24  latex allergies?
25     A   I honestly don't remember how we did all that.

Page 45

1    I don't remember  Like I said, we worked very closely
2    with Infectious Disease, and they did a lot of, you
3    know, preemployment training of people, like
4    hand-washing and things when a new employee came. They
5    did in-services. So I don't -- I don't recall.
6        Q   Do you recall if Stamford Hospital had an
7    educational program relating to latex allergy either for
8    patients or employees?
9        A   I don't recall. I mean we had a policy in
10   place, but I can't recall if we had a specific, you
11   know, program. I mean we had latex-free crash carts and
12   things for patients and their protocols, but I don't
13   recall the educational components of it.
14       Q   Let's go back to Exhibit 7. About a third of
15   the way down, there's a sentence, "had one incident
16   of" -- what was that?
17       A   Shortness of breath.
18       Q   -- "shortness of breath and facial edema was
19   enhanced by..."
20           What do you mean by the word "enhanced"?
21       A   Those were her words, that that kind of
22   exacerbated it. All I can construe from it is that
23   maybe she's allergic to wildflowers too and that the
24   whole thing just set her off. Because I don't remember
25   her -- I don't -- all I can think is that she just hints

Page 46

1    that, you know, that made the symptoms worse because
2    perhaps she has an allergy to wildflowers also. But
3    these would have been her words. That's subjective
4    complaints.
5        Q   As part of the handouts that you gave to
6    patients who had latex allergies, did it include
7    information regarding potential cross-reactive fruits?
8        A   Yes.
9        Q   Do you recall what kinds of fruits were on that
10   list?
11       A   Let's see. Bananas, I think avocados,
12   tomatoes -- I'm tying to think. Maybe chestnuts. It's
13   kind of a long list of things. What else? I don't
14   know. Peach or Mango, passion fruit. I don't recall
15   them all off the top of my head. It's been a while for
16   me.
17       Q   I understand.
18           I notice, also, in your notes that you
19   mentioned that you recommended that the patients get a
20   Medic Alert tag and carry an EpiPen.
21           Is this the recommendation you gave to all
22   latex-allergic patients or only the severely
23   latex-allergic patients?
24       A   If someone had a latex allergy, we would have
25   recommended they did, to get a Medic Alert.

Page 47

1        Q   And did you -- in Employee Health, did you do
2    any follow-up to see if the patients eventually followed
3    through and got the Medic Alert and carried an EpiPen,
4    or is that left up to the patients?
5        A   That's up to the patients.
6        Q   While you were at Corporate Health, were you
7    involved at all in ordering or having the hospital order
8    nonlatex gloves?
9        A   I think that must have happened.  I can
10   remember one time someone came and gave us a
11   demonstration on glove liners or something.  Again, I
12   think that must have been something that transpired
13   through the Safety Committee, so it would have been that
14   other nurse in conjunction with -- I can't remember what
15   her name was -- Brenda, the Infectious Disease nurse.
16   That would have been done in conjunction with them and
17   materials management.
18           So if I'm recollecting correctly, I think that
19   all would have happened under the auspices of Safety.
20       Q   Do you remember that Stamford Hospital made
21   latex-free gloves available?
22       A   Yes.
23       Q   Do you recall ever hearing about or discussing
24   with a Stamford Hospital employee that they wanted to
25   get latex -- nonlatex gloves to use, but they were

Page 48

1    unable to do so?
2        A   Do I recall talking with someone?
3        Q   Yeah. Any discussions along those lines.  Any
4    nurses say something like, you know, I really should be
5    using nonlatex gloves, but I can't find them at the
6    hospital or they didn't order them for me or anything
7    like that?
8        A   I don't recall anything specific, no.
9        Q   So is it fair to say Employee Health -- you
10   didn't have any involvement in ordering?
11       A   No, we didn't.
12       Q   Latex or nonlatex gloves?
13       A   No.  We made the recommendation, but the
14   ordering would have been through -- I presume it would
15   have been the Infectious Disease nurse and the Safety
16   Committee that decided what glove they wanted to use,
17   what alternatives.
18           I think I remember they were trying to get rid
19   of the powder of the latex gloves, also for the fact of
20   aerosolized proteins.  And then it would be probably in
21   conjunction with materials management, but we didn't
22   have anything to do with ordering them, no, or stocking
23   or anything.
24       Q   Can you tell from the documents that you've
25   looked at so far today what prompted this patient,

