# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR CONNECTICUT
------------------------------x
IN RE: LATEX GLOVE PRODUCTS
LIABILITY LITIGATION,

ANDREA HOGAN,

       Plaintiff,

vs.                     Case No. 3:01cv02426
                       Date: March 4, 2004
ALLEGIANCE CORPORATION, ET AL,

       Defendants.
------------------------------x

DEPOSITION OF ROBERT E. STERLING, M.D.

The deposition of Robert E. Sterling, M.D. was taken on March 4, 2004, at the Westin Hotel, One First Stamford Place, Stamford, Connecticut before Susan Wandzilak, Registered Professional Reporter and Notary Public in the State of Connecticut.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CONNECTICUT 06443

MADISON, CT 06443      HARTFORD, CT 06106
203-245-9583           800-839-6867

```
 1        Q.   Okay; I just have to ask you that.  And,
 2   you are licensed as a medical doctor?
 3        A.   A medical doctor, I also have a license
 4   in New York State too.
 5        Q.   Okay; and, in the period 1995 to let's
 6   just say through 1997, by whom were you employed,
 7   if anyone?
 8        A.   I was employed by the Stamford Health
 9   System.
10        Q.   And, in what capacity?
11        A.   I was the medical director of Stamford
12   Corporate Health Services.
13        Q.   And, what were your responsibilities as
14   medical director of Corporate Health Services?
15        A.   Well, they had dual responsibilities.
16   The first one that we believed was our mission
17   was to act as Corporate Health Services for the
18   community which was to, if they were businesses
19   that fell under OSHA's standards, then we would
20   help facilitate complying with OSHA standards.
21   And, if they were organizations that did a lot of
22   travel, we would do travel medicine and vaccines
23   for traveling around the world and provide
24   medications for that.
25             We did Workers' Comp injuries for most
```

```
 1   of Stamford and --
 2       Q.  The City of Stamford, most of the area
 3   of Stamford?
 4       A.  Pretty much the whole area of Stamford
 5   and in particular, of course, the City of
 6   Stamford too.  And along those lines, we also
 7   were the employee health service for the Stamford
 8   Hospital, actually the Stamford Health System.
 9       Q.  And, is that bigger than just the
10   hospital itself?
11       A.  Yes, that is.
12       Q.  How much bigger was that?
13       A.  Well, I don't recall the actual numbers
14   but I would imagine one could say that the health
15   system is probably 2,700 now and --
16       Q.  You have answered my question, that's
17   okay.  I thought it was a much smaller
18   organization but that's fine.
19       A.  No, it was a lot.
20       Q.  And, you had a number of people within
21   the Stamford Corporate Health Services that
22   reported to you; is that correct?
23       A.  That's correct.
24       Q.  Was one of those people a nurse by the
25   name of Danielle Richlin?
```

```
 1       A.  Yes, Danielle Richlin was a nurse
 2   practitioner and she did report to me.  And she
 3   often worked directly with the hospital staff
 4   because, one, she knew them very well.  And, two,
 5   the way Workers' Compensation has been structured
 6   here in this state, it was -- and, particularly
 7   when we had a contract with the city, they didn't
 8   want to see anybody but the physician.  And so to
 9   ease my load, she would do a lot of the employee
10   health.
11       Q.  And, when did she start working, if you
12   can recall, at Stamford Corporate Health
13   Services?
14       A.  She actually preceded me.  I was there
15   --
16       Q.  You started when?
17       A.  1994 and I think she was there preceding
18   me by about a half a year.
19       Q.  And, Ms. Richlin left sometime in 1998
20   or 1999; is that correct?
21       A.  I am not great with dates.  She left
22   because she had married.
23       Q.  She married a physician?
24       A.  Physician, and he went to Georgia.
25       Q.  And now they are in California?
```

```
 1        A.    Yes, that is correct.
 2        Q.    And, then, turn to page 18, is this
 3   Andrea Hogan's periodic respirator fit
 4   questionnaire that she filled out on September 8,
 5   1997?
 6        A.    That's what it appears to be, yes.
 7        Q.    And, the purpose of this was that
 8   someone who had been previously cleared for
 9   training would have to come in for a periodic fit
10   questionnaire and that's the purpose of page 18,
11   the form on page 18?
12        A.    Apparently.  I mean, her response says I
13   never had this mask because I couldn't get fit
14   tested properly.  I don't know exactly what that
15   refers to aside from the fact that she says she
16   has a latex allergy.
17        Q.    Okay; well, I believe that in the
18   response to the question, developed any allergy
19   to latex, she said had latex allergy for three
20   years?
21        A.    Yes, that is correct.
22        Q.    And, what if anything did that prompt
23   within Stamford Health System with respect to
24   her?
25        A.    Generally speaking, I would believe that
```

