# EXHIBIT O

ROUTING TICKET

PATIENT NAME  Andrea Hogan
EMPLOYER  BH
VISIT DATE  Sept. 10, 1997

- LOGGED IN COMPUTER FOR STATISTICS (CYNTHIA)
- CHARGE TICKET PROCESSED (PETER)
- (FILE DIRECTLY)

## AWAITING RESULTS: CIRCLE AS APPROPRIATE

- DRUG TEST REPORT
- (LABWORK) FAST
- TSH PRE-EMPLOYMENT LABWORK
- HEPATITIS PANEL
- HIV
- CHEMISTRY
- LIPID PANEL
- CBC
- URINALYSIS
- URINE C/S
- STOOL C/S
- THROAT C/S

- X-RAY REPORT
- EKG READING
- STRESS TEST READING
- MRI REPORT
- CT SCAN REPORT
- SPECIALIST REPORT
- TONOMETRY REPORT
- (PPD READING)

- OTHER
- OTHER
- OTHER

COMMENTS

WHEN COMPLETE GIVE TO  D. Richlen  FOR REV

EXHIBIT 5
FOR IDENTIFICATION
ROWENA S. NAZIR N.P.
DATE: 3/16/04
WITNESS:

HOG-042-00019