# EXHIBIT P

Stamford Corporate Health Services, 166 W. Broad St, Suite 101, Stamford, CT 06902
203-325-7839

Patient Name: Andrea Hogan     Diagnosis: Latex allergy
Case Number: _____     Employer: The Stamford Hospital
Visit Date: 9/10/97

Pt is a 25 yo ♀ RN m S-3 who reports a h/o contact dermatitis, redness, hives, swelling, itchy hands & eyes + rhinitis c̄ contact with latex products. Has had 1 incident of SOB and facial edema was enhanced by allergy to wild flowers which were tipped over nearby in vase. Taken to ED. Latex Allergy History Completed IGE for latex drawn
Recommended pt get a medic-Alert tag + carry an epi-pen
Discussed Avoidance of latex products will send Comprehensive list of latex products Utilize only Latex-Free gloves. Tactilon Discussed how a latex allergy is ↑ with repeated exposure & this field which it can predispose to allergy certainly will exacerbate further. Pt verbalizes understanding of serious nature of issue. — D.Richler NP

9/23/97 RAST test high ⊕. Discussed c̄ Dr. Sterling advised No latex products, epipen + medic alert Report sts Notified pt — D.Richler NP

EXHIBIT 7 FOR IDENTIFICATION
ROWENA S. MASIH N.P.
DATE: 3/16/0_