# EXHIBIT Q

One Malcolm Avenue
Teterboro, New Jersey 07608-1070
800-631-1390 Client Service
201-393-5000

**Clinical Laboratory Report**

Diagnostics

| Patient Name | | Date Drawn | Date Received | Date of Report |
|---|---|---|---|---|
| HOGAN, ANDREA | | E0447 09/17/97 | 09/18/97 0135 | 09/23/97 |

| Sex | Age | Client Name / Address | I.D. Number | Account Number |
|---|---|---|---|---|
| F | GR | STAMFORD HOSPITAL    GR | | 74417 |
| | | ATTN: LOUIS SIEGEL/LAB DIR | | |

Ordering Physician: H.O
2392595

SHELBURNE ROAD
STAMFORD    CT    06904

CLIA # 31D0696245

Specimen Number: 567886    Time Drawn: T40

Federal I.D./Soc. Sec. Number

*************************** SPECIAL REPORT ***************************

IGE RAST ALLERGEN

TEST                RESULT UNITS    REFERENCE RANGE
IGE RAST ALLERGEN

LATEX, HEVEA BRAZILIENSIS    1924    PCT. REF
CLASS                          4

REFERENCE RANGES FOR PHARMACIA CAP SYSTEM

| PCT. REFERENCE | CLASS | CLINICAL SIGNIFICANCE |
|---|---|---|
| LESS THAN 60 | 0 | NONE DETECTED |
| 60 - 70 | 1/0 | EQUIVOCAL |
| 71 - 110 | 1 | VERY LOW POSITIVE |
| 111 - 220 | 2 | LOW POSITIVE |
| 221 - 600 | 3 | MODERATE POSITIVE |
| 601 - 2000 | 4 | HIGH POSITIVE |
| 2001 - 6000 | 5 | VERY HIGH POSITIVE |
| 6001 OR GREATER | 6 | EXTREMELY HIGH POSITIVE |

PATIENT EXHIBITS EVIDENCE OF A POSSIBLE OCCUPATIONAL
ALLERGY.

TEST PERFORMED BY: QUEST DIAGNOSTICS INC.
NICHOLS INSTITUTE
33608 ORTEGA HWY.
SAN JUAN CAPISTRANO, CA 92675

RAYMOND GAMBINO, M.D.    BERNARD KASTEN, M.D.    HARVEY W. KAUFMAN, M.D.    RONALD D. LUFT, M.D.    SHERIF NASR, M.D.    JOSEPH E. OESL

EXHIBIT 6
FOR IDENTIFICATION
ROWENA S. WASIH, N.P.
DATE: 3/16/0
WITNESS:

6