# EXHIBIT R

Page: 1

**RECORDTRAK**
501 Allendale Rd.
King of Prussia, PA  19406
Phone#: (610) 992-5000
Fax#:    (610) 354-8946
www.recordtrak.com

RT #: 104460   Tag: 42

## ANDREA HOGAN

CASE:                    ANDREA HOGAN VS.
COURT DOCKET:            ALLEGIANCE CORPORATION, ET AL
SSN #: 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       MDL / 1148
PLAINTIFF COUNSEL:       D.O.B.: 09/26/1971
LOCATION:                TIBBETS, KEATING & BUTLER
                         STAMFORD HOSPITAL

IN RESPONSE TO RECORDTRAK'S REQUEST FOR THE FOLLOWING:

1. ALL MEDICAL RECORDS IN YOUR POSSESSION (PROVIDED BY COUNSEL).

THE ATTACHED MEDICAL RECORD WAS SUPPLIED TO RECORDTRAK BY JANSSEN & KEENAN, P.C.



104460.042

STERLING DEPO
EX 1

One Malcolm Avenue
Teterboro, New Jersey 07608-1070
800-631-1390 Client Service
201-383-5000

**Clinical Laboratory Report**

Diagnostics

Patient Name: HOGAN, ANDREA    E0447    Date Drawn: 09/17/97    Date Received: 09/18/97 0135    Date of Report: 09/23/97

Sex: F    Age: GR    Client Name/Address: STAMFORD HOSPITAL    GR    I.D. Number:    Account Number: 74417
ATTN: LOUIS SIEGEL/LAB DIR
Ordering Physician: H-0    SHELBURNE ROAD    CLIA # 31D0696243
2392595                STAMFORD    CT    06904    Specimen Number: 567866    Time Drawn: 140

Patient I.D./Soc. Sec. Number:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    SPECIAL REPORT    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IGE RAST ALLERGEN

| TEST | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|
| IGE RAST ALLERGEN | | | |
| LATEX, HEVEA BRAZILIENSIS | 1924 | PCT. REF | |
| CLASS | 4 | | |

REFERENCE RANGES FOR PHARMACIA CAP SYSTEM

| PCT. REFERENCE | CLASS | CLINICAL SIGNIFICANCE |
|---|---|---|
| LESS THAN 60 | 0 | NONE DETECTED |
| 60 - 70 | 1/0 | EQUIVOCAL |
| 71 - 110 | 1 | VERY LOW POSITIVE |
| 111 - 220 | 2 | LOW POSITIVE |
| 221 - 600 | 3 | MODERATE POSITIVE |
| 601 - 2000 | 4 | HIGH POSITIVE |
| 2001 - 6000 | 5 | VERY HIGH POSITIVE |
| 6001 OR GREATER | 6 | EXTREMELY HIGH POSITIVE |

PATIENT EXHIBITS EVIDENCE OF A POSSIBLE OCCUPATIONAL
ALLERGY.

TEST PERFORMED BY: QUEST DIAGNOSTICS INC.
NICHOLS INSTITUTE
33608 ORTEGA HWY.
SAN JUAN CAPISTRANO, CA 92675

RAYMOND GAMBINO, M.D.    BERNARD KASTEN, M.D.    HARVEY W. KAUFMAN, M.D.    RONALD D. LUFF, M.D.    SHERIF NASR, M.D.    JOSEPH E. OBR

STERLING PEPO
EX 1, p. 20

HOG-042-00020

(NAME OF YOUR HOSPITAL)
Template For Latex Allergy History Screening for Workers & Patients

1. Do you have allergies?  Yes ☑  No ☐  Seasonal
2. Detail allergies  NKDA

3. Do you have a history of:

| | yes | no | | yes | no | | yes | no |
|---|---|---|---|---|---|---|---|---|
| contact dermatitis | ☑ | ☐ | eczema | ☑ | ☐ | rhinitis or conjunctivitis | ☑ | ☐ |
| hay fever | ☑ | ☐ | asthma | ☐ | ☑ | autoimmune disease | ☐ | ☐ |

? Lupus will be obtained
workup

4. Do you have any food allergies?

| onset | recent | long standing | | recent | long standing | | recent | long standing |
|---|---|---|---|---|---|---|---|---|
| banana | ☐ | ☐ | fig | ☐ | ☐ | peaches | ☐ | ☐ |
| avocado | ☐ | ☐ | nectarine | ☐ | ☐ | tomato | ☐ | ☐ |
| papaya | ☐ | ☐ | plum | ☐ | ☐ | potato | ☐ | ☐ |
| kiwi | ☐ | ☐ | cherry | ☐ | ☐ | chestnuts | ☐ | ☐ |
| passion fruit | ☐ | ☐ | melons | ☐ | ☐ | milk | ☐ | ☐ |

5. Have you ever had an allergic reaction to latex products?

| | yes | no | | yes | no | | yes | no |
|---|---|---|---|---|---|---|---|---|
| balloons | ☑ | ☐ | belts, bras, suspenders | ☐ | ☑ | ostomy bags | ☐ | ☑ |
| rubber gloves | ☑ | ☐ | cuffs, elastic waistbands | ☐ | ☑ | IV tubing | ☐ | ☑ |
| hot water bottles | ☐ | ☑ | adhesive tape | ☐ | ☑ | ACE bandages | ☐ | ☑ |
| Band-Aids | ☑ | ☐ | rubber cement | ☐ | ☑ | carpet backing | ☑ | ☐ |
| rubber bands, balls | ☑ | ☐ | latex birth control devices | ☑ | ☐ | weather stripping | ☐ | ☑ |
| foam rubber | ☐ | ☑ | dental cofferdams | ☐ | ☑ | garden hose | ☐ | ☑ |
| baby bottle nipples | ☑ | ☐ | dental masks | ☐ | ☑ | rubber tennis/golf grips | ☐ | ☑ |
| pacifiers, teething rings | ☑ | ☐ | face masks | ☐ | ☑ | erasers | ☐ | ☑ |
| other | | | | | | | | |

6. After handling latex products, have you experienced...

| | yes | no | | yes | no |
|---|---|---|---|---|---|
| redness | ☑ | ☐ | dermatitis | ☑ | ☐ |
| hives | ☑ | ☐ | itching (hands, eyes, etc.) | ☑ | ☐ |
| swelling | ☑ | ☐ | runny nose/congestion | ☑ | ☐ |
| difficulty breathing | ☐ | ☐ | other | ☐ | ☐ |

7. Do you have a congenital anomaly (i.e. spina bifida)?  Yes ☐  No ☑
Type of anomaly

8. Previous surgical history  abdominal laparotomy 1986

9. Dental history  none
RI dentist with latex gloves → hives across face

10. History of latex reactions or undiagnosed reactions during medical or dental work?  Yes ☑  No ☐
If yes, explain incidence

11. History of anaphylaxis?  Yes ☐  No ☑
If yes, under what circumstances did it occur?

12. Does your occupation involve exposure to latex or rubber?  Yes ☑  No ☐
If yes, what latex products do you work with?

13. Medication history  Denule

Sterling Depo
Ex 1, p. 23

HOG-042-00023