# EXHIBIT S

*(NAME OF YOUR HOSPITAL)*
Template For Latex Allergy History Screening for Workers & Patients

1. Do you have allergies?   Yes ☑  No ☐   Seasonal
2. Detail allergies: NKDA

3. Do you have a history of...

   |  | yes | no |  | yes | no |  | yes | no |
   |---|---|---|---|---|---|---|---|---|
   | contact dermatitis | ☐ | ☑ | eczema | ☑ | ☐ | rhinitis or conjunctivitis | ☑ | ☐ |
   | h y fever | ☑ | ☐ | asthma | ☐ | ☑ | autoimmune disease | ☐ | ☐ |

   ? Lupus will be obtained working

4. Do you have any food allergies?

   | onset | recent | long standing |  | recent | long standing |  | recent | long standing |
   |---|---|---|---|---|---|---|---|---|
   | banana | ☐ | ☐ | fig | ☐ | ☐ | peaches | ☐ | ☐ |
   | avocado | ☐ | ☐ | nectarine | ☐ | ☐ | tomato | ☐ | ☐ |
   | papaya | ☐ | ☐ | plum | ☐ | ☐ | potato | ☐ | ☐ |
   | kiwi | ☐ | ☐ | cherry | ☐ | ☐ | chestnuts | ☐ | ☐ |
   | passion fruit | ☐ | ☐ | melons | ☐ | ☐ | milk | ☐ | ☐ |

5. Have you ever had an allergic reaction to latex products?

   |  | yes | no |  | yes | no |  | yes | no |
   |---|---|---|---|---|---|---|---|---|
   | balloons | ☑ | ☐ | belts, bras, suspenders | ☐ | ☑ | ostomy bags | ☐ | ☑ |
   | rubber gloves | ☑ | ☐ | cuffs, elastic waistbands | ☐ | ☑ | IV tubing | ☐ | ☑ |
   | hot water bottles | ☐ | ☑ | adhesive tape | ☐ | ☑ | ACE bandages | ☐ | ☑ |
   | Band-Aids | ☑ | ☐ | rubber cement | ☐ | ☑ | carpet backing | ☐ | ☑ |
   | rubber bands, balls | ☑ | ☐ | latex birth control devices avoids | ☑ | ☐ | weather stripping | ☐ | ☑ |
   | foam rubber | ☐ | ☑ | dental cofferdams | ☐ | ☑ | garden hose | ☐ | ☑ |
   | baby bottle nipples | ☑ | ☐ | dental masks | ☐ | ☑ | rubber tennis/golf grips | ☐ | ☑ |
   | pacifiers, teething rings | ☑ | ☐ | face masks | ☐ | ☑ | erasers | ☐ | ☑ |
   | other |  |  |  |  |  |  |  |  |

6. After handling latex products, have you experienced...

   |  | yes | no |  | yes | no |
   |---|---|---|---|---|---|
   | redness | ☑ | ☐ | dermatitis | ☑ | ☐ |
   | hives | ☑ | ☐ | itching (hands, eyes, etc.) | ☑ | ☐ |
   | swelling | ☑ | ☐ | runny nose/congestion | ☑ | ☐ |
   | difficulty breathing | ☐ | ☐ | other | ☐ | ☐ |

7. Do you have a congenital anomaly (i.e. spina bifida)?   Yes ☐  No ☑
   Type of anomaly _____

8. Previous surgical history: abdominal - laparotomy, 1986

9. Dental history: ume
   21 dentist with latex gloves → hives action ___

10. History of latex reactions or undiagnosed reactions during medical or dental work?   Yes ☑  No ☐
    If yes, explain incidence _____

11. History of anaphylaxis?   Yes ☐  No ☑
    If yes, under what circumstances did it occur?

12. Does your occupation involve exposure to latex or rubber?   Yes ☑  No ☐
    If yes, what latex products do you work with?

13. Medication history: Denult___

EXHIBIT 8
FOR IDENTIFICATION
ROWENA S. YIPSH, N.P
DATE: 30/6/00
WITNESS: _____