# EXHIBIT T

1

```
              IN THE UNITED STATES DISTRICT COURT
                        FOR CONNECTICUT
      -----------------------------------x
      IN RE:  LATEX GLOVE PRODUCTS
      LIABILITY LITIGATION,

      ANDREA HOGAN,

                    Plaintiff,

      vs.                         Case No. 3:01cv02426
                                  Date: April 13, 2004
      ALLEGIANCE CORPORATION, ET AL,

                    Defendants.
      -----------------------------------x
```

DEPOSITION OF ALAN H. COOPER, D.D.S.

The deposition of Alan H. Cooper, D.D.S. was taken on April 13, 2004, at 216 Crown Street, New Haven, Connecticut before Susan Wandzilak, Registered Professional Reporter and Notary Public in the State of Connecticut.

```
              DEL VECCHIO REPORTING SERVICES, LLC
                PROFESSIONAL SHORTHAND REPORTERS
                        117 RANDI DRIVE
                  MADISON, CONNECTICUT 06443

      MADISON, CT 06443         HARTFORD, CT 06106
      203-245-9583              800-839-6867
```

```
 1        Q.    00003?
 2        A.    Yes.
 3        Q.    And, for your own use, you can also
 4   refer to the original of your document which is
 5   just a copy of that.  Tell me what this document
 6   is?
 7        A.    This is a health history and just
 8   general information about the patient.  When they
 9   come in, they fill it out and then there is a
10   section for updating.
11        Q.    The patient fills this out?
12        A.    The patient herself -- the patient
13   themself fills it out.
14        Q.    Near the bottom of the page there is a
15   date and a signature for the top portion of this
16   document.  What is the date there?
17        A.    The very bottom or -- there are two
18   dates.
19        Q.    No, the higher of the two dates.
20        A.    August 31, 1998.
21        Q.    And, what happened on August 31, 1998 as
22   far as this document is concerned?
23        A.    Andrea was first seen in the office.
24   She came in, filled out her form, was examined,
25   treated.
```

```
 1          Q.   Just wondering, when we took a
 2    deposition of a Dr. Sokolowski, also a dentist,
 3    he also saw Ms. Hogan on August 31, 1998.  Did
 4    you see Ms. Hogan before him or after him?
 5          A.   Probably after because I would think
 6    that he referred her to my office.  He is a
 7    general dentist.  He was her dentist at that
 8    time.
 9          Q.   Is there an indication on this document
10    that would indicate that?
11          A.   On this document -- yes, referred by
12    Dr. Sokolowski.
13          Q.   So, first to your understanding she went
14    to Dr. Sokolowski and then she came to you?
15          A.   Yes.  Yes.
16          Q.   About midway through this document under
17    the medical history, number three, it asks about
18    allergies.  Do you see that, doctor?
19          A.   Yes.
20          Q.   Can you read what was written there?
21          A.   Do you have any -- the full question and
22    answer?
23          Q.   Please.
24          A.   Do you have any allergies or are you
25    sensitive to any drug or medication such as
```

```
 1    penicillin, aspirin, codeine or novocaine.  And,
 2    the answer was yes.  If so, what.  Latex, dash,
 3    anaphylaxis.
 4         Q.   If you take a look at your original copy
 5    of this report, I will call it a history --
 6         A.   Yes.
 7         Q.   Do you see that that section, the
 8    handwritten section that says latex dash
 9    anaphylaxis is circled in red?
10         A.   Correct.
11         Q.   Do you know who circled it?
12         A.   Elaine, my secretary.
13         Q.   Do you know why she circled it?
14         A.   She always circles anything that should
15    be called to my attention.  It's kind of a check
16    and balance, make sure that I see anything
17    unusual.
18         Q.   The copy I have looks like it hasn't
19    been circled.  Do you know why that is?
20         A.   That I don't know.
21         Q.   Do you know who wrote latex dash
22    anaphylaxis on this document?
23         A.   I am assuming she did.
24         Q.   She?
25         A.   The patient.
```

```
 1        Q.    That's Andrea Hogan?
 2        A.    Yes.
 3        Q.    Did you discuss this notation at your
 4   first meeting with Ms. Hogan, do you recall?
 5        A.    Oh, yes.
 6        Q.    And, what did you talk about?
 7        A.    Her history of latex allergies.  She
 8   said she had had an anaphylactic reaction and we
 9   didn't use latex.
10        Q.    What is your understanding of what that
11   means, an anaphylactic reaction?
12        A.    It's a pretty serious life threatening
13   reaction.
14        Q.    Did you see any indication of a latex
15   sensitivity or allergy on Ms. Hogan that day?
16        A.    I don't know.  We didn't go near her
17   with latex so I wouldn't know.  I can only do
18   what she tells me.  If I use it and she has told
19   me she is allergic to it and she dies, then it's
20   my responsibility.  I am very careful to listen
21   to patients.
22        Q.    Do you have other latex sensitive
23   patients?
24        A.    Yes, we do.
25        Q.    So, as a result of seeing this on her
```

1  history, what did you do?
2      A.  We changed the whole format of the
3  room.  We switched to vinyl gloves, vinyl -- we
4  use something called a dam, a dental dam.  I
5  don't know if you are familiar with that or not
6  -- are you familiar with that?
7          MS. BUONAIUTO:  Yes.
8          THE WITNESS:  Usually that's latex
9      also.  We change to vinyl, scrub the room
10     down.
11 BY MR. GRUNFELD:
12     Q.  This is all in anticipation of her
13 entering the room?
14     A.  When she told us that she had this
15 allergy, yes.
16     Q.  I think I asked this before but this is
17 something that she personally wrote on August 31,
18 1998?
19     A.  Yes.
20     Q.  Is this document something that is
21 ordinarily done in your business, taking a
22 history from a patient?
23     A.  Oh, absolutely.
24     Q.  Do you know if it was prepared on August
25 31, 1998?

```
 1        A.   This document?
 2        Q.   Correct.
 3        A.   Yes.
 4        Q.   It was prepared contemporaneously with
 5   when the information came out?
 6        A.   Yes.
 7        Q.   Is it something that you do for all your
 8   patients, have them fill out a history?
 9        A.   No one is seen until the history is
10   filled out.
11        Q.   Under Ms. Hogan's name signed and the
12   indication August 31, 1998, there is a second
13   part.  Can you tell me what this part under that
14   is?
15        A.   That's for any subsequent visits -- no,
16   I won't say visits, any subsequent treatment.
17   She came back with another tooth in February of
18   2000 and so we had her recheck her records to
19   make sure that everything was the same or if
20   anything had changed, we wanted to know.
21        Q.   So, just so I am clear, the top portion
22   of this document was filled out on August 31,
23   1998 and the bottom portion on February 11, 2000?
24        A.   Correct.
25        Q.   And, I see that there is no change in
```