# EXHIBIT U

**Endodontic Associates, P.C.**

From the desk of Elaine

10·13·03

Ref: Andrea Hogan

Here are the copies of Andrea's chart. If you need anything more, please call our office.

Thanks,
Elaine

429 NEW HAVEN AVENUE     MILFORD, CONNECTICUT 06460     (203) 877-2707

Cooper Depo
Ex 1

HOG-072-00001



# ENDODONTIC ASSOCIATES, P.C.

**PATIENT INFORMATION (print clearly)**

Patient's Last Name: Hogan    First: Andrea    Mr. Mrs. (Ms.) Miss Dr.
Home Address: 397 Jackson Ave.    Town: Bridgeport    Zip: 06606
Date of Birth: 9-26-71    SS # 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    Home Phone: 367-4670
Employer: The Stamford Hospital    Occupation: R.N.    Business Phone: 325-7090
Spouse or Parent: _____
Employer: _____    Business Phone: _____
Primary Dental Ins.: Medspan    2nd Dental Ins.: _____
Referred by: Dr. Sokolowski    In which city: Milford
Have you ever been a patient in our office before? no    When? _____

**MEDICAL HISTORY** (check answers, circle and explain where appropriate)

1. Are you presently under the care of a physician?    Yes ☐    No ☒
   If so, for what? _____
2. Are you currently taking any medications or under doctors orders?    Yes ☒    No ☐
   If so, what? Demulen - (Orthotricyclen)
3. Do you have any allergies or are you sensitive to any drug or medication such as penicillin, aspirin, codeine or Novocain?    Yes ☒    No ☐
   If so, what? Latex - anaphylaxis
4. Have you had any of the following?

|  | YES | NO |  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|---|---|---|
| Rheumatic Fever |  | ✓ | Diabetes |  | ✓ | Bleeding Problems |  | ✓ |
| High Blood Pressure |  | ✓ | Hepatitis |  | ✓ | Nervous Disorder |  | ✓ |
| Heart Disease |  | ✓ | Asthma |  | ✓ | Kidney Disease |  | ✓ |
| Heart Murmur |  | ✓ | Epilepsy |  | ✓ | Liver Disease |  | ✓ |
| Mitral Valve Prolapse |  | ✓ | Ulcers |  | ✓ | Tuberculosis |  | ✓ |

5. Have you had any joint replacements, bypass surgery or implants?    Yes ☐    No ☒
6. If you are a woman, are you pregnant?    Yes ☐    No ☒
7. Are you HIV positive, in a high risk group for HIV or have you been exposed to the AIDS virus?    Yes ☐    No ☒
8. Do you have any other medical problem we should be aware of?    Yes ☐    No ☒

To the best of my knowledge all of the preceding answers are accurate. Should there be any change in my health history or in my medications, I will inform the doctor or his staff. I also give permission for the doctor to discuss my treatment with my physician or dentist if necessary.

Date: 8-31-98    Patient's Signature X Andrea Hogan RN

Has there been any change in your health since your last visit?

If so what _____

Date: 2-11-00    Patient' Signature X Andrea Hogan RN

Date: _____    Patients' Signature _____

Date: _____    Patient's Signature _____

Cooper Depo
Ex 1, p. 3

HOG-072-00003