# EXHIBIT V

```
            IN THE UNITED STATES DISTRICT COURT
                      FOR CONNECTICUT
-----------------------------------x
IN RE:   LATEX GLOVE PRODUCTS
LIABILITY LITIGATION,

ANDREA HOGAN,

            Plaintiff,

vs.                           Case No. 3:01cv02426
                              Date: April 13, 2004
ALLEGIANCE CORPORATION, ET AL,

            Defendants.
-----------------------------------x
```

DEPOSITION OF CHET SOKOLOWSKI, D.D.S.

The deposition of Chet Sokolowski, D.D.S. was taken on April 13, 2004, at 53 Cherry Street, Milford, Connecticut, before Susan Wandzilak, Registered Professional Reporter and Notary Public in the State of Connecticut.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CONNECTICUT 06443

MADISON, CT 06443          HARTFORD, CT 06106
203-245-9583               800-839-6867

```
 1              (Whereupon, Sokolowski Exhibit 1 was
 2         marked for identification.)
 3   BY MR. GRUNFELD:
 4        Q.   Doctor, what I am putting in front of
 5   you now has been marked Sokolowski Exhibit 1.  I
 6   would like you to just briefly take a look at
 7   it.  It is from the records that were subpoenaed
 8   from your office and presented to the parties in
 9   this case.  And, if you could, take a look at the
10   fourth page in that packet, handwritten document?
11        A.   Yes.
12        Q.   Tell me what this document is?
13        A.   The treatment record -- this?
14        Q.   I am sorry.
15        A.   Fourth page?
16        Q.   One behind that one, it's marked Hogan
17   00004?
18        A.   I am sorry, yes.  Okay, that is her
19   health history.
20        Q.   Who fills that out?
21        A.   The patient.
22        Q.   And, what is the date on the top of
23   that?
24        A.   8/31/98.
25        Q.   Is that the date that this document was
```

1   filled out?
2       A.   Yes.
3       Q.   And, is that the same date as the first
4   day you saw Ms. Hogan?
5       A.   No.  This is an updated medical
6   history.  So you are asking from the first day
7   like 1989, from 1989 is the first day I saw her
8   but this is an updated medical.  In other words,
9   when they come in, they reupdate the medical
10  forms.
11      Q.   Is that done in the ordinary course of
12  your business?
13      A.   Yes.  We always have to keep updated
14  medical records because something from 10 years
15  ago may have changed.  So we try to get a new
16  record every year or two.
17      Q.   So, if a year or two goes by where you
18  don't see a patient, she will update --
19      A.   When they come in, we will ask for a new
20  medical history.
21      Q.   And, that's typical in your business?
22      A.   Yes.
23      Q.   So, this was filled out on August 31,
24  1998?
25      A.   Yes.

```
 1        Q.   And, it was filled out by Ms. Hogan?
 2        A.   Yes.  To the best of my knowledge, I
 3   should say.
 4        Q.   Under the medical history section of
 5   this document, there is handwriting in there that
 6   says severe latex allergy slash anaphylaxis; do
 7   you see that?
 8        A.   Yes.
 9        Q.   Was that filled out by Ms. Hogan?
10        A.   I would think so.
11        Q.   Do you recognize that handwriting as a
12   nurse or someone from your staff's?
13        A.   If you want, I can ask the staff because
14   I am not present when they fill this out.  So the
15   patient usually fills it out.  I mean, unless my
16   assistant wrote it, I would assume it is the
17   patient that wrote that.
18        Q.   I see that on the copy that you have,
19   that language is highlighted?
20        A.   Yes.
21        Q.   Who highlights that?
22        A.   We probably do.  We notate everything on
23   a chart like that, just so I am aware of it.  If
24   I walk into the room, if there is a severe heart
25   problem or whatever or hepatitis, then I am at
```

```
 1    least immediately alerted to it.
 2            MR. GRUNFELD:  Let the record reflect
 3       that on the outside of the folder that the
 4       doctor has, there is a sticker that says
 5       allergic to latex dash severely in an orange
 6       sticker.
 7    BY MR. GRUNFELD:
 8       Q.   And, what do you do as a result of this
 9    notation?
10       A.   Well, then I treat her without latex
11    gloves.  I use non-latex gloves.
12       Q.   You use non-latex gloves generally in
13    this office?
14       A.   No.
15       Q.   You usually use latex?
16       A.   I use latex.
17       Q.   When you use non-latex, you use vinyl
18    gloves?
19       A.   Now we ruse nitro gloves but we have
20    used vinyl gloves also.
21       Q.   Did you have the experience to witness
22    any reactions of Ms. Hogan?
23       A.   No.
24       Q.   Did you see any indications that she was
25    latex allergic?
```

```
 1         A.    Not to my knowledge, no.
 2         Q.    Did you diagnose Ms. Hogan as latex
 3   allergic?
 4         A.    I went based on her telling me that she
 5   was allergic.
 6         Q.    Did she orally tell you as well as write
 7   this down?
 8         A.    Oh, yes.
 9         Q.    What did she say?
10         A.    She said please don't use any latex on
11   me, I am very allergic to it.
12         Q.    She said that as of when, if you recall?
13         A.    I don't know.  I mean -- see, we don't
14   keep the prior health histories.  We just, you
15   know, throw them away.  I don't know if I see
16   anything in my chart.
17               Okay, well, you know, here is a good --
18   this is the original.  I will show you this.  I
19   don't know how you want to do that, but this is
20   the original chart.  So that's the first health
21   history she would have ever filled out in 1989
22   for me.
23         Q.    Okay.
24         A.    Okay, and so this would have been
25   updated.  Now, I don't know if there were any
```