# EXHIBIT W



ENDODONTIC ASSOCIATES, P.C.

ALAN H. COOPER, D.D.S.
JOHN GELL, D.M.D.

Dear Dr. _Chit Sokolowski_,

Thank you for referring _Andrea Hogan_ to this office. Endodontic treatment was completed for tooth R | 6 L on _September 15, 1998_

Sincerely,

(TREATMENT REPORT REVERSE SIDE)

429 NEW HAVEN AVENUE / MILFORD, CONN. 06460 / (203) 877-2707

SOKOLOWSKI
Depo Ex 1

HOG-048-00001



# PATIENT REGISTRATION AND MEDICAL HISTORY

Date: 8/31/98  
(PLEASE PRINT)  
Home Phone: 367-4670

Patient: Hogan (Last Name)   Andrea (First Name)   (Initial)   Andie (Preferred Name)

Street Address: 397 Jackson Ave.   City: Bridgeport   State: CT   Zip: 06606

Sex: ☐ M ☒ F   Age: 26   Birthdate: 9-26-71   ☒ Single ☐ Married ☐ Widowed ☐ Separated ☐ Divorced

Employed by: The Stamford Hospital   Occupation: RN

Business Address: Shelburne Rd at W. Broad St., Stamford   Business Phone: 325-7090

Spouse Name: 0   Spouse Birthdate: _____

Spouse Employed by: _____   Occupation: _____

Business Address: _____   Business Phone: _____

Who is responsible for this account? Self   Relationship to Patient: _____

Social Security #: 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   Spouse's Social Security #: _____

Name of Dental Insurance Company: Medspan   Group Number: _____

In case of emergency, who should be notified? _____   Phone: _____

Whom may we thank for referring you? _____

## MEDICAL HISTORY

Physician's Name: Dr. Astrid Hoffman Stamford   Date of Last Physical: 11/97

Have you ever had any of the following? (check boxes that apply):   **Severe Latex Allergy - Anaphylaxis**

☐ Heart Murmur  
☐ High Blood Pressure  
☐ Low Blood Pressure  
☐ Circulatory Problems  
☐ Nervous Problems  
☐ Radiation Treatment  
☐ Artificial Heart Valves or Joints  
☐ Recent Weight Loss  
☐ Back Problems  
☐ Diabetes  
☐ Respiratory Disease  

☐ Epilepsy  
☐ Headaches  
☐ Hepatitis, Jaundice or Liver Disease  
☐ Cancer  
☐ Psychiatric Care  
☐ Mitral Valve Prolapse  
☐ Allergies to Anesthetics  
☐ Allergies to Medicine or Drugs  
☒ General Allergies  
☐ Blood Disease  
☐ Arthritis  

☐ Special Diet  
☐ Swollen Neck Glands  
☐ Rheumatic Fever  
☐ Sinus Problems  
☐ AIDS/HIV  
☐ Thyroid Disease  
☐ Stroke  
☐ Ulcer  
☐ Venereal Disease  
☐ Chemical Dependency  
☐ Hemophilia  

Do you have any drug allergies or have you ever had an adverse reaction to any medication? No   If so, what: _____

Have you ever responded adversely to medical or dental treatment? _____

Are you taking any medication at this time? Yes   If so, what: Demulen oc.

Are you under the care of a physician? ☐ Yes ☒ No

For what conditions? _____

If patient is a child, what is his/her weight? _____

(Woman) Do you suspect that you are pregnant? ☐ Yes ☒ No   Are you nursing? ☐ Yes ☒ No

Is there anything else we should know about your medical history? _____

The above information is accurate and complete to the best of my knowledge and is only for use in my treatment, billing and processing of insurance or benefits for which I am entitled. I will not hold my dentist or any member of his/her staff responsible for any errors or omissions that I may have made in the completion of this form.

Date: 8/31/98   Signature: Andrea Hogan

Sokolowski Depo  
Ex 1, p. 4

HOG-048-00004