# EXHIBIT X

## Page 1

```
IN THE UNITED STATES DISTRICT COURT
         FOR CONNECTICUT
---------------------------------x
IN RE: LATEX GLOVE PRODUCTS
LIABILITY LITIGATION,

ANDREA HOGAN,

         Plaintiff,

vs.                    Case No. 3:01cv02426
                       Date: January 23, 2004
ALLEGIANCE CORPORATION, ET AL,

         Defendants.
---------------------------------x


           DEPOSITION OF ANDREA HOGAN

    The deposition of Andrea Hogan was
taken on January 23, 2004, at the Westin Hotel,
One First Stamford Place, Stamford,
Connecticut before Susan Wandzilak, Registered
Professional Reporter and Notary Public in the
State of Connecticut.




           DEL VECCHIO REPORTING SERVICES, LLC
             PROFESSIONAL SHORTHAND REPORTERS
                      117 RANDI DRIVE
                 MADISON, CONNECTICUT 06443

MADISON, CT 06443         HARTFORD, CT 06106
203-245-9583              800-839-6867
```

## Page 2

```
APPEARANCES

TIMOTHY F. BUTLER, ESQUIRE
    Tibbetts, Keating & Butler, LLC
    43 Corbin Drive
    Darien, Connecticut 06820

           Attorney for Plaintiff

HENRY H. JANSSEN, ESQUIRE
    Janssen & Keenan, P.C.
    One Commerce Square
    Suite 2050
    2005 Market Street
    Philadelphia, Pennsylvania 19103

           Attorney for Defendant Medline

BRENDA BUONAIUTO, ESQUIRE
    Alston & Bird, LLP
    1201 West Peachtree Street
    Atlanta, Georgia 30309

           Attorney for Defendant Allegiance
```

## Page 3

```
                STIPULATIONS

    IT IS HEREBY STIPULATED AND AGREED by
and between counsel representing the parties that
each party reserves the right to make specific
objections at the trial of the case to each and
every question asked and of answers given
thereto by the deponent, reserving the right to
move to strike out where applicable, except as to
such objections as are directed to the form of
the question.

    IT IS HEREBY STIPULATED AND AGREED by
and between counsel representing the respective
parties that proof of the official authority of
the Notary Public before whom this deposition is
taken is waived.

    IT IS FURTHER STIPULATED AND AGREED by
and between counsel representing the respective
parties that the reading and signing of the
deposition by the deponent is not waived.

    IT IS FURTHER STIPULATED AND AGREED by
and between counsel representing parties that all
defects, if any, as to the notice of the taking
of the deposition are waived.

    Filing of the Notice of Deposition with
the original transcript is waived.
```

## Page 4

```
                    INDEX
TESTIMONY OF ANDREA HOGAN

    Direct Examination by Mr. Janssen      6
    Cross Examination by Ms. Buonaiuto    86
    Redirect Examination by Mr. Janssen   93
CERTIFICATE OF REPORTER                   98


                   EXHIBITS
Hogan Exhibit 16                          47
```

**17**

1 time controlling my emotions.
2     Q. What was the focus of the second
3 consultation?
4     A. I think it was along the same lines,
5 about my emotional reactions.
6     Q. And, your later consultations, what were
7 the focuses of the later consultations with him?
8     A. Seeing if the medication that he and
9 Dr. Hasapis prescribed were helping me at all.
10     Q. Dr. Silverman, I believe, recommended
11 that you be prescribed Celexa, is that correct?
12     A. Yes.
13     Q. Have you been on any psychotropic
14 medication to your knowledge other than Celexa in
15 your entire life?
16     A. No, I don't recall that.
17     Q. Did you start on Celexa in approximately
18 April of 2003 after you saw Silverman?
19     A. Yes.
20     Q. How long have you continued to take it?
21     A. I continue to this day.
22     Q. And, when was the last time you took it?
23     A. This morning.
24     Q. And, did you take it yesterday?
25     A. Yes, I did.

**18**

1     Q. And, what reactions, if any -- let me
2 rephrase it. Based on your observation of your
3 own body and your own reactions, tell me what
4 Celexa does for you and to you. In other words,
5 how does it help you in your anxiety, if at all,
6 and does it produce any side effects that you
7 recognize?
8     A. I feel that Celexa has helped me. I get
9 upset now but it is under extreme circumstances
10 whereas before I just couldn't keep it together
11 on any given day. So, I feel that it's helped me
12 on a daily basis.
13         The side effects are I feel that I have
14 some difficulty with my memory which could either
15 be a side effect of the medication or just my
16 anxiety levels. And I discussed this with
17 Dr. Silverman and he had said that that's --
18 well, he is the one who told me that, that the
19 side effects that I was experiencing, the memory
20 loss, could either be because of the Celexa or
21 because of my anxiety level.
22     Q. What types of memory loss do you have,
23 short term, long term, what?
24     A. I have some short term memory loss but
25 my long term memory is a little fuzzy as well.

