<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certified that true and correct copies of the foregoing **Motion by Defendant Medline Industries Inc. for Summary Judgment, Proposed Order, Local Rule 56 (A) 1 with Exhibits, Memorandum of Defendant Medline Industries, Inc. in Support of Motion for Summary Judgment** were served on the date set forth below via First Class Mail, U.S. postage prepaid, on the following counsel and parties:

>Timothy Butler, Esquire
>**Tibbetts Keating & Butler, LLC**
>43 Corbin Drive
>Darien, CT 06820
>
>Kristin Sotnik Falls, Esquire
>Anthony R. Kornakci
>**Letizia Ambrose & Falls PC**
>One Church Street
>New Haven, CT 06510
>
>Brenda Buonaiuto, Esquire
>**Drinker Biddle & Reath, LLP**
>50 Fremont Street, 20th Floor
>San Francisco, CA 94105-2235
>
>David S. Monastersky, Esquire
>**Howd & Ludorf**
>65 Wethersfield Avenue
>Hartford, CT 06114-1190

**JANSSEN KEENAN & CIARDI P.C.**

By:   <u>s/ Henry H. Janssen</u>
HENRY H. JANSSEN, ESQUIRE
KENNETH JAY GRUNFELD, ESQUIRE
2005 Market Street – Suite 2050
Philadelphia, PA 19103
(215) 665-8888
Attorneys for Defendant,
Medline Industries, Inc.

Dated: May 28, 2004