FILED

2004 JUN 14 A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA HOGAN,<br>Plaintiff,<br>Vs.<br><br>ALLEGIANCE CORPORATION, and<br>MEDLINE INDUSTRIES, INC.<br>Defendants. | : CASE No. 3:01CV02426 (CFD)<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUNE 11, 2004<br>: |

## MOTION FOR PERMISSION TO TAKE DEPOSITIONS

Pursuant to FRCP 30 (a)(2)(A) the Defendant, Medline Industries, Inc., hereby respectfully requests this Court's permission to take the depositions of the following health care providers:

1. Dr. Bouboulis;
2. Dr. Lindner;
3. Dr. McGrath;
4. Dr. Conway; and
5. Dr. Silveman.

Said depositions are relevant and critical, as the above providers were significant treaters of the Plaintiff's alleged condition and the information sought is not cumulative or duplicative, nor is it available from any other source. The setting of these depositions will result in excess of ten Depositions.

The Defendant has obtained the consent of all parties and counsel of record, but for the Plaintiff. Multiple attempts have been made to secure a position from Plaintiff's counsel and its position is not known.

**Dated: June 11, 2004**

LoRICCO, TROTTA & LoRICCO

By: _____
Frederick Joseph Trotta
216 Crown Street, Suite 502
New Haven, CT 06510
203-865-3123
Attorneys for Medline Industries

## **ORDER**

The forgoing **MOTION**, having been heard, it is hereby ORDERED:

**GRANTED / DENIED**

BY:_____
JUDGE / CLERK

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed or delivered to each counsel of record as listed hereafter:

Timothy F. Butler, Esquire
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, Connecticut 06820
**Attorney for Plaintiff**

John J. Bogdanski, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190
**Attorney for Allegiance Corporation**

Kristen S. Falls, Esquire
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
**Attorneys for Stamford Hospital**

Sig. _____