UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA HOGAN | : CIVIL ACTION NO. |
| | : 301-CV-2426 (CFD) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ALLEGIANCE CORPORATION, and | : |
| MEDLINE INDUSTRIES, INC. | : |
| | : |
| Defendants | : JUNE 15, 2004 |
| | : |

FILED 2004 JUN 16 A 11:03 U.S. DISTRICT COURT HARTFORD, CT.

### INTERVENING PLAINTIFF'S REPLY TO SPECIAL DEFENSES

Intervening Plaintiff, Stamford Hospital, hereby denies each and every special defense filed by the Defendant Allegiance Corporation.

                            INTERVENING PLAINTIFF,
                            STAMFORD HOSPITAL

                            By: /s/ Kristen Sotnik Falls
                            Kristen Sotnik Falls, ct16709
                            Anthony R. Kornacki, ct23227
                            Letizia, Ambrose & Falls, P.C.
                            One Church Street
                            New Haven, CT 06510
                            (203) 787-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid via first class mail on this 15th day of June 2004 to all counsel and pro se parties of record as follows:

Timothy R. Butler, Esq.
Tibbetts Keating & Butler, LLC
43 Corbin Drive
Darien, CT 06820
(For the Plaintiff)

John J. Bogdanski, Esq.
David S. Monastersky, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
(For defendant Allegiance Corp.)

Henry Janssen, Esq.
Kenneth J. Grunfield, Esq.
Janssen, Keenan & Ciardi, P.C.
2005 Market Street, Suite 2050
Philadelphia, PA 19103
(For Defendant MedLine Industries)
215- 665-8888

Frederick Joseph Trotta, Esq.
LoRicco, Trotta & LoRicco
216 Crown Street, Suite 502
New Haven, CT 06510
(For defendant Medline Industries, Inc.)

Brenda Buonaiuto, Esq.
Alston & Bird, LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309

_____
Kristen Sotnik Falls