UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREA HOGAN | : | NO.: 3:03CV2426 (CFD) |
| v. | : | |
| ALLEGIANCE CORPORATION, ET AL | : | JUNE 17, 2004 |

## MOTION FOR PERMISSION TO ADMIT COUNSEL PRO HAC VICE

The defendant, Allegiance Corporation, hereby requests permission to admit Attorney Brenda Buonaiuto of the firm Drinker, Biddle & Reath LLP of 50 Fremont Street, 20th Floor, San Francisco, CA 94105-2235, pro hac vice pursuant to Local Federal Rules of Civil Procedure 2(d).

The undersigned certifies that Attorney Buonaiuto is a member in good standing of the bars of the State of California (1994), State of Connecticut (1996), United States District Court, Northern District of California (1994), United States District Court, Central District of California (1997), United States District Court, Eastern District of California (2001), and United States District Court, Southern District of California (2002). Neither Attorney Buonaiuto nor any member of her law firm has been denied admission or been disciplined by this Court or by any other Court to the undersigned's knowledge.

WHEREFORE, the defendant respectfully requests that the Motion to Admit Attorney Buonaiuto <u>Pro</u> <u>Hac</u> <u>Vice</u> be granted.

DEFENDANT,
ALLEGIANCE CORPORATION

By _(signature)_
John J. Bogdanski
ct06217
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: jbogdanski@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 17th day of June, 2004.

Timothy F. Butler, Esquire
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, CT 06820

Anne K. Millham, Esquire
Letizia, Ambrose & Falls
One Church Street
New Haven, CT 06510

Frederick J. Trotta, Sr., Esquire
LoRicco Trotta & LoRicco, LLC
LoRicco Tower
216 Crown Street
New Haven, CT 06510

_____
John J. Bogdanski

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREA HOGAN : NO.: 3:03CV2426 (CFD)

v. :

ALLEGIANCE CORPORATION, ET AL :

### AFFIDAVIT OF BRENDA BUONAIUTO

The undersigned, being duly sworn, does hereby depose and say:

1. I am over eighteen (18) years of age and believe in the obligation of an oath.

2. I have personal knowledge of the facts stated herein.

3. I am submitting this affidavit in accordance with Local Rule 83.1(d) in support of my application to appear *pro hac vice* on behalf of the defendant Allegiance Corporation in this matter.

4. I am currently Counsel with the firm of Drinker Biddle & Reath LLP, 50 Fremont Street, 20th Floor, San Francisco, California 94105-2235, telephone number: (415) 591-7500, fax number: (415) 591-7510, and email address: brenda.buonaiuto@dbr.com.

5. I am a member in good standing of the following bars: State of California (1994), State of Connecticut (1996), United States District Court, Northern District of California (1994), United States District Court, Central District of California (1997),

United States District Court, Eastern District of California (2001), and United States District Court, Southern District of California (2002).

    6.    I have not been denied admission or disciplined by this Court or any other court.

    7.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

    8.    I have a longstanding relationship with the defendant Allegiance Corporation.

    9.    This motion to appear *pro hac vice* is made at the request of Allegiance Corporation and will benefit the personal and financial welfare of my client.

_____
Brenda Buonaiuto

Subscribed and sworn to before me this 8 day of June, 2004.

_____
Notary Public
My Commission Expires: 9/24/05



BRENDA J. MOJARRO
Commission # 1322173
Notary Public - California
San Francisco County
My Comm. Expires Sep 24, 2005

2