UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANDREA HOGAN,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANCE CORPORATION, and<br>MEDLINE INDUSTRIES, INC.<br><br>Defendants. | No. 3:03CV 2426<br><br>JUNE 21, 2004 |

## APPLICATION FOR EXTENSION OF TIME

Plaintiff, Andrea Hogan, by and through her attorneys, pursuant to Local Rule 7(b) hereby makes application for an extension of time for up to 14 days, to respond to the motion for summary judgment made by the defendant, Medline Industries, and joined in by the defendant Allegiance Corporation.

1. The defendant Medline Industries, has moved for summary judgment in the instant action. This is a motion addressed to the complaint for the purposes of Local Rule 7(b).

2. The defendant, Allegiance Corporation has joined in the motion, by papers received today, and asserted other claims about which a response will need to be interposed.

3. Undersigned counsel has contacted counsel for the defendant Allegiance Corporation and received consent to this extension of time.

4. Undersigned counsel has contacted counsel for the defendant Medline Industries, and has been informed that they will not consent to this extension of time.

5. No prior motion for extension of time has been filed by the plaintiff with respect to this limitation.

_____
Timothy F. Butler, Esq. (CT Fed #15537)
Tibbetts Keating & Butler, LLC
Attorneys for Plaintiff
43 Corbin Drive
Darien, CT 06820
(203) 656 - 1066
Fax (203) 656 - 2573

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREA HOGAN,<br><br>Plaintiff,<br><br>v.<br><br>ALLEGIANCE CORPORATION, and<br>MEDLINE INDUSTRIES, INC.<br><br>Defendants. | No. 3:03CV 2426<br><br><br>JUNE 21, 2004 |

## ORDER GRANTING EXTENSION OF TIME

Upon filing of the plaintiff's motion for extension of time, it is hereby

ORDERED, that an extension of time for the plaintiff, Andrea Hogan, to respond to the motions for summary judgment filed by the defendants Medline Industries, and Allegiance Corporation, be and hereby is granted for a period of fourteen (14) days.

BY THE COURT

Dated_____                              _____

J.

## CERTIFICATION

_____ This is to certify that a copy of the foregoing has been sent, via Federal Express prepaid, to the following counsel of record, this 21st. Day of June 2004:

Frederick J. Trotta, Sr.,
LoRicco Trotta & LoRicco
LoRicco Tower
216 Crown Street
New Haven, CT 06510

John J. Bogdanski,
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Anne K. Millham
Letizia, Ambrose & Falls
1 Church Street
New Haven, CT 06510

_____
Timothy F. Butler