UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ANDREA HOGAN,

Plaintiff,

v.                                                                                          JUNE 21, 2004

ALLEGIANCE CORPORATION, and
MEDLINE INDUSTRIES, INC.

Defendants.

No. 3:01CV 2426

*Counted. So ordered. /s/ CFD 6/23/04*

## APPLICATION FOR EXTENSION OF TIME

Plaintiff, Andrea Hogan, by and through her attorneys, pursuant to Local Rule 7(b) hereby makes application for an extension of time for up to 14 days, to respond to the motion for summary judgment made by the defendant, Medline Industries, and joined in by the defendant Allegiance Corporation.

1. The defendant Medline Industries, has moved for summary judgment in the instant action. This is a motion addressed to the complaint for the purposes of Local Rule 7(b).

2. The defendant, Allegiance Corporation has joined in the motion, by papers received today, and asserted other claims about which a response will need to be interposed.

3. Undersigned counsel has contacted counsel for the defendant Allegiance Corporation and received consent to this extension of time.

4. Undersigned counsel has contacted counsel for the defendant Medline Industries, and has been informed that they will not consent to this extension of time.