<u>UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT</u>

_____

| | | |
|---|---|---|
| ANDREA HOGAN | : | DN.  301CV2426 CFD |
|         PLAINTIFF | : | |
| | : | |
| | : | |
| VS. | : | |
| | : | |
| MEDLINE INDUSTRIES,  INC. | : | |
| | : | |
|         DEFENDANT | : | JANUARY 22, 2004 |

**<u>OBJECTION TO MOTION FOR EXTENSION OF TIME
TO REPLY TO MOTION FOR SUMMARY JUDGMENT</u>**

      The Defendant Medline Industries, Inc., hereby objects to the Plaintiff's  Motion for extension of time to reply to Motion for Summary Judgment for the following reasons.

1. The issues raised in the the Medline motion for Summary Judgment are not novel or unique and have been extensively disused with the Plaintiffs in the context of the overall case;
2. Plaintiff counsel was served the Medline motion for Summary Judgment in excess of 5 days prior to the pleading's filing with the court
3. The Plaintiff is seeking to extend time, which necessarily will impact timelines and indeed the need for future discovery of medical experts.
4. The Plaintiff is seeking an additional 14 days based on the filing of the most recent motion filed on behalf of the Co-Defendant Allegiance.

.

                                                            THE DEFENDANT,
                                                            MEDLINE INDUSTRIES, INC.

                                 By: _____
                                                      Frederick J. Trotta, Sr.
                                                      **LoRicco, Trotta & LoRicco, LLC**
**NO ORAL ARGUMENT REQUESTED**     216 Crown Street, Suite 502
**NO TESTIMONY REQUIRED**              New Haven, Connecticut 06510
                                                      (203) 865-3123
                                                        CT Fed. Bar #: ct02621

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed or delivered to each counsel of record as listed hereafter:

Timothy F. Butler, Esquire
Tibbetts, Keating & Butler, LLC
43 Corbin Drive
Darien, Connecticut 06820

Alan L. Unikel, Esquire
Seyfarth Shaw
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803

Michael J. Philippi, Esquire
Juliette M. Steffe, Esquire
Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

Brenda Buonaiuto, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

John J. Bogdanski, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

Sig._____