UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

ANDREA HOGAN,

Plaintiff,

v.

ALLEGIANCE CORPORATION, and
MEDLINE INDUSTRIES, INC.

Defendants.

No. 3:01CV 2426 (CFD)

JULY 8, 2004

**LOCAL RULE 56 (A)(2) STATEMENT IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT MEDLINE INDUSTRIES, INC.**

The Plaintiff, Andrea Hogan, herewith submits the following response to the defendant, Medline Industries, Inc's Local Rule 56 (a)(1) statement, dated May 28, 2004, and submitted in support of Medline Industries Inc's motion for Summary Judgment.

1. Paragraph 1 is admitted.

2. Paragraph 2 is admitted.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted.

5. Paragraph 5 is admitted.

6. Paragraph 6 is admitted.

7. Paragraph 7 is admitted in part, and denied in part. See Hogan affirmation ¶ 5.

8. Paragraph 8 is admitted in part, and denied in part. See Hogan affirmation ¶ 5.

9. Paragraph 9 is admitted.

10. Paragraph 10 is admitted.

11. Paragraph 11 is admitted.

12. Paragraph 12 is admitted.

13. Paragraph 13 is admitted in part and denied in part. See Hogan affirmation ¶ 7

14. Paragraph 14 is admitted.

15. Paragraph 15 is admitted.

16. Paragraph 16 is admitted.

17. Paragraph 17 is admitted.

18. Paragraph 18 is admitted in part and denied in part. See Hogan affirmation ¶ 9

19. Paragraph 19 is admitted.

20. Paragraph 20 is admitted.

21. Paragraph 21 is admitted.

22. Paragraph 22 is admitted.

23. Paragraph 23 is denied. See Hogan affirmation ¶ 12-13.

24. Paragraph 24 is admitted.

25. Paragraph 25 is admitted.

26. Paragraph 26 is admitted, and the Court is referred to the Hogan affirmation ¶ 14.

27. Paragraph 27 is admitted and the Court is referred to the Hogan affirmation ¶ 15-16.

28. Paragraph 28 is admitted.

29. Paragraph 29 is denied. See Hogan affirmation ¶ 15.

30. Paragraph 30 is denied. See Hogan affirmation ¶ 16-17

31. Paragraph 31 is admitted.

32. Paragraph 32 is denied. See Hogan affirmation ¶ 18.

33. Paragraph 33 is admitted.

34. Paragraph 34 is denied. See Hogan affirmation ¶ 19.

35. Paragraph 35 is admitted.

36. Paragraph 36 is admitted.

37. Paragraph 37 is admitted.

38. Paragraph 38 is denied. See Hogan affirmation ¶ 22.

39. Paragraph 39 is denied. See Hogan affirmation ¶ 23.

40. Paragraph 40 is denied. See Hogan affirmation ¶ 24-26.

41. Paragraph 41 is denied. See Hogan affirmation ¶ 27.

42. Paragraph 42 is denied. See Hogan affirmation ¶ 26-27.

43. Paragraph 43 is admitted.

44. Paragraph 44 is denied. See Hogan affirmation ¶ 24.

45. Paragraph 45 is denied. See Hogan affirmation ¶ 25.

46. Paragraph 46 is denied. See Hogan affirmation ¶ 28.

47. Paragraph 47 is denied. See Hogan affirmation ¶ 29.

48. Paragraph 48 is denied. See Hogan affirmation ¶ 30.

49. Paragraph 49 is admitted.

50. Paragraph 50 is admitted.

Respectfully submitted,

Tibbetts Keating & Butler, LLC

_____
Timothy F. Butler, Esq., (CT 15537)
43 Corbin Drive, Post Office Box 5
Darien, CT 06820
(203) 656-1066

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record, this 9th Day of July, 2004:

Anne K. Millham, Esq.,
Letizia, Ambrose & Falls
One Church Street
New Haven, CT 06510

John J. Bogdanski, Esq.,
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Frederick J. Trotta, Sr., Esq.,
LoRicco, Trotta & LoRicco, LLC
LoRicco Tower
216 Crown Street
New Haven, CT 06510

_____
Timothy F. Butler