# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ANDREA HOGAN, | No. 3:01CV 2426 (CFD) |
| Plaintiff, | |
| v. | JULY 8, 2004 |
| ALLEGIANCE CORPORATION, and MEDLINE INDUSTRIES, INC. | |
| Defendants. | |

## LOCAL RULE 56 (A)(2) STATEMENT IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY DEFENDANT ALLEGIANCE CORPORATION

The Plaintiff, Andrea Hogan, herewith submits the following response to the defendant, Allegiance Corporation's Local Rule 56 (a)(1) statement, dated June 17, 2004, and submitted in support of Allegiance Corporation's motion for Summary Judgment.

1. The plaintiff lacks information as to the allegations of paragraph 1, and therefore denies the allegation contained therein. See Hogan affirmation ¶ 2-30.

2. The plaintiff lacks information as to the allegations of paragraph 2, and therefore denies the allegations contained therein. See Hogan affirmation ¶ 8.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted.

5. Paragraph 5 is denied as it states a legal conclusion. See Hogan affirmation ¶ 8.

                    Respectfully submitted,

                    Tibbetts Keating & Butler, LLC

                    _____
                    Timothy P. Butler, Esq., (CT 15537)
                    43 Corbin Drive, Post Office Box 5
                    Darien, CT 06820
                    (203) 656-1066

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, postage prepaid, via U.S. Mail to the following counsel of record, this 9th Day of July, 2004:

Anne K. Millham, Esq.,
Letizia, Ambrose & Falls
One Church Street
New Haven, CT 06510

John J. Bogdanski, Esq.,
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Frederick J. Trotta, Sr., Esq.,
LoRicco, Trotta & LoRicco, LLC
LoRicco Tower
216 Crown Street
New Haven, CT 06510

Timothy F. Butler