FILED

2004 JUN 14 A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

ANDREA HOGAN,
Plaintiff,
    Vs.

ALLEGIANCE CORPORATION, and
MEDLINE INDUSTRIES, INC.
Defendants.

: CASE No. 3:01CV02426 (CFD)
:
:
:
:
:
:
: JUNE 11, 2004
:

---

## MOTION FOR PERMISSION TO TAKE DEPOSITIONS

Pursuant to FRCP 30 (a)(2)(A) the Defendant, Medline Industries, Inc., hereby respectfully requests this Court's permission to take the depositions of the following health care providers:

1. Dr. Bouboulis;
2. Dr. Lindner;
3. Dr. McGrath;
4. Dr. Conway; and
5. Dr. Silveman.

Said depositions are relevant and critical, as the above providers were significant treaters of the Plaintiff's alleged condition and the information sought is not cumulative or duplicative, nor is it available from any other source. The setting of these depositions will result in excess of ten Depositions.

The Defendant has obtained the consent of all parties and counsel of record, but for the Plaintiff. Multiple attempts have been made to secure a position from Plaintiff's counsel and its position is not known.