IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANDREA HOGAN** | : This document relates only to |
| | : |
| **Plaintiff,** | : Civil Action No: 01cv02426 |
| | : |
| v. | : |
| | : |
| **ALLEGIANCE CORPORATION, et al.** | : |
| | : |
| **Defendants** | : |

### STIPULATION FOR EXTENSION OF CASE MANAGEMENT
### DEADLINES PENDING SUMMARY JUDGMENT DETERMINATION

It is hereby stipulated by and between all parties that the following deadlines in the above-referenced matter shall be extended as follows:

- All IMEs are to be completed no more than forty-five (45) days after a summary judgment determination has been rendered by the Court ("the determination date");

- All written discovery and production of documents shall be served no later than sixty (60) days after the determination date;

- Defendants' shall serve all expert designations no later than sixty (60) days after the determination date;

- Depositions of Defendants' case specific experts shall be completed within thirty (30) days after defendants' deadline to serve expert designations;

- All requests for admissions shall be completed twenty (20) days after completion of depositions of all case specific experts. This shall mark the completion of discovery;

- All dispositive motions shall be completed thirty (30) days after the completion of discovery.

| **Tibbetts Keating & Butler, LLC** | **Letizia Ambrose & Falls PC** |
|---|---|
| *[signature]*<br>Timothy Butler, Esquire<br>43 Corbin Drive<br>Darien, CT 06820<br><br>Dated: 8/9/04<br><br>**PLAINTIFF'S COUNSEL** | Kristin Sotnik Falls, Esquire<br>Anthony R. Kornakci<br>One Church Street<br>New Haven, CT 06510<br><br>Dated: _____<br><br>**STAMFORD HOSPITAL** |
| **Drinker Biddle & Reath, LLP** | **Janssen Keenan & Ciardi P.C.** |
| Brenda Buonaiuto, Esquire<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br><br><br>Dated: _____<br><br>**DEFENDANTS' COUNSEL<br>ALLEGIANCE CORPORATION** | Henry H. Janssen, Esquire<br>Kenneth J. Grunfeld, Esquire<br>One Commerce Square<br>2005 Market Street, Suite 2050<br>Philadelphia, PA 19103<br><br>Dated: _____<br><br>**MEDLINE INDUSTRIES, INC.** |

**IT IS SO ORDERED:**

By the Court:

_____
                                                    **J.**

- All dispositive motions shall be completed thirty (30) days after the completion of discovery.

| Tibbetts Keating & Butler, LLC | Letizia Ambrose & Falls PC |
|---|---|
| _____<br>Timothy Butler, Esquire<br>43 Corbin Drive<br>Darien, CT 06820<br><br>Dated: _____<br><br>**PLAINTIFF'S COUNSEL** | */s/ Kristin Sotnik Falls/*<br>Kristin Sotnik Falls, Esquire<br>Anthony R. Kornakci<br>One Church Street<br>New Haven, CT 06510<br><br>Dated: August 10, 2004<br><br>**STAMFORD HOSPITAL** |
| **Drinker Biddle & Reath, LLP** | **Janssen Keenan & Ciardi P.C.** |
| _____<br>Brenda Buonaiuto, Esquire<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br><br><br>Dated: _____<br><br>**ALLEGIANCE CORPORATION** | _____<br>Henry H. Janssen, Esquire<br>Kenneth J. Grunfeld, Esquire<br>One Commerce Square<br>2005 Market Street, Suite 2050<br>Philadelphia, PA 19103<br><br>Dated: _____<br><br>**MEDLINE INDUSTRIES, INC.** |

**IT IS SO ORDERED:**

By the Court:

_____
                          J.

- All dispositive motions shall be completed thirty (30) days after the completion of discovery.

| Tibbetts Keating & Butler, LLC | Letizia Ambrose & Falls PC |
|---|---|
| Timothy Butler, Esquire<br>43 Corbin Drive<br>Darien, CT 06820<br><br>Dated: _____ | Kristin Sotnik Falls, Esquire<br>Anthony R. Kornakci<br>One Church Street<br>New Haven, CT 06510<br><br>Dated: _____ |
| **PLAINTIFF'S COUNSEL** | **STAMFORD HOSPITAL** |
| Drinker Biddle & Reath, LLP<br><br>*/s/ Brenda Buonaiuto/*<br>Brenda Buonaiuto, Esquire<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br><br><br>Dated: 08/09/04 | Janssen Keenan & Ciardi P.C.<br><br>_____<br>Henry H. Janssen, Esquire<br>Kenneth J. Grunfeld, Esquire<br>One Commerce Square<br>2005 Market Street, Suite 2050<br>Philadelphia, PA 19103<br><br>Dated: _____ |
| **ALLEGIANCE CORPORATION** | **MEDLINE INDUSTRIES, INC.** |

**IT IS SO ORDERED:**

By the Court:

_____
J.

- All dispositive motions shall be completed thirty (30) days after the completion of discovery.

| **Tibbetts Keating & Butler, LLC** | **Letizia Ambrose & Falls PC** |
|---|---|
| Timothy Butler, Esquire<br>43 Corbin Drive<br>Darien, CT 06820<br><br>Dated: _____<br><br>**PLAINTIFF'S COUNSEL** | Kristin Sotnik Falls, Esquire<br>Anthony R. Kornakci<br>One Church Street<br>New Haven, CT 06510<br><br>Dated: _____<br><br>**STAMFORD HOSPITAL** |
| **Drinker Biddle & Reath, LLP** | **Janssen Keenan & Ciardi P.C.** |
| Brenda Buonaiuto, Esquire<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br><br><br><br>Dated: _____<br><br>**ALLEGIANCE CORPORATION** | /s/ [signature]<br>Henry H. Janssen, Esquire<br>Kenneth J. Grunfeld, Esquire<br>One Commerce Square<br>2005 Market Street, Suite 2050<br>Philadelphia, PA 19103<br><br>Dated: 8/11/04<br><br>**MEDLINE INDUSTRIES, INC.** |

**IT IS SO ORDERED:**

By the Court:

_____ J.