IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

A[NDR]EA HOGAN              : This document relates only to
                            :
    Plaintiff,           : Civil Action No.: 01cv02426
                            :
v.                          :
                            :
[ALLE]GIANCE CORPORATION, et al. :
                            :
    Defendants          :

## STIPULATION FOR EXTENSION OF CASE MANAGEMENT DEADLINES PENDING SUMMARY JUDGMENT DETERMINATION

It is hereby stipulated by and between all parties that the following deadlines in the above-referenced matter shall be extended as follows:

- All IMEs are to be completed no more than forty-five (45) days after a summary judgment determination has been rendered by the Court ("the determination date");

- All written discovery and production of documents shall be served no later than sixty (60) days after the determination date;

- Defendants' shall serve all expert designations no later than sixty (60) days after the determination date;

- Depositions of Defendants' case specific experts shall be completed within thirty (30) days after defendants' deadline to serve expert designations;

- All requests for admissions shall be completed twenty (20) days after completion of depositions of all case specific experts. This shall mark the completion of discovery;

[Handwritten margin note: Denied, without prejudice to filing a motion indicating the good cause for extending these dates. So ordered. /s/ ___ 10/15/04]