UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
ANDREA HOGAN                        *
     Plaintiff                      *
STAMFORD HOSPITAL                   *
     Intervenor Plaintiff           *
                                    *
Vs.                                 *     CASE NO.3:01CV2426(CFD)
                                    *
                                    *
ALLEGIANCE CORP                     *
MEDLINE INDUS, INC
```

**JUDGMENT**

Counsel of record having reported to the court on December 8, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, January 14, 2005.


KEVIN F. ROWE, CLERK


Devorah Johnson
Deputy Clerk


EOD_____