12 (Pages 45 to 48)

Page 49

1  **Ms. Hogan, to come to the Corporate Health department**
2  **for a latex workup?**
3      A   Well, it was pretty much common knowledge that
4  people, if they had any issue, whether -- even if they
5  were just sick on the job, if they were on the job, they
6  could come down to Employee Health. That was our
7  function, to be there. Anything that was work-related,
8  they should be reporting to us, in terms of workers'
9  compensation, work-related injuries or illnesses.
10     So she obviously already had had her acute
11 reaction and had been taken care of in the E.D., so I'm
12 just -- this is conjecture, but maybe she was just
13 following up.
14     In the emergency department you need to go and
15 report this to Employee Health, and so maybe that's why
16 that first prompted her or she just knew that's why we
17 were there, so she came down to report it.
18     **Q   And she came down to report it. She met with**
19 **you?**
20     A   Oh, can I say one other thing?
21     **Q   Sure,**
22     A   And I don't know because I don't see it in
23 there. But sometimes incident reports could get filled
24 out. If it was after-hours for us, again, someone would
25 go to the Emergency Department. Or if she was in an

Page 50

1  anaphylactic reaction, she would want to go to the
2  Emergency Department. Maybe we got an incident report
3  or could have called her down. I can't say
4  specifically, but any number of those things could
5  trigger her arrival with us.
6      **Q   An incident report, can you describe what that**
7  **involves.**
8      A   The supervisor would fill out, you know, like
9  the person, you know, got hurt on the job, doing this.
10 Like a different example, like so and so, they claimed
11 they injured their back when they were moving the
12 patient in the exam room. And then they would come down
13 to us, and we would further notate, you know, work them
14 up for that injury that they're there for and do any
15 other substantial paperwork that came with it.
16     I can't tell because there's nothing in here
17 about, you know, workers' comp or what she did with that
18 after that, because I don't see any of that stuff here.
19 And since I don't recall her, I can't say. But any of
20 those things could have gone on after.
21     **Q   Okay. So I understand the sequence of what**
22 **happened here, you met with Ms. Hogan on September 10th,**
23 **1997. And as part of that interview, to summarize**
24 **that interview, you prepared the document that we've**
25 **marked as Exhibit 7; is that correct?**

Page 51

1      A   You didn't give me the one yet that I would
2  have done with her when someone came in with a latex
3  allergy. There's a latex allergy workup form that we
4  would go and complete.
5      I wrote more on her because of the seriousness
6  nature of this. We didn't always necessarily put an
7  extra note. There would have been a short note about
8  the lab test, but I wrote a full-out note because she
9  had such a serious reaction already when she came in to
10 us.
11     **Q   And when you met with her, that's what**
12 **triggered you requesting the lab work be done?**
13     A   Yes. We do that based on that questionnaire
14 that was there, depending on how they answer it. Any
15 other -- you know, that one, I think, indicates about,
16 you know, the cross allergies to food and what things
17 trigger reaction things. Based on that, then we would
18 determine if, you know, we should have some blood work
19 done.
20     **Q   Okay. I'm going to show you what I think is**
21 **the document you are referring to. It's Bates Number**
22 **HOG 04200023, and it's titled "Template For Latex**
23 **Allergy Screening For Workers and Patients."**
24     **Is that the document you were referring to as**
25 **the latex workup?**

Page 52

1      A   Yes. But -- I can't say specifically, but it
2  seems short to me --
3      **Q   Okay.**
4      A   -- like there might be more.
5      Is there more? It might have been just one
6  page. Again, it's many years ago, but --
7      **Q   Okay. And in this particular document which**
8  **we're going to mark as Exhibit 8, is this your**
9  **handwriting and check marks, or is that something the**
10 **patients would have done and then you went over with**
11 **her? Can you tell?**
12     (Exhibit 8 marked)
13     THE WITNESS: It looks like it could be my
14 writing. I think it is my writing, but I can't be a
15 hundred percent sure. But I think it looks like my
16 writing.
17     MS. KAWAMURA: Okay.
18     THE WITNESS: See, why I'm wondering if there's
19 another page because usually someone would sign. I
20 don't know. A lot of us nurses write the same. I don't
21 know. I don't know. It could be my writing.
22 BY MS. KAWAMURA:
23     **Q   So is this the document -- even though there**
24 **might be perhaps a page missing, but is this a document**
25 **that was also filled out when you did your latex work?**