1  she would be put on a watch list and she would be
2  advised not to use any latex products and to in
3  general -- I think we had a special alternate --
4  well, actually, no. We had advised her to make
5  sure that when she used the band, she should
6  never -- she should use her hair or she often
7  wore a surgical cap, always to put some barrier
8  between her and the latex. And that would have
9  been the instruction at that time.
10          We wouldn't necessarily do any blood
11 testing at that time.
12     Q.  Was blood testing done in 1997 for
13 Ms. Hogan?
14     A.  Yes, it was.
15     Q.  Now, on page 20 of the exhibit, of
16 Exhibit 1, are they the results of the Comba (ph)
17 laboratory report for the latex rast test for
18 her? The date of the report, September 23,
19 1997.
20     A.  That is correct.
21     Q.  And, that report indicated that she had
22 a rating of 19 T 4 which puts her into class
23 number four high positive?
24     A.  That is correct.
25     Q.  And, can you tell me why it was that her

1   dermatitis, redness, hives, swelling, itchy hands
2   and eyes and rhinitis with contact with latex
3   products.  Has had one incident of shortness of
4   breath and facial edema was enhanced by allergy
5   to wild flowers which were tipped over nearby in
6   vase, taken to ED for emergency department.
7   Latex allergy history completed. IGE for latex
8   drawn, recommend patient get a Medic Alert tag
9   and carry an epipen.  Now, I will finish the rest
10  in a second.
11          The latex allergy history, is that the
12  history that was --
13      A.  I think that's the template.
14      Q.  That's the template on page 23?
15      A.  That is correct.
16      Q.  And, that was for Andrea Hogan at or
17  about September 10, 1997?
18      A.  That is correct.
19      Q.  And, IGE for latex drawn but that meant
20  the blood was drawn and then sent to that
21  laboratory for IGE rast, R-A-S-T, testing, is
22  that correct?
23      A.  That is correct.
24      Q.  Then it says recommend that patient get
25  a Medic Alert tag and that was a bracelet or

1  necklace that would have alerted health care
2  providers that I am allergic to latex; is that
3  correct?
4      A.  That is correct.
5      Q.  And, to carry an epipen, that was a pen
6  that could be self administered in cases where
7  the person felt their life was in danger from a
8  seriously anaphylactic reaction to latex; is that
9  correct?
10     A.  That is correct.
11     Q.  And, by administering the epipen, it
12 would resolve or help resolve breathing problems
13 and restore her to at least a sufficient state
14 that she could then get to an emergency room;
15 correct?
16     A.  Yes, as long as she was removed from the
17 exposure.
18     Q.  Exactly, okay.
19     A.  Yes.
20     Q.  And, then it says discussed avoidance of
21 latex products.  Will send comprehensive list of
22 latex products.  What was on the comprehensive
23 list of latex products at that time at the
24 Stamford Corporate Health Services?
25     A.  I tried to find the program we got this

```
 1    from because that had a list of the products but
 2    I do have a listing of products which is almost
 3    equivalent to that which comes from another
 4    source, American Latex Association, all right.
 5         Q.   Okay; but --
 6         A.   In general, it was on household
 7    products, pencil erasers, all the kinds of places
 8    where you can get exposed in the hospital.  For
 9    instance, just the tourniquet was made of latex.
10         Q.   Cuffs?
11         A.   Cuffs and even bottle stoppers, you
12    know, for medications.
13         Q.   Exactly.  So, on the list that was
14    provided as the routine practice of Stamford
15    would be a variety of medical products and a
16    variety of products outside of the hospital as
17    well, is that correct?
18         A.   That is correct.
19         Q.   And, would the list include any alerts
20    as to causal reactive foods at all?
21         A.   Yes.
22         Q.   So, some of the foods that were included
23    on the list at that time would have been bananas,
24    kewees, chestnuts, that type of thing?
25         A.   Strawberries, I think, yes.  Avocado, I
```

1   believe is one of them.
2      Q.   Avocados are always bandied around,
3   thank you.  And then it says utilize only latex
4   free gloves.  Tactilon is a brand name of a latex
5   free glove?
6      A.   That is correct.
7      Q.   Was there an attempt by the Stamford
8   Corporate Health Services at this time to make
9   sure that non-latex gloves were available for
10  people who came up as latex allergic?
11     A.   Yes, there was.  We recommended at the
12  time that she use either Tactilon which was a
13  fairly expensive one.  We opted not to go with
14  that.  But the nitro gloves -- the vinyl gloves
15  which weren't, by weight, vinyl gloves were not
16  useful in really protecting somebody from a blood
17  born pathogen.  That's why they couldn't be used
18  in all instances.  Nitros were.
19     Q.   Yes, okay.  And, then there is a
20  reference here, discussed how, and perhaps you
21  are familiar with some of the abbreviations
22  here.  Could you read into the record discussed
23  how latex allergy is and then there are some
24  symbols?
25     A.   Discussed how a latex allergy is, there

```
 1   is an arrow that goes up is I assume increased
 2   with repeated exposure and this --
 3        Q.   Forward?
 4        A.   Oh, yeah, this forward while it can
 5   predispose to allergies certainly will exacerbate
 6   further.  This --
 7        Q.   Patient, PT?
 8        A.   Patient verbalizes understanding of
 9   serious nature of the issue.
10        Q.   Okay; so, was it the routine practice of
11   Stamford Corporate Health at this time to give
12   this advice, make sure that the patient
13   understood it and then followed up on the results
14   of testing?
15        A.   That is correct and also we would advise
16   their supervisor to try to have her avoid any
17   other practices that would incidentally increase
18   her exposure.  She happened to work in labor and
19   delivery which was a passion of hers and she
20   routinely got exposed to unfortunately the
21   powdered gloves.  And I will discuss that later,
22   if you want.
23        Q.   No, that's all right.  I just want to
24   stick here on '97 for the time being.  All right;
25   so, then the next entry on page 21 is dated
```

```
 1   9/23/97?
 2        A.   Yes.
 3        Q.   And, correct me if I am wrong, it says
 4   rast test high positive discussed with
 5   Dr. Sterling, advised no latex products, epipen
 6   and Medic Alert.  Report -- now, this is what I
 7   don't understand -- report increasing, I don't
 8   know what STS means here?
 9        A.   I think she means symptoms.
10        Q.   Symptoms, okay, notify patient, Danielle
11   Richlin, NP.  Do you recall discussing
12   Ms. Hogan's situation with Ms. Richlin at that
13   time?
14        A.   Specifically, no.  But in general, yes,
15   because she would always bring these things to
16   me.
17        Q.   There were a number of employees that
18   had latex sensitivity or --
19        A.   A number who were latex sensitive.  This
20   was the most sensitive person we had seen to that
21   date.
22        Q.   And, do you recall yourself at this time
23   in 1997 discussing latex allergy with Ms. Hogan?
24        A.   I don't believe so.
25        Q.   Now, this page 21 is something that is
```

```
 1    kept in the ordinary course of business for
 2    Stamford Corporate Health for purposes of
 3    assisting it in diagnosing and perhaps treating
 4    some of the employees?
 5         A.   Yes, it's like a progress note.
 6         Q.   Right, okay.  I just want to -- and,
 7    then at this time, I want to ask you a little
 8    about some of the documents at the beginning of
 9    the exhibit.  This is an emergency room report of
10    4/25/96, page 5.  I will just use this as an
11    example, that's all.
12              When an employee of Stamford Hospital
13    reported to its own emergency room for treatment,
14    was it customary, was it the routine practice for
15    the Stamford Corporate Health Services Department
16    to get a copy of the ER report?
17         A.   Yes, we would.
18         Q.   And, so that's why this was with the
19    Andrea Hogan file out of Stamford Corporate
20    Health file; right?
21         A.   Yes, I believe so.
22              MR. JANSSEN:  All right; thank you,
23         doctor.  I have no further questions.
24              THE WITNESS:  Is that it?
25              MS. BUONAUITO:  I might have a couple
```