**19**

1     Q. It is?
2     A. Yes.
3     Q. Was it fuzzy when you were remembering
4 the brands of gloves you were using?
5     A. No.
6     Q. Was it fuzzy when you were looking at
7 your medical records yesterday which indicated
8 your consultation in September of 1997 with
9 Denise Richlin on the subject of latex allergy?
10     A. I don't believe so, no.
11     Q. Tell me where it was -- tell me when you
12 say it was fuzzy in the long term or fuzzy in the
13 short term, just give me some specifics.
14     A. Right when I started taking it or within
15 a month, like I would do things like lock myself
16 out of my house, like forget my keys or, you
17 know, forget I was going to Stop and Shop to pick
18 something up and forget what I went for, things
19 like that. I would remember eventually but
20 that's an example of the short term memory loss.
21     Q. That's the type of loss that you are
22 talking about short term?
23     A. Yeah, or that --
24     Q. When you say you would remember
25 eventually, you mean within 20 minutes or so?

**20**

1     A. Well, if I locked my keys out of my
2 house, I would remember as soon as I shut the
3 door or I went to go back in.
4     Q. How about going to the store and
5 forgetting --
6     A. I have actually had to come all the way
7 home and then remember.
8     Q. You came home, you remembered, you went
9 back?
10     A. The next time I went out.
11     Q. How about your long term memory
12 examples?
13     A. I really have to concentrate a lot to
14 remember certain things. I don't think -- my
15 recall is there. It is just that I really have
16 to work at it to remember certain things.
17     Q. How do you work at it?
18     A. I really concentrate.
19     Q. What techniques do you do? What
20 techniques do you utilize to work at your memory?
21     A. I will have to maybe go to a quiet place
22 and decrease the distractions and just really
23 concentrate and try and remember.
24     Q. And, when did these short term and long
25 term memory situations arise?

21

1  A. The short --
2  Q  After Celexa?
3  A. I noticed the short term within maybe a
4  month or two after taking the Celexa and then I
5  gradually realized I was having a problem with my
6  long term memory, trying to just -- when my brain
7  started to slow down and I was able to think, I
8  realized I couldn't recall things as easily as I
9  once could.
10  Q. In the long term?
11  A. Yes.
12  Q. And, so, you first recognized a short
13  term issue after Celexa and then after you
14  recognized that short term issue, you recognized
15  an issue long term; is that correct?
16  A. Yes.
17  Q. And, what therapy, if any, other than
18  the administration of Celexa have you been on for
19  whatever conditions Silverman diagnosed for you?
20  A. I am sorry, I don't understand the
21  question.
22  Q. Okay; you know that sometimes
23  psychologists, you start off with a consultation
24  and he tries to figure out what is wrong with
25  you. And then sometimes psychologists go on with

22

1  further treatment or consultation to try to
2  figure out how to treat you and then they treat
3  you. I am just trying to figure out, did it get
4  to the concept of how to treat you over and above
5  Celexa and the evaluation of that treatment?
6  A. He advised me to just try not to put
7  myself in a situation where I would become that
8  stressed out, to bring it to that anxiety point
9  and to try and meditate and avoid really loud
10  noises and very -- if I felt like I was having
11  anxiety problems, to try and take myself out of
12  the situation. And if it is a loud area, to try
13  and go someplace quiet, that type of thing.
14  Q. And, so these anxiety situations would
15  be in mostly stressful situations, you thought?
16  A. It could be provoked by what I thought
17  as a stressful situation but sometimes I would
18  just start to think about things and have
19  anxiety.
20  Q. What things would you start to think
21  about and then end up with anxiety?
22  A. Actually, like latex reactions. If
23  there is balloons, I tend to get very very
24  nervous. Excuse me. If there is balloons or I
25  am at, say, a restaurant where I ask if there was

23

1  latex gloves and they say yes, you know, and I
2  have to -- if I was going to go out to dinner
3  with a friend or something and we find out that
4  restaurant has latex gloves and I can't be there,
5  that gives me a lot of anxiety, things like that.
6  Q. So, you think your anxiety is
7  experienced primarily because of your perceived
8  danger to a latex exposure; is that correct?
9  A. That has -- yes.
10  Q. But, your anxiety doesn't occur outside
11  of situations where you see a perceived danger to
12  yourself from latex; is that correct?
13  A. It's -- no.
14  Q. Tell me how you experience anxiety in
15  situations where you do not perceive a potential
16  danger to you from latex exposure?
17  A. Well, for instance, right now, I can't
18  control my emotions and that makes it even worse
19  because I get embarrassed and it kind of feeds on
20  itself.
21  Q. In April, 2003, you were in law school;
22  were you not?
23  A. Yes
24  Q. Did your marks go down in that semester?
25  A. They almost did. I was able --

24

1  Q. That means that they did not?
2  A. No.
3  Q. They did not go down; did they?
4  A. No.
5  Q  And, you continued to attend law school
6  with other students in a class with professors
7  who were engaged in the Socratic method that we
8  discussed yesterday; is that correct?
9  A. Yes.
10  Q. In your discussions with Silverman, did
11  you see him take any notes?
12  A. No.
13  Q. Do you know whether or not the sessions
14  or any portion of them were recorded, either
15  visually or by audio recording?
16  A. I don't know that.
17  Q. Did you fill out any questionnaires for
18  Dr. Silverman?
19  A. No.
20  Q. Do you know whether or not Silverman
21  reviewed any of your past medical records?
22  A. I don't know that.
23  Q. Did he ask you about your past medical
24  condition?
25  A. My past medical condition?