Page 53

1   A   Yes.  It's our Template For Latex Allergy
2   Screening For Workers and Patients.
3   Q   Based on your review of this document and going
4   over this information with the patient, you would then
5   decide if testing was necessary; correct?
6   A   Correct.
7   Q   And in Ms. Hogan's instance, you decided that
8   additional testing needed to be done?
9   A   Right.
10   Q   And as a result, the lab report that we marked
11   as Exhibit 6 was generated?
12   A   Right.  Correct.
13   Q   Is that your signature at the bottom of this
14   document?
15   A   That's not a signature.  Actually, it's her
16   medication she's taking.  It says Demulen.
17   Q   Was it your practice to somehow make a notation
18   that you had either completed this document or went over
19   it with a patient?  For instance, perhaps on the page
20   that might be missing, did you sign off on it or
21   something like that?
22   A   That's why I was wondering if it was longer.
23   And I can't recall exactly how many pages it was, but I
24   noted it in here.  I wrote it in my notes.
25   Q   Exhibit 7?

Page 54

1   A   Exhibit 7.  Sorry.  That's where it says,
2   "Latex allergy history completed."  That was that.
3   Q   Exhibit 8?
4   A   I'm sorry.
5   Q   I'll write the 8 on it for you.  It's hard when
6   you go back and read through this later and you say
7   "that was that."  You know what it means now; you won't
8   then.
9   A   You are right.
10   Q   So let's make sure that we're clear.
11       Do you recall during your tenure at the
12   Stamford Hospital and your work doing the latex workups,
13   was a patient with the history that we've seen of
14   Ms. Hogan, was she one of the more severe cases that you
15   came across?
16   A   Oh, yeah.  Oh, yeah.
17   Q   What was your -- this case -- putting
18   Ms. Hogan's case aside.
19       What was your first experience with latex
20   allergy?  How did you come to know that people were
21   allergic.  Was it something you learned in your training
22   in school, or was it something you learned during your
23   job?
24   A   Well, actually, what first sparked my interest
25   was he had latex allergy, which he generally didn't.

Page 55

1   And he was a doctor at the same hospital.
2   Q   Was that before you started working at Stamford
3   Hospital?
4   A   We met there.
5   Q   Okay.  What's your husband's name?
6   A   Spencer Richlin.  But he does not have one.
7   Q   I'm going to show you another document,
8   HOG 0420024.  And it's titled "Stamford Corporate Health
9   Service Documentation For PPD Testing."
10       Have you seen that document before?
11   A   Yes.
12   Q   And what is the purpose of that document?
13   A   At the preplacement physical and also on an
14   annual basis, unless someone was in a high-risk area,
15   they had to have a PPD every year if they were not
16   already known to be positive.  It's a treating for TB,
17   tuberculosis.
18   Q   So it was something that was done preemployment
19   and then yearly after that?
20   A   Yearly there might have been a couple
21   departments that had to go every six months, like the
22   Emergency Department.  Maybe radiology.  I don't
23   remember.  But -- that had to do it every six months
24   because they were high risk.
25   Q   Okay.  Did you as part of your work at

Page 56

1   Corporate Health, once a patient such as Ms. Hogan went
2   through the latex workup and received RAST results and
3   things like that, did you do any follow-up with the
4   patient to see how they were doing and if they were
5   still employed or if they were having problems or
6   anything like that?
7   A   I don't remember her, so I don't remember doing
8   that.  But if there was anything substantial, if I had
9   another patient visit or encounter with her, there would
10   have been a note.  I'm a freak about writing notes.
11   Very copious about writing notes.
12       I would have put a note in if I actually spoke
13   to her again after that.  The onus is kind of on the
14   patient once you tell all of this information, also, as
15   to what to do.  I don't know if Dr. Sterling followed up
16   in some other way.  I don't know.  I mean he didn't have
17   a note, so I don't know.
18       And again, like I said, I don't know if there
19   was a workers' comp report filed.  I'm sure you guys
20   know that, but I don't remember, and I don't see it
21   here.  So I don't know what happened with that.
22   Q   What was your department, the Corporate Health
23   department, what was their involvement in any workers'
24   comp claims?  Did you have any role in that process?
25   A   We would, you know, initiate the first report

14 (Pages 53 to